United States Bankruptcy Court for the:

Eastern District of Virginia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Epic Smokehouse LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  45-3932545

4. **Debtor's address**

   **Principal place of business**
   1330 S Fern St
   Number    Street
   Ste 3
   Arlington    VA    22202
   City    State    ZIP Code

   Arlington County
   County

   **Mailing address, if different from principal place of business**
   Number    Street
   P.O. Box
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street
   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Epic Smokehouse LLC**_____   Case number (*if known*)_____
         Name

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**7225** |
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                      MM / DD / YYYY<br>      District _____  When _____  Case number _____<br>                                      MM / DD / YYYY |
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____  Relationship _____<br>      District _____  When _____<br>                                                  MM / DD / YYYY<br>      Case number, if known _____ |

Debtor  Epic Smokehouse LLC                                    Case number (*if known*)_____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street
_____
_____
City                                         State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
         Contact name   _____
         Phone          _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  Epic Smokehouse LLC                                  Case number (*if known*)_____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/28/2025
            MM / DD / YYYY

✘ /s/ Joon Yang                                          Joon Yang
Signature of authorized representative of debtor          Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ Daniel Press                                       Date  04/28/2025
Signature of attorney for debtor                                MM / DD / YYYY

Daniel Press
Printed name

Chung & Press, P.C.
Firm name

6718 Whittier Ave Ste 200
Number      Street

McLean                                    VA          22101
City                                      State       ZIP Code

7037343800                                dpress@chung-press.com
Contact phone                             Email address

37123                                     VA
Bar number                                State

Fill in this information to identify the case:

Debtor name: Epic Smokehouse LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Millennium Owner LLC<br>140 Q St NE Ste 140B<br>c/o UIP Property Management, Inc<br>Washington, DC, 20002 | | Lease arrears | Unliquidated | | | 120,000.00 |
| 2 | Sysco<br>8000 Dorsey Run Rd<br>Jessup, MD, 20794 | | Suppliers or Vendors | | | | 54,265.06 |
| 3 | American Express<br>PO Box 981535<br>El Paso, TX, 79998 | | Credit Card Debt | | | | 36,937.50 |
| 4 | Va Dept of Taxation<br>PO Box 1115<br>Richmond, VA, 23218 | | Taxes & Other Government Units | Unliquidated | | | 30,000.00 |
| 5 | Eddie Choi<br>829A Utterback Store Rd<br>Great Falls, VA, 22066 | | | | | | 16,000.00 |
| 6 | Arlington County Commissioner of the Revenue<br>2100 Clarendon Boulevard, 2nd Floor<br>Arlington, VA, 22201 | | Taxes & Other Government Units | Unliquidated | | | 15,000.00 |
| 7 | Chase<br>PO Box 15298<br>Wilmington, DE, 19850 | | Credit Card Debt | | | | 13,442.91 |
| 8 | Hartford<br>One Hartford Plaza<br>Hartford, CT, 06155 | | Services | | | | 10,620.15 |

Debtor  Epic Smokehouse LLC  
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Intec<br>1800 M STREET, NW Ste 9<br>Washington, DC, 20036 | | Services | | | | 10,000.00 |
| 10 | Chase<br>PO Box 15298<br>Wilmington, DE, 19850 | | Credit Card Debt | | | | 9,297.46 |
| 11 | Keany Produce<br>3310 75th Ave<br>Hyattsville, MD, 20785 | | Suppliers or Vendors | | | | 7,925.97 |
| 12 | Ecolab<br>7373 KIRKWOOD COURT SUITE 200<br>Osseo, MN, 55369 | | Services | | | | 6,423.00 |
| 13 | ChillCraft/EMR<br>2600 Cabover Dr<br>Hanover, MD, 21076 | | Services | | | | 5,929.34 |
| 14 | Trimark<br>P.O.BOX 845396<br>Boston, MA, 02284 | | Services | | | | 5,456.71 |
| 15 | Jared Imhoff CPA<br>6803 Whittier Avenue, Suite 200<br>McLean, VA, 22101 | | Services | | | | 3,786.00 |
| 16 | Nationwide<br>10507-D Braddock Road<br>Fairfax, VA, 22032 | | Services | | | | 3,239.00 |
| 17 | Holland & Knight<br>3585 Atlanta Ave<br>Atlanta, GA, 30354 | | Services | | | | 3,182.75 |
| 18 | Alsco<br>725 S Pickett St<br>Alexandria, VA, 22304 | | Services | | | | 3,078.32 |
| 19 | ProFish<br>1900 Fenwick St NE<br>Washington, DC, 20002 | | Suppliers or Vendors | | | | 2,902.47 |
| 20 | Cintas<br>PO Box 630803<br>Cincinnati, OH, 45263 | | | | | | 2,667.56 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

**United States Bankruptcy Court**

**IN RE:**                                                        Case No._____

Epic Smokehouse LLC
_____ Chapter  11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Joon Yang<br>1330 S Fern St, Arlington, VA 22202 | 80 | Managing member |
| Rick Hardy<br>1709 Smugglers Run, Annapolis, MD 21401, Annapolis, MD 21401 | 20 | Other (Member) |

**Fill in this information to identify the case and this filing:**

Debtor Name: Epic Smokehouse LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (*If known*): _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/28/2025
MM / DD / YYYY

✗ /s/ Joon Yang
Signature of individual signing on behalf of debtor

Joon Yang
Printed name

Managing Member
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# United States Bankruptcy Court

Eastern District of Virginia

**In re** Epic Smokehouse LLC

Case No. _____

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $13,262.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $495.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

$15,000 advance.  $3960 for prepetition services plus $1738 filing fee paid from advance.   Balance $9302

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
  Any non-bankruptcy legal services.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/28/2025

*Date*

/s/ Daniel Press, 37123

*Signature of Attorney*

Chung & Press, P.C.

*Name of law firm*

6718 Whittier Ave
Ste 200
McLean, VA 22101

Alsco
725 S Pickett St
Alexandria, VA 22304

American Express
PO Box 981535
El Paso, TX 79998

Arlington County Commissioner of the Revenue
2100 Clarendon Boulevard, 2nd Floor
Arlington, VA 22201

Carefirst
840 First St NE
Washington, DC 20065

Chase
PO Box 15298
Wilmington, DE 19850

ChillCraft/EMR
2600 Cabover Dr
Hanover, MD 21076

Cintas
PO Box 630803
Cincinnati, OH 45263

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103

Ecolab
7373 KIRKWOOD COURT SUITE 200
Osseo, MN 55369

Eddie Choi
829A Utterback Store Rd
Great Falls, VA 22066

Extensive Tech
514 Crain Hwy N
Glen Burnie, MD 21061

Food Prep
80 LARGO DRIVE
Stamford, CT 06907

Gold Crust
6200 Columbia Park Rd
Hyattsville, MD 20785

Hartford
One Hartford Plaza
Hartford, CT 06155

Holland & Knight
3585 Atlanta Ave
Atlanta, GA 30354

Intec
1800 M STREET, NW Ste 9
Washington, DC 20036

Jared Imhoff CPA
6803 Whittier Avenue, Suite 200
McLean, VA 22101

Jeffrey S. Romanick
Gross, Romanick, Dean & DeSimone, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030

Joon Yang
1330 S Fern St #3
Arlington, VA 22202

Keany Produce
3310 75th Ave
Hyattsville, MD 20785

KMG Hauling
P.O.BOX 650821
Sterling, VA 20165

Mahoneys
37458 EAGLE WAY
Chicago, IL 60678

Millennium Owner LLC
140 Q St NE Ste 140B
c/o UIP Property Management, Inc
Washington, DC 20002

Nationwide
10507-D Braddock Road
Fairfax, VA 22032

Office of the US Attorney
2100 Jamieson Ave
Alexandria, VA 22314

ProFish
1900 Fenwick St NE
Washington, DC 20002

Resy
222 Broadway 17th Floor
New York, NY 10038

Rick Hardy
1709 Smugglers Run, Annapolis, MD 21401
Annapolis
MD 21401

Roberts Oxygen
2929 ESKRIDGE ROAD #A
Fairfax, VA 22031

Small Business Administration
409 3rd St., SW
Washington, DC 20416

Sysco
8000 Dorsey Run Rd
Jessup, MD 20794

Trimark
P.O.BOX 845396
Boston, MA 02284

Va Dept of Taxation
PO Box 1115
Richmond, VA 23218

Washington Gas
6801 Industrial Rd
Springfield, VA 22151

United States Bankruptcy Court

Eastern District of Virginia

In re: Epic Smokehouse LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/28/2025

/s/ Joon Yang
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor