**Form 1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2023, or tax year beginning ............................ , ending ........................

Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2023**

| | | |
|---|---|---|
| **A** Principal business activity **RESTAURANT** | Name of partnership **EPIC SMOKEHOUSE, LLC** | **D** Employer identification number **45-3932545** |
| **B** Principal product or service **FULL SERVICE** | **Type or Print** Number, street, and room or suite no. If a P.O. box, see instructions. **1330 SOUTH FERN ST** | **E** Date business started **08/24/2012** |
| **C** Business code number **722511** | City or town, state or province, country, and ZIP or foreign postal code **ARLINGTON    VA 22202** | **F** Total assets (see instructions) $ **534,575** |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify)

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: **2**

**J** Check if Schedules C and M-3 are attached

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

### Income

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales | **2,415,072** | |
| **b** | Less returns and allowances | | |
| **c** | Balance | **1c** | **2,415,072** |
| **2** | Cost of goods sold (attach Form 1125-A) | **2** | **802,283** |
| **3** | Gross profit. Subtract line 2 from line 1c | **3** | **1,612,789** |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | **4** | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | **5** | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **6** | |
| **7** | Other income (loss) (attach statement)    SEE STATEMENT 1 | **7** | **2,464** |
| **8** | **Total income (loss).** Combine lines 3 through 7 | **8** | **1,615,253** |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| **9** | Salaries and wages (other than to partners) (less employment credits) | **9** | **708,332** |
| **10** | Guaranteed payments to partners | **10** | **143,757** |
| **11** | Repairs and maintenance | **11** | **61,970** |
| **12** | Bad debts | **12** | |
| **13** | Rent | **13** | **100,267** |
| **14** | Taxes and licenses | **14** | **61,503** |
| **15** | Interest (see instructions)    SEE STATEMENT 2 | **15** | **3,437** |
| **16a** | Depreciation (if required, attach Form 4562) | **16a** | |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | |
| | | **16c** | |
| **17** | Depletion (**Do not deduct oil and gas depletion.**) | **17** | |
| **18** | Retirement plans, etc. | **18** | |
| **19** | Employee benefit programs | **19** | **21,440** |
| **20** | Energy efficient commercial buildings deduction (attach Form 7205) | **20** | |
| **21** | Other deductions (attach statement)    SEE STATEMENT 3 | **21** | **614,254** |
| **22** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | **22** | **1,714,960** |
| **23** | **Ordinary business income (loss).** Subtract line 22 from line 8 | **23** | **-99,707** |

### Tax and Payment

| | | | |
|---|---|---|---|
| **24** | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **24** | |
| **25** | Interest due under the look-back method—income forecast method (attach Form 8866) | **25** | |
| **26** | BBA AAR imputed underpayment (see instructions) | **26** | |
| **27** | Other taxes (see instructions) | **27** | |
| **28** | **Total balance due.** Add lines 24 through 27 | **28** | |
| **29** | Elective payment election amount from Form 3800 | **29** | |
| **30** | Payment (see instructions) | **30** | |
| **31** | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | **31** | |
| **32** | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | **32** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member    Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JARED A. IMHOFF | JARED A. IMHOFF | 09/16/24 | | P01081217 |

Firm's name **IMHOFF & ASSOCIATES, PLLC**    Firm's EIN **82-2955107**

Firm's address **6803 WHITTIER AVE, STE 200 MCLEAN, VA 22101**    Phone no. **703-847-2626**

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2023)

DAA

Form 1065 (2023)  **EPIC SMOKEHOUSE, LLC**                                        45-3932545                          Page **2**

## Schedule B    Other Information

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | | | |
| **a** | ☐ Domestic general partnership | **b** | ☐ Domestic limited partnership | | | |
| **c** | ☒ Domestic limited liability company | **d** | ☐ Domestic limited liability partnership | | | |
| **e** | ☐ Foreign partnership | **f** | ☐ Other: _____ | | | |

**2** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ......................................................  **[No: X]**

**b** Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ......................................................  **[Yes: X]**

**3** At the end of the tax year, did the partnership:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ......................................................  **[No: X]**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ......................................................  **[No: X]**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the return period. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 ...................................... | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? .................................. | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? .................................. | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? .................................. | | X |
| **8** | At any time during calendar year 2023, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country _____ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions .................................. | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election ..................................  **12/31/19** | X | |
| | See instructions for details regarding a section 754 election. | | |
| **b** | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount  $ ( _____ ) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |

DAA                                                                                                     Form **1065** (2023)

Form 1065 (2023)  **EPIC SMOKEHOUSE, LLC**                                           45-3932545                                    Page **3**

| **Schedule B** | **Other Information** *(continued)* | **Yes** | **No** |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **c** | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ (_____) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions ......................... | | X |
| **d** | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $ _____. The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions .......... | | X |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ................................................... ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? .............................................................. | | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ..................................................................................... 0 | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ........................ | | X |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ................................................................................ 0 | | |
| **16a** | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions ................ | X | |
| **b** | If "Yes," did you or will you file required Form(s) 1099? ................................................... | X | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return ............................................................................... 0 | | |
| **18** | Enter the number of partners that are foreign governments under section 892 ................................. 0 | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? ............ | | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 ...................................................................................... | | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? ............... | | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions .............................................. | | X |
| | If "Yes," enter the total amount of the disallowed deductions ...................................... $ _____ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ................................................... | | X |
| **24** | Does the partnership satisfy one or more of the following? See instructions ................................... | | X |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the partnership has business interest expense. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ............................ | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ................................................. $ _____ | | |
| **26** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ............................ 0 | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| **27** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? ................................................. | | X |
| **28** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage: _____ By vote: _____ By value: _____ | | X |
| **29** | Is the partnership required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| **a** | Under the applicable foreign corporation rules? ....................................................... | | X |

Form **1065** (2023)

DAA

Form 1065 (2023)   **EPIC SMOKEHOUSE, LLC**                           45-3932545                    Page **4**

| **Schedule B** | **Other Information** (continued) | **Yes** | **No** |
|---|---|---|---|
| **b** | Under the covered surrogate foreign corporation rules? ..................................................................... | | X |
| | If "Yes" to either (a) or (b), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions ....................................................................................................................... | | X |
| **31** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | X | |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 .................................................................................................................... **2** | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR

| U.S. address of PR | | U.S. phone number of PR | |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

Form **1065** (2023)

DAA

Form 1065 (2023)  **EPIC SMOKEHOUSE, LLC**                    45-3932545                              Page **5**

## Schedule K    Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---:|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 23) | **1** | −99,707 |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) ............... **3a** | | |
| | **b** Expenses from other rental activities (attach statement) **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Guaranteed payments:  **a** Services **4a** 143,757  **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b | **4c** | 143,757 |
| | **5** Interest income | **5** | 7 |
| | **6** Dividends and dividend equivalents:  **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends **6b**       **c** Dividend equivalents **6c** | | |
| | **7** Royalties | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** Collectibles (28%) gain (loss) **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** Other income (loss) (see instructions) (Type: | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** Cash contributions                   SEE STATEMENT 4 | **13a** | 1,580 |
| | **b** Noncash contributions | **13b** | |
| | **c** Investment interest expense | **13c** | |
| | **d** Section 59(e)(2) expenditures:**(1)** Type:            **(2)** Amount: | **13d(2)** | |
| | **e** Other deductions (see instructions) Type:   SEE STATEMENT 5 | **13e** | 3,877 |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment | **14a** | 73,962 |
| | **b** Gross farming or fishing income | **14b** | |
| | **c** Gross nonfarm income | **14c** | 1,130,677 |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** Low-income housing credit (other) | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** Other rental real estate credits (see instructions)      Type: | **15d** | |
| | **e** Other rental credits (see instructions)         Type: | **15e** | |
| | **f** Other credits (see instructions)        Type:   SEE STATEMENT 6 | **15f** | 15,783 |
| **International** | **16** Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance  ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | **17a** | |
| | **b** Adjusted gain or loss | **17b** | |
| | **c** Depletion (other than oil and gas) | **17c** | |
| | **d** Oil, gas, and geothermal properties–gross income | **17d** | |
| | **e** Oil, gas, and geothermal properties–deductions | **17e** | |
| | **f** Other AMT items (attach statement) | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | **18a** | |
| | **b** Other tax-exempt income | **18b** | |
| | **c** Nondeductible expenses            SEE STATEMENT 7 | **18c** | 168,959 |
| | **19a** Distributions of cash and marketable securities | **19a** | |
| | **b** Distributions of other property | **19b** | |
| | **20a** Investment income | **20a** | 7 |
| | **b** Investment expenses | **20b** | |
| | **c** Other items and amounts (attach statement)   SEE STATEMENT 8 | | |
| | **21** Total foreign taxes paid or accrued | **21** | |

Form **1065** (2023)

DAA

## Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | | | | **1** | | **38,600** |

| **2** Analysis by partner type: | **(i)** Corporate | **(ii)** Individual (active) | **(iii)** Individual (passive) | **(iv)** Partnership | **(v)** Exempt Organization | **(vi)** Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | 68,984 | −30,384 | | | |

## Schedule L — Balance Sheets per Books

| Assets | (a) Beginning of tax year | (b) | (c) End of tax year | (d) |
|---|---|---|---|---|
| **1** Cash | | 574,015 | | 64,202 |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | 77,756 | | 89,857 |
| **4** U.S. Government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (attach statement) SEE STMT 9 | | 50,000 | | 229,077 |
| **7a** Loans to partners (or persons related to partners) | | | | |
| **b** Mortgage and real estate loans | | | | |
| **8** Other investments (attach statement) | | | | |
| **9a** Buildings and other depreciable assets | 71,080 | | 83,125 | |
| **b** Less accumulated depreciation | 66,640 | 4,440 | 66,640 | 16,485 |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | | | |
| **12a** Intangible assets (amortizable only) | 191,098 | | 191,098 | |
| **b** Less accumulated amortization | 48,737 | 142,361 | 61,144 | 129,954 |
| **13** Other assets (attach statement) SEE STMT 10 | | 5,000 | | 5,000 |
| **14** Total assets | | 853,572 | | 534,575 |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | | | |
| **16** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **17** Other current liabilities (attach statement) SEE STMT 11 | | 113,585 | | 64,827 |
| **18** All nonrecourse loans | | | | |
| **19a** Loans from partners (or persons related to partners) | | | | |
| **b** Mortgages, notes, bonds payable in 1 year or more | | 149,900 | | 149,900 |
| **20** Other liabilities (attach statement) | | | | |
| **21** Partners' capital accounts | | 590,087 | | 319,848 |
| **22** Total liabilities and capital | | 853,572 | | 534,575 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| **1** Net income (loss) per books | −270,239 | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** Tax-exempt interest $ | |
| **3** Guaranteed payments (other than health insurance) | 143,757 | **7** Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | **a** Depreciation $ SEE STATEMENT 13 | 3,877 |
| **a** Depreciation $ | | | 3,877 |
| **b** Travel and entertainment $ 127,365 SEE STATEMENT 12 | | **8** Add lines 6 and 7 | 3,877 |
| 41,594 | 168,959 | **9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 38,600 |
| **5** Add lines 1 through 4 | 42,477 | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| **1** Balance at beginning of year | 590,087 | **6** Distributions: **a** Cash | |
| **2** Capital contributed: **a** Cash | | **b** Property | |
| **b** Property | | **7** Other decreases (itemize): SEE STMT 15 | |
| **3** Net income (loss) (see instructions) | −130,359 | | 143,757 |
| **4** Other increases (itemize): SEE STMT 14 | | | 143,757 |
| 3,877 | 3,877 | **8** Add lines 6 and 7 | 143,757 |
| **5** Add lines 1 through 4 | 463,605 | **9** Balance at end of year. Subtract line 8 from line 5 | 319,848 |

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to** *www.irs.gov/Form1125A* **for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| EPIC SMOKEHOUSE, LLC | 45-3932545 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 77,756 |
| 2 | Purchases | 2 | 772,947 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)   SEE STATEMENT 16 | 5 | 41,437 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 892,140 |
| 7 | Inventory at end of year | 7 | 89,857 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 802,283 |

**9a** Check all methods used for valuing closing inventory:

   *(i)*   [X] Cost

   *(ii)*   [ ] Lower of cost or market

   *(iii)*   [ ] Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods   ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)   ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO    | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions   [ ] Yes   [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   [ ] Yes   [X] No

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

DAA

CLIENT COPY

**PARTNER# 1**

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

**Schedule K-1 (Form 1065)**

**2023**

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year

beginning _____ ending _____

## Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

### Part I    Information About the Partnership

**A** Partnership's employer identification number

45-3932545

**B** Partnership's name, address, city, state, and ZIP code

EPIC SMOKEHOUSE, LLC

1330 SOUTH FERN ST
ARLINGTON      VA 22202

**C** IRS Center where partnership filed return:

E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II    Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

JOON W. YANG

47750 BRAWNER PLACE
STERLING      VA 20165

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____
Name _____

**I1** What type of entity is this partner?    **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .......... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 70.000000 % | 70.000000 % |
| Loss | 70.000000 % | 70.000000 % |
| Capital | 70.000000 % | 70.000000 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ | 115,804 | $ 117,326 |
| Qualified nonrecourse financing ........ $ | | $ |
| Recourse ........ $ | 98,050 | $ 47,119 |

**K2** ☐ Check this box if item K1 includes liability amounts from lower-tier partnerships ......

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L**    **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account .................. $ | 277,398 |
| Capital contributed during the year ......... $ | |
| Current year net income (loss) .............. $ | −189,168 |
| Other increase (decrease) (attach explanation) ......... $ | |
| Withdrawals and distributions ........ $ ( | ) |
| Ending capital account .................. $ | 88,230 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N**    **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**

Beginning ................. $
Ending ................. $

### Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) −69,795 | 14 | Self-employment earnings (loss) | |
| | | A | 73,962 | |
| 2 | Net rental real estate income (loss) | C | 1,130,677 | |
| 3 | Other net rental income (loss) | 15 | Credits | |
| | | N | 11,048 | |
| 4a | Guaranteed payments for services 143,757 | | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ............. ☐ | |
| 4c | Total guaranteed payments 143,757 | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income 5 | | | |
| 6a | Ordinary dividends | 18 | Tax-exempt income and nondeductible expenses | |
| 6b | Qualified dividends | | | |
| 6c | Dividend equivalents | C* | STMT | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | 20 | Other information | |
| 9c | Unrecaptured section 1250 gain | A | 5 | |
| 10 | Net section 1231 gain (loss) | N | STMT | |
| 11 | Other income (loss) | Z* | STMT | |
| | | * | STMT | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | |
| A | 1,106 | | | |
| V | 3,877 | | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

*For IRS Use Only*

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2023**

DAA

651123

OMB No. 1545-0123

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023, or tax year

beginning _____ ending _____

## Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

### Part I    Information About the Partnership

**A** Partnership's employer identification number
**45-3932545**

**B** Partnership's name, address, city, state, and ZIP code

**EPIC SMOKEHOUSE, LLC**

**1330 SOUTH FERN ST**
**ARLINGTON            VA 22202**

**C** IRS Center where partnership filed return:
**E-FILE**

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II    Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

**RICHARD HARDY**

**1709 SMUGGLERS RUN**
**ANNAPOLIS           MD 21401**

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____
Name _____

**I1** What type of entity is this partner?   **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ............ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|          | Beginning      | Ending         |
|----------|----------------|----------------|
| Profit   | 30.000000 %    | 30.000000 %    |
| Loss     | 30.000000 %    | 30.000000 %    |
| Capital  | 30.000000 %    | 30.000000 %    |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

|                                      | Beginning   | Ending      |
|--------------------------------------|-------------|-------------|
| Nonrecourse .......  $                | 49,631      | $ 50,282    |
| Qualified nonrecourse financing ....  $ |             | $           |
| Recourse ........  $                  |             | $           |

**K2** ☐ Check this box if item K1 includes liability amounts from lower-tier partnerships ........

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ....................

**L**    Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account ............... $ | 312,689 |
| Capital contributed during the year ....... $ | |
| Current year net income (loss) ............ $ | –81,071 |
| Other increase (decrease) (attach explanation) ........ $ | |
| Withdrawals and distributions ........... $ ( | ) |
| **Ending capital account** ............... $ | 231,618 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**    Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........................... $ _____
Ending .............................. $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.
DAA
www.irs.gov/Form1065
**Schedule K-1 (Form 1065) 2023**

### Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Value | # | Item | Value |
|---|------|-------|---|------|-------|
| 1 | Ordinary business income (loss) | –29,912 | 14 | Self-employment earnings (loss) | |
| 2 | Net rental real estate income (loss) | | 15 | Credits | |
| 3 | Other net rental income (loss) | | | N | 4,735 |
| 4a | Guaranteed payments for services | | 16 | Schedule K-3 is attached if checked ................ ☐ | |
| 4b | Guaranteed payments for capital | | | | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | 2 | | | |
| 6a | Ordinary dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6b | Qualified dividends | | | C* | STMT |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | 19 | Distributions | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | 20 | Other information | |
| 9b | Collectibles (28%) gain (loss) | | | A | 2 |
| 9c | Unrecaptured section 1250 gain | | | N | STMT |
| 10 | Net section 1231 gain (loss) | | | Z* | STMT |
| 11 | Other income (loss) | | | * | STMT |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |
| | A | 474 | | | |
| | | | 22 | ☐ More than one activity for at-risk purposes* | |
| | | | 23 | ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

**SCHEDULE B-1**
**(Form 1065)**

(Rev. August 2019)

Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ **Attach to Form 1065.**

▶ **Go to** *www.irs.gov/Form1065* **for the latest information.**

OMB No. 1545-0123

| Name of partnership | Employer identification number (EIN) |
|---|---|
| EPIC SMOKEHOUSE, LLC | 45-3932545 |

**Part I** **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| JOON W. YANG | ▮▮▮▮▮▮ | UNITED STATES | 70.000000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

Schedule B-1 (Form 1065) (Rev. 8-2019)

CLIENT COPY

DAA

**SCHEDULE B-2**
**(Form 1065)**

(December 2018)

Department of the Treasury
Internal Revenue Service

# Election Out of the Centralized Partnership Audit Regime

▶ **Attach to Form 1065 or Form 1066.**

▶ **Go to** *www.irs.gov/Form1065* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of Partnership | Employer Identification Number (EIN) |
|---|---|
| EPIC SMOKEHOUSE, LLC | 45-3932545 |

Certain partnerships with 100 or fewer partners can elect out of the centralized partnership audit regime if each partner is an individual, a C corporation, a foreign entity that would be treated as a C corporation were it domestic, an S corporation, or an estate of a deceased partner. For purposes of determining whether the partnership has 100 or fewer partners, the partnership must include all shareholders of any S corporation that is a partner. By completing Part I, you are making an affirmative statement that all of the partners in the partnership are eligible partners under section 6221(b)(1)(C) and you have provided all of the information on this schedule. See the instructions, including the instructions for the treatment of real estate mortgage investment conduits (REMICs), for more details.

**Part I    List of Eligible Partners**

Use the following codes under Type of Eligible Partner:

I – Individual  C – Corporation  E – Estate of Deceased Partner  F – Eligible Foreign Entity  S – S corporation

| | Name of Partner | Taxpayer Identification Number (TIN) | Type of Eligible Partner (Code) |
|---|---|---|---|
| 1 | JOON W. YANG | ▬▬▬▬ | I |
| 2 | RICHARD HARDY | ▬▬▬▬ | I |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

*Continued on Part IV*

**Part II    List of S Corporation Shareholders** (For each S corporation partner, complete a separate Part II and separate Part V, if needed.)

Use the following codes under Type of Person:

I – Individual  E – Estate of Deceased Shareholder  T – Trust  O – Other

Name of
S Corporation Partner ▶                                                                TIN of Partner ▶

| | Name of Shareholder | Shareholder TIN | Type of Person (Code) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

*Continued on Part V*

**Part III    Total Number of Schedules K-1 Required To Be Issued.** See instructions.

| | | | |
|---|---|---|---|
| 1 | Total of Part I and all Parts IV Schedules K-1 required to be issued by the partnership .............. | 1 | 2 |
| 2 | Total of Part II and all Parts V Schedules K-1 required to be issued by any S corporation partners .......... | 2 | |
| 3 | **Total. Add line 1 and line 2** | 3 | 2 |

**Note:** If line 3 is more than 100, the partnership cannot make the election under section 6221(b).

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

Schedule B-2 (Form 1065) (12-2018)

DAA

Form **8846**

Department of the Treasury
Internal Revenue Service

**Credit for Employer Social Security and Medicare Taxes
Paid on Certain Employee Tips**

**Attach to your tax return.**
Go to *www.irs.gov/Form8846* for the latest information.

OMB No. 1545-0123

**2023**

Attachment
Sequence No. **846**

| Name(s) shown on return | Identifying number |
|---|---|
| EPIC SMOKEHOUSE, LLC | 45-3932545 |

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage employer where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---|
| 1 | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | **1** | 237,641 |
| 2 | Tips not subject to the credit provisions (see instructions) | **2** | 31,329 |
| 3 | Creditable tips. Subtract line 2 from line 1 | **3** | 206,312 |
| 4 | Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $160,200, see instructions and check here ☐ | **4** | 15,783 |
| 5 | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | **5** | |
| 6 | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | **6** | 15,783 |

**For Paperwork Reduction Act Notice, see instructions.**

Form **8846** (2023)

CLIENT COPY

DAA

| Schedule **K** | **Section 199A Information Worksheet** | **2023** |
|---|---|---|
| | For calendar year 2023, or tax year beginning _____, and ending | |

| Partnership Name | Employer Identification Number |
|---|---|
| **EPIC SMOKEHOUSE, LLC** | **45-3932545** |

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **FULL-SERVICE RESTAURANT** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -99,707 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | 3,877 | | | | |
| **W-2 wages** | 708,332 | | | | |
| **Qualified property** | 30,820 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| | | | | | |
| **Section 199A REIT dividends** | | | | | |

CLIENT COPY

**PAGE 1 OF 1**

1040  EPIC SMOKEHOUSE, LLC                                         9/16/2024  3:03 PM
45-3932545                    **Federal Statements**
FYE: 12/31/2023

### Statement 1 - Form 1065, Page 1, Line 7 - Other Income (Loss)

| Description | Amount |
|---|---|
| CREDIT CARD REBATE | $ 2,464 |
| TOTAL | $ 2,464 |

### Statement 2 - Form 1065, Page 1, Line 15 - Interest

| Description | Amount |
|---|---|
| INTEREST | $ 3,437 |
| TOTAL | $ 3,437 |

### Statement 3 - Form 1065, Page 1, Line 21 - Other Deductions

| Description | Amount |
|---|---|
| BANK & CREDIT CARD CHARGES | $ 93,031 |
| CABLE | 6,407 |
| CLEANING SUPPLIES | 9,407 |
| DE MINIMIS EQUIPMENT (>$2,500 | 6,724 |
| DOORDASH EXPENSES | 24,628 |
| DUES & SUBSCRIPTIONS | 2,380 |
| EXTERMINATING | 156 |
| MANAGEMENT CONSULTING | 42,000 |
| MARKETING AND PROMOTION | 48,751 |
| OPEN TABLE COSTS | 21,033 |
| PAYROLL SERVICE | 5,140 |
| POSTAGE | 11,178 |
| PRINTING | 746 |
| PROFESSIONAL FEES | 38,902 |
| RECRUITING | 10,717 |
| ROUNDING | -1 |
| TELECOM | 3,947 |
| TRASH REMOVAL | 7,711 |
| TRAVEL | 47,561 |
| UNIFORMS | 2,925 |
| OPERATING EXPENSES | 63,463 |
| MUSIC | 700 |
| UTILITIES | 19,817 |
| DECOR & LINENS | 19,267 |
| INSURANCE | 21,589 |
| OFFICE EXPENSE | 10,272 |
| AUTOMOBILE EXPENSE | 14,180 |
| MEALS (50%) | 69,217 |
| AMORTIZATION | 12,406 |
| TOTAL | $ 614,254 |

CLIENT COPY

1040  EPIC SMOKEHOUSE, LLC
45-3932545
FYE: 12/31/2023

9/16/2024  3:03 PM

# Federal  Statements

## Statement 4 - Form 1065, Schedule K, Line 13a - Cash Contributions

| Description | 60% | 30% | Total |
|---|---|---|---|
| CHARITABLE  CONTRIBUTIONS | $ 1,580 | $ | $ 1,580 |
| TOTAL | $ 1,580 | $ 0 | $ 1,580 |

CLIENT COPY

4

1040  EPIC SMOKEHOUSE, LLC                                                    9/16/2024  3:03 PM
45-3932545                        **Federal  Statements**
FYE: 12/31/2023

### Statement 5 - Form 1065, Schedule K, Line 13e - Other Deductions

| Description | Amount |
|---|---|
| SECTION 743(B) NEGATIVE ADJ | $   3,877 |
| TOTAL | $   3,877 |

### Statement 6 - Form 1065, Schedule K, Line 15f - Other Credits

| Description | Amount |
|---|---|
| CREDIT FOR TAXES PAID ON TIPS | $   15,783 |
| TOTAL | $   15,783 |

### Statement 7 - Form 1065, Schedule K, Line 18c - Nondeductible Expenses

| Description | Amount |
|---|---|
| NONDEDUCTIBLE  MEALS | $   69,217 |
| NONDEDUCTIBLE  ENTERTAINMENT | 58,148 |
| TAX CREDIT ADJUSTMENT | 15,783 |
| NONDEDUCTIBLE  GIFTS | 25,811 |
| TOTAL | $   168,959 |

### Statement 8 - Form 1065, Schedule K, Line 20c - Other Items and Amounts

| Description | Amount |
|---|---|
| SEE ATTACHED SECTION 199A INFORMATION WORKSHEET | $ |
| THE CURRENT YEAR SECTION 743(B) BASIS  ADJUSTMENT RELATING TO GOODWILL OF $58,155 IS: | 3,877 |
| THE NET REMAINING UNAMORTIZED PORTION OF 743(B) BASIS ADJUSTMENTS (GOODWILL) IS: | 41,032 |

### Statement 9 - Form 1065, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| DUE FROM UNCOMMON LUNCHEONETT | $   50,000 | $   150,549 |
| DUE FROM AMERICAN PRIME | | 78,528 |
| TOTAL | $   50,000 | $   229,077 |

1040  EPIC SMOKEHOUSE, LLC                                                    9/16/2024  3:03 PM
45-3932545                          **Federal  Statements**
FYE: 12/31/2023

### Statement 10 - Form 1065, Schedule L, Line 13 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| SECURITY DEPOSITS | $        5,000 | $        5,000 |
| TOTAL | $        5,000 | $        5,000 |

### Statement 11 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| SALES TAX PAYABLE | $       15,535 | $       17,708 |
| DUE TO FROM AMERICAN PRIME | 373 | |
| CREDIT CARDS PAYABLE | 97,677 | 47,119 |
| TOTAL | $      113,585 | $       64,827 |

### Statement 12 - Form 1065, Schedule M-1, Line 4 - Expenses Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| NONDEDUCTIBLE GIFTS | $       25,811 |
| TAX CREDIT ADJUSTMENT | 15,783 |
| TOTAL | $       41,594 |

### Statement 13 - Form 1065, Schedule M-1, Line 7 - Deductions Included on Sch K, Not on Books

| Description | Amount |
|---|---|
| BOOK-TAX AMORTIZATION DIFFERENCE | $        3,877 |
| TOTAL | $        3,877 |

### Statement 14 - Form 1065, Schedule M-2, Line 4 - Other Increases

| Description | Amount |
|---|---|
| SECTION 743(B) NEGATIVE ADJ | $        3,877 |
| TOTAL | $        3,877 |

### Statement 15 - Form 1065, Schedule M-2, Line 7 - Other Decreases

| Description | Amount |
|---|---|
| GUARANTEED PAYMENTS | $      143,757 |
| TOTAL | $      143,757 |

CLIENT COPY

1040  EPIC SMOKEHOUSE, LLC                                        9/16/2024  3:03 PM
45-3932545
FYE: 12/31/2023

# Federal  Statements

## Statement 16 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| SPILLAGE/SPOILAGE | $ 41,437 |
| TOTAL | $ 41,437 |



# Federal Statements

## JOON W. YANG

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|---|---|---:|
| C | NONDEDUCTIBLE GIFTS | $ 18,068 |
| C | TAX CREDIT ADJUSTMENT | 11,048 |
| C | NONDEDUCTIBLE MEALS | 48,452 |
| C | NONDEDUCTIBLE ENTERTAINMENT | 40,704 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|---|---|---:|
| N | SCHEDULE K-1, LINE 1 BUSINESS INTEREST EXPENSE | $ 2,406 |
| AG | GROSS RECEIPTS FOR 2022 | 1,420,810 |
| AG | GROSS RECEIPTS FOR 2021 | 1,018,277 |
| AG | GROSS RECEIPTS FOR 2020 | 739,398 |

### Schedule K-1, Line 20ZZ - Additional Other Information

Description

```
       ANALYSIS OF AT RISK VERSUS NOT AT RISK LIABILITIES
                            AT RISK              NOT AT RISK
NONRECOURSE                        0                  117,326
QUALIFIED NONRECOURSE              0                        0
RECOURSE                      47,119                        0


THE CURRENT YEAR SECTION 743(B) BASIS ADJUSTMENT
RELATING TO GOODWILL OF $58,155 IS:                    3,877

THE NET REMAINING UNAMORTIZED PORTION OF 743(B) BASIS
ADJUSTMENTS (GOODWILL) IS:                            41,032
```

1040  EPIC SMOKEHOUSE, LLC                                          9/16/2024  3:03 PM
45-3932545
FYE: 12/31/2023

# Federal Statements

## Richard Hardy

███████████

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|---|---|---|
| C | NONDEDUCTIBLE GIFTS | $   7,743 |
| C | TAX CREDIT ADJUSTMENT | 4,735 |
| C | NONDEDUCTIBLE MEALS | 20,765 |
| C | NONDEDUCTIBLE ENTERTAINMENT | 17,444 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|---|---|---|
| N | SCHEDULE K-1, LINE 1 BUSINESS INTEREST EXPENSE | $   1,031 |
| AG | GROSS RECEIPTS FOR 2022 | 608,919 |
| AG | GROSS RECEIPTS FOR 2021 | 436,405 |
| AG | GROSS RECEIPTS FOR 2020 | 316,885 |

### Schedule K-1, Line 20ZZ - Additional Other Information

| Description | | |
|---|---|---|
| ANALYSIS OF AT RISK VERSUS NOT AT RISK LIABILITIES | AT RISK | NOT AT RISK |
| NONRECOURSE | 0 | 50,282 |
| QUALIFIED NONRECOURSE | 0 | 0 |
| RECOURSE | 0 | 0 |

**PARTNER# 1**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2023** |
|---|---|---|
| | For calendar year 2023, or tax year beginning                , and ending | |

| Partnership Name | Employer Identification Number |
|---|---|
| **EPIC SMOKEHOUSE, LLC** | **45-3932545** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **JOON W. YANG** | ███████████ |

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **FULL-SERVICE RESTAURANT** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -69,795 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | 3,877 | | | | |
| **W-2 wages** | 495,832 | | | | |
| **Qualified property** | 21,574 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

CLIENT COPY

**PARTNER# 2**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2023** |
|---|---|---|
| | For calendar year 2023, or tax year beginning _____ , and ending _____ | |

| Partnership Name | Employer Identification Number |
|---|---|
| **EPIC SMOKEHOUSE, LLC** | **45-3932545** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **RICHARD HARDY** | ████████ |

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **FULL-SERVICE RESTAURANT** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -29,912 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 212,500 | | | | |
| **Qualified property** | 9,246 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| | | | | | |
| **Section 199A REIT dividends** | | | | | |

CLIENT COPY

PAGE 1 OF 1

Year Ending: December 31, 2023                                        45-3932545

EPIC SMOKEHOUSE, LLC
1330 SOUTH FERN ST
ARLINGTON, VA  22202

## Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Under Regulation 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis safe harbor election to all qualifying property placed in service during the tax year.

## Schedule M-2, Tax-based Capital Income (Loss) Worksheet

| Form **1065** | For calendar year 2023, or tax year beginning _____, and ending _____ | **2023** |

| Partnership Name | Employer Identification Number |
|---|---|
| EPIC SMOKEHOUSE, LLC | 45-3932545 |

| | | |
|---|---|---:|
| **1** | Net income (loss) per return (Form 1065, Page 5, Analysis of Net Income (Loss)) | 38,600 |
| **2** | Income recorded on books this year not included on return | |
| **a** | Tax-exempt interest | |
| **b** | Other tax-exempt income | |
| **c** | Total tax-exempt income | |
| **3** | Expenses recorded on books this year not on return | |
| **a** | Meals | 69,217 |
| **b** | Entertainment | 58,148 |
| **c** | Tax credit adjustment | 15,783 |
| **d** | Rent personal use expenses | |
| **e** | Conservation expenses | |
| **f** | Lease inclusion | |
| **g** | Other nondeductible expenses | 25,811 |
| **h** | Total nondeductible expenses | 168,959 |
| **4** | Net income (loss) per books (Schedule M-2, line 3) | -130,359 |
| **5** | Increase (decrease) adjustments to return income (loss) | |
| **a** | Section 743b negative adjustments | 3,877 |
| **b** | Section 743b positive adjustments | |
| **c** | Guaranteed payments (other than health insurance) | 143,757 |
| **d** | Net other increases (decreases) adjustments | -139,880 |
| **6** | Net tax-based capital net income (loss) (Schedule K-1, Current year income (loss)) | -270,239 |

CLIENT COPY

## Schedule K-1 Percentages Summary Worksheet

| Form **1065** | For calendar year 2023, or tax year beginning _____, and ending _____ | **2023** |

| Partnership Name | Employer Identification Number |
| --- | --- |
| **EPIC SMOKEHOUSE, LLC** | **45-3932545** |

| Partner Number | Partner Name | Profit | | Loss | | Capital | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | **Beginning** | **Ending** | **Beginning** | **Ending** | **Beginning** | **Ending** |
| 1 | JOON W. YANG | 70.000000 | 70.000000 | 70.000000 | 70.000000 | 70.000000 | 70.000000 |
| 2 | RICHARD HARDY | 30.000000 | 30.000000 | 30.000000 | 30.000000 | 30.000000 | 30.000000 |

CLIENT COPY

**Reconciliation of Partners' Basis Worksheet**

| Form **1065** | For calendar year 2023, or tax year beginning , and ending | **2023** |
|---|---|---|

Partnership Name

**EPIC SMOKEHOUSE, LLC**

Employer Identification Number

**45-3932545**

| Partner Number | Partner Name | Beginning Basis | Increases | Distribution in Excess of Basis | Allowed Decreases | Ending Basis |
|---|---|---|---|---|---|---|
| 1 | JOON W. YANG | 554,557 | -49,404 | 0 | 193,050 | 312,103 |
| 2 | RICHARD HARDY | 362,320 | 653 | 0 | 81,073 | 281,900 |

| | Beginning Basis | Increases | Distribution in Excess of Basis | Allowed Decreases | Ending Basis |
|---|---|---|---|---|---|
| Total this page | 916,877 | -48,751 | 0 | 274,123 | 594,003 |
| Total all pages | 916,877 | -48,751 | 0 | 274,123 | 594,003 |

| Form **1065** | **Reconciliation of Partners' Capital Accounts Worksheet** | | | | | | **2023** |
|---|---|---|---|---|---|---|---|
| | For calendar year 2023, or tax year beginning | | , and ending | | | | |

| Partnership Name | | Employer Identification Number |
|---|---|---|
| EPIC SMOKEHOUSE, LLC | | 45-3932545 |

| Partner Number | Partner Name | Beginning Capital | Capital Contributed | Current Year Net Income (Loss) | Increases & Decreases | Withdrawals & Distributions | Ending Capital |
|---|---|---|---|---|---|---|---|
| 1 | JOON W. YANG | 277,398 | 0 | -189,168 | 0 | 0 | 88,230 |
| 2 | RICHARD HARDY | 312,689 | 0 | -81,071 | 0 | 0 | 231,618 |



|  | | Total this page | 590,087 | 0 | -270,239 | 0 | 0 | 319,848 |
|---|---|---|---|---|---|---|---|---|
|  | | Total all pages | 590,087 | 0 | -270,239 | 0 | 0 | 319,848 |

**PAGE 1 OF 1**

1040  EPIC SMOKEHOUSE, LLC
45-3932545
FYE: 12/31/2023

# Federal Asset Report
## FULL-SERVICE RESTAURANT

09/16/2024   3:03 PM

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 2 | POS HARDWARE | 8/31/12 | 5,607 | X | X | | 0 | 5 | HY | 200DB | 5,607 | 0 |
| 3 | MICRO CENTER COMPUTER | 8/29/12 | 770 | X | X | | 0 | 5 | HY | 200DB | 770 | 0 |
| 5 | MUSIC SYSTEM | 8/20/12 | 4,495 | X | X | | 0 | 7 | HY | 200DB | 4,495 | 0 |
| 6 | FLAT PANNEL TV | 9/03/12 | 3,448 | X | X | | 0 | 7 | HY | 200DB | 3,448 | 0 |
| 7 | SHELVING UNITS | 2/10/13 | 1,500 | X | X | | 0 | 7 | HY | 200DB | 1,500 | 0 |
| 8 | SOUS VIDE | 7/17/14 | 524 | X | X | | 0 | 5 | HY | 200DB | 524 | 0 |
| 9 | MICRO CENTER 81 | 8/06/15 | 1,016 | X | X | | 0 | 5 | HY | 200DB | 1,016 | 0 |
| 31 | Flooring - Carpeting Affixed | 3/16/22 | 4,929 | | X | | 0 | 15 | HY | S/L | 4,929 | 0 |
| | | | 22,289 | | | | 0 | | | | 22,289 | 0 |
| **Other Depreciation:** | | | | | | | | | | | | |
| 4 | POS SOFTWARE | 8/31/12 | 20,000 | X | X | | 0 | 3 | MO | Amort | 20,000 | 0 |
| 11 | Small IPADS and Printers (Expensed) | 12/31/17 | 768 | | | | 768 | 0 | -- | Memo | 0 | 0 |
| 12 | Computer Equipment (Expensed) | 12/31/17 | 1,299 | | | | 1,299 | 0 | -- | Memo | 0 | 0 |
| 14 | Bar Freezer (Expensed) | 12/31/17 | 221 | | | | 221 | 0 | -- | Memo | 0 | 0 |
| 15 | Shelving (Expensed) | 12/31/17 | 352 | | | | 352 | 0 | -- | Memo | 0 | 0 |
| 16 | Laptop (Expensed) | 6/28/19 | 510 | | | | 510 | 0 | -- | Memo | 0 | 0 |
| 17 | Fridge (Expensed) | 8/09/19 | 2,470 | | | | 2,470 | 0 | -- | Memo | 0 | 0 |
| 18 | Apple Equipment (Expensed) | 8/20/19 | 402 | | | | 402 | 0 | -- | Memo | 0 | 0 |
| 19 | Amazon Computer (Expensed) | 10/26/19 | 619 | | | | 619 | 0 | -- | Memo | 0 | 0 |
| 20 | Freezer (Expensed) | 11/02/19 | 1,948 | | | | 1,948 | 0 | -- | Memo | 0 | 0 |
| 21 | Refrigerator (Expensed) | 11/09/19 | 2,146 | | | | 2,146 | 0 | -- | Memo | 0 | 0 |
| 24 | Refrigerator (expensed) | 6/17/20 | 2,380 | | | | 2,380 | 0 | -- | Memo | 0 | 0 |
| 25 | Best Buy Computer (Expensed) | 5/06/21 | 949 | | | | 949 | 0 | -- | Memo | 0 | 0 |
| 26 | Amazon Speakers (Expensed) | 5/10/21 | 562 | | | | 562 | 0 | -- | Memo | 0 | 0 |
| 27 | Wayfair Patio Furniture (Expensed) | 7/20/21 | 7,676 | | | | 7,676 | 0 | -- | Memo | 0 | 0 |
| 28 | Homethreads Patio Furniture (Expensed) | 6/17/21 | 6,650 | | | | 6,650 | 0 | -- | Memo | 0 | 0 |
| 29 | Other Supplies (Expensed) | 12/29/21 | 173 | | | | 173 | 0 | -- | Memo | 0 | 0 |
| 32 | Best Buy Computer (Expensed) | 2/24/23 | 1,535 | | | | 1,535 | 0 | -- | Memo | 0 | 0 |
| | **Total Other Depreciation** | | 50,660 | | | | 30,660 | | | | 20,000 | 0 |
| | **Total ACRS and Other Depreciation** | | 50,660 | | | | 30,660 | | | | 20,000 | 0 |
| **Listed Property:** | | | | | | | | | | | | |
| 10 | 2015 FORD CARGO VAN | 2/17/15 | 24,351 | X | X | | 0 | 5 | HY | 200DB | 24,351 | 0 |
| | | | 24,351 | | | | 0 | | | | 24,351 | 0 |
| **Amortization:** | | | | | | | | | | | | |
| 1 | START-UP COSTS | 9/01/12 | 11,347 | | | | 11,347 | 15 | MO | Amort | 7,817 | 756 |
| 22 | Section 743(b) Adjustment - Goodwill (Joor | 8/08/19 | 58,155 | | | | 58,155 | 15 | MO | Amort | 13,246 | 3,877 |
| 23 | Section 734(B) Adjustment - Goodwill | 12/30/19 | 174,751 | | | | 174,751 | 15 | MO | Amort | 35,921 | 11,650 |
| | | | 244,253 | | | | 244,253 | | | | 56,984 | 16,283 |
| | **Grand Totals** | | 341,553 | | | | 274,913 | | | | 123,624 | 16,283 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 341,553 | | | | 274,913 | | | | 123,624 | 16,283 |

1040  EPIC SMOKEHOUSE, LLC                                                    09/16/2024   3:03 PM
45-3932545

**Qualified Property Report**

FYE: 12/31/2023

**FULL-SERVICE  RESTAURANT**

| Asset | Property  Description | Date In Service | Tax Cost | Bus Pct | Qualified Property |
|---|---|---|---|---|---|
| 8 | SOUS VIDE | 7/17/14 | 524 | 100.00 | 524 |
| 9 | MICRO CENTER 81 | 8/06/15 | 1,016 | 100.00 | 1,016 |
| 10 | 2015 FORD CARGO VAN | 2/17/15 | 24,351 | 100.00 | 24,351 |
| 30 | Intec Group Expansion Project (Not Yet Done | 1/01/24 | 16,485 | 100.00 | 16,485 |
| 31 | Flooring - Carpeting Affixed | 3/16/22 | 4,929 | 100.00 | 4,929 |
| | **Grand Total** | | 47,305 | | 47,305 |


CLIENT COPY

1040  EPIC SMOKEHOUSE, LLC                                                    09/16/2024   3:03 PM
45-3932545           **Future Depreciation Report   FYE: 12/31/24**

FYE: 12/31/2023                    **FULL-SERVICE RESTAURANT**

| Asset | Description | Date In Service | Cost | Tax | AMT | ACE |
|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | |
| 2 | POS HARDWARE | 8/31/12 | 5,607 | 0 | 0 | 0 |
| 3 | MICRO CENTER COMPUTER | 8/29/12 | 770 | 0 | 0 | 0 |
| 5 | MUSIC SYSTEM | 8/20/12 | 4,495 | 0 | 0 | 0 |
| 6 | FLAT PANNEL TV | 9/03/12 | 3,448 | 0 | 0 | 0 |
| 7 | SHELVING UNITS | 2/10/13 | 1,500 | 0 | 0 | 0 |
| 8 | SOUS VIDE | 7/17/14 | 524 | 0 | 0 | 0 |
| 9 | MICRO CENTER 81 | 8/06/15 | 1,016 | 0 | 0 | 0 |
| 30 | Intec Group Expansion Project (Not Yet Done) | 1/01/24 | 16,485 | 10,221 | 10,221 | 0 |
| 31 | Flooring - Carpeting Affixed | 3/16/22 | 4,929 | 0 | 0 | 0 |
| | | | 38,774 | 10,221 | 10,221 | 0 |
| **Other Depreciation:** | | | | | | |
| 4 | POS SOFTWARE | 8/31/12 | 20,000 | 0 | 0 | 0 |
| 11 | Small IPADs and Printers (Expensed) | 12/31/17 | 768 | 0 | 0 | 0 |
| 12 | Computer Equipment (Expensed) | 12/31/17 | 1,299 | 0 | 0 | 0 |
| 14 | Bar Freezer (Expensed) | 12/31/17 | 221 | 0 | 0 | 0 |
| 15 | Shelving (Expensed) | 12/31/17 | 352 | 0 | 0 | 0 |
| 16 | Laptop (Expensed) | 6/28/19 | 510 | 0 | 0 | 0 |
| 17 | Fridge (Expensed) | 8/09/19 | 2,470 | 0 | 0 | 0 |
| 18 | Apple Equipment (Expensed) | 8/20/19 | 402 | 0 | 0 | 0 |
| 19 | Amazon Computer (Expensed) | 10/26/19 | 619 | 0 | 0 | 0 |
| 20 | Freezer (Expensed) | 11/02/19 | 1,948 | 0 | 0 | 0 |
| 21 | Refrigerator (Expensed) | 11/09/19 | 2,146 | 0 | 0 | 0 |
| 24 | Refrigerator (expensed) | 6/17/20 | 2,380 | 0 | 0 | 0 |
| 25 | Best Buy Computer (Expensed) | 5/06/21 | 949 | 0 | 0 | 0 |
| 26 | Amazon Speakers (Expensed) | 5/10/21 | 562 | 0 | 0 | 0 |
| 27 | Wayfair Patio Furniture (Expensed) | 7/20/21 | 7,676 | 0 | 0 | 0 |
| 28 | Homethreads Patio Furniture (Expensed) | 6/17/21 | 6,650 | 0 | 0 | 0 |
| 29 | Other Supplies (Expensed) | 12/29/21 | 173 | 0 | 0 | 0 |
| 32 | Best Buy Computer (Expensed) | 2/24/23 | 1,535 | 0 | 0 | 0 |
| | **Total Other Depreciation** | | 50,660 | 0 | 0 | 0 |
| | **Total ACRS and Other Depreciation** | | 50,660 | 0 | 0 | 0 |
| **Listed Property:** | | | | | | |
| 10 | 2015 FORD CARGO VAN | 2/17/15 | 24,351 | 0 | 0 | 0 |
| | | | 24,351 | 0 | 0 | 0 |
| **Amortization:** | | | | | | |
| 1 | START-UP COSTS | 9/01/12 | 11,347 | 757 | 0 | 0 |
| 22 | Section 743(b) Adjustment - Goodwill (Joon) | 8/08/19 | 58,155 | 3,877 | 3,877 | 0 |
| 23 | Section 734(B) Adjustment - Goodwill | 12/30/19 | 174,751 | 11,650 | 11,650 | 0 |
| | | | 244,253 | 16,284 | 15,527 | 0 |
| | **Grand Totals** | | 358,038 | 26,505 | 25,748 | 0 |

CLIENT COPY