# Epic Smokehouse LLC

## Balance Sheet

As of April 28, 2025

| | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       1001 Operating (#6699) - OLD | -11,961.38 |
|       1008 Trustar Bank PPP Checking | 3,364.66 |
|       1009 Checking - New - 7340 | -20,621.68 |
|       1010 Merchant - New - 5830 | 8,268.70 |
|       1011 Payroll - New - 5801 | -33,502.46 |
|       1012 Savings - New - 5827 | 210.37 |
|       1050 Petty Cash on hand | 35,451.60 |
|     **Total Bank Accounts** | **$ -18,790.19** |
|     **Other Current Assets** | |
|       1175 Open Checks | 200.90 |
|       1200 Inventory | 0.00 |
|         1210 Food Inventory | 0.00 |
|           1211 Protein Inventory | 3,632.96 |
|           1212 Seafood Inventory | 513.16 |
|           1213 Dairy Inventory | 629.72 |
|           1214 Produce Inventory | 767.27 |
|           1215 Other Food Inventory | 5,224.01 |
|           1250 NA Beverage Inventory | 730.50 |
|         **Total 1210 Food Inventory** | **11,497.62** |
|         1220 Beer Inventory | 4,581.88 |
|         1230 Wine Inventory | 15,323.58 |
|         1240 Liquor Inventory | 22,879.68 |
|         1290 Smallwares | 0.00 |
|           1291 FOH Smallwares | 9,878.15 |
|           1292 BOH Smallwares | 25,758.12 |
|         **Total 1290 Smallwares** | **35,636.27** |
|       **Total 1200 Inventory** | **89,919.03** |
|       1350 Undeposited Funds | 41.31 |
|       1405 Due from Joon | -225,909.75 |
|       1410 Due from Uncommon Luncheonette | 166,527.12 |
|       1420 Due from American Prime | 233,528.19 |
|     **Total Other Current Assets** | **$264,306.80** |
|   **Total Current Assets** | **$245,516.61** |

# Epic Smokehouse LLC

## Balance Sheet

As of April 28, 2025

|  | TOTAL |
|---|---:|
| Fixed Assets | |
|   1500 FF&E | 0.00 |
|     1510 Computers & Peripherals | 27,393.36 |
|     1520 Equipment | 40,156.33 |
|     1530 Vehicles | 24,351.27 |
|     1540 Expansion Project | 71,759.00 |
|     1590 Accumulated Depreciation | -66,640.38 |
|   **Total 1500 FF&E** | **97,019.58** |
| **Total Fixed Assets** | **$97,019.58** |
| Other Assets | |
|   1600 Start Up Costs (Pre Opening) | 16,346.72 |
|   1610 Accumulated Amortization | -13,572.94 |
|   1620 Goodwill - Vernon Redemption | 174,751.00 |
|   1630 A/A - Vernon Redemption | -47,571.07 |
|   1700 Security Deposits | 5,000.00 |
| **Total Other Assets** | **$134,953.71** |
| **TOTAL ASSETS** | **$477,489.90** |
| LIABILITIES AND EQUITY | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         2000 Accounts Payable (A/P) | 20,426.58 |
|       **Total Accounts Payable** | **$20,426.58** |
|       Credit Cards | |
|         2471 American Express | 36,001.97 |
|         2473 Capital One Visa | 131.22 |
|         2477 Chase Visa | 6,120.02 |
|           2477.1 Joon | -27,216.29 |
|           2477.4 Hall | 11,350.35 |
|           2477.5 Smith | 119.05 |
|           2477.7 Turner | 13,995.39 |
|           2477.8 Savcova | 4,686.17 |
|         **Total 2477 Chase Visa** | **9,054.69** |
|       **Total Credit Cards** | **$45,187.88** |
|       Other Current Liabilities | |
|         2012 Loan Payable - Yang | -254.36 |
|         2100 Due to from American Prime | -10,813.50 |
|         2200 Sales tax payable | 112,959.53 |
|         Undistributed Tips | 554.76 |
|         Virginia Department of Taxation Payable | 175.89 |
|       **Total Other Current Liabilities** | **$102,622.32** |

# Epic Smokehouse LLC

## Balance Sheet

As of April 28, 2025

|  | TOTAL |
|---|---|
| **Total Current Liabilities** | **$168,236.78** |
| Long-Term Liabilities | |
|   2600 EIDL Loan Payable | 149,900.00 |
| **Total Long-Term Liabilities** | **$149,900.00** |
| **Total Liabilities** | **$318,136.78** |
| Equity | |
|   2900 Retained Earnings | -412,805.60 |
|   2901 Member's Capital - Yang | 269,492.36 |
|   2905 Member's Capital - Hardy | 309,298.94 |
|   Net Income | -6,632.58 |
| **Total Equity** | **$159,353.12** |
| **TOTAL LIABILITIES AND EQUITY** | **$477,489.90** |