# Epic Smokehouse LLC

## Statement of Cash Flows

### January 1 - April 28, 2025

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -6,632.58 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | 0.00 |
|   1175 Open Checks | -161.30 |
|   1405 Due from Joon | -3,147.08 |
|   2000 Accounts Payable (A/P) | -73,269.67 |
|   2471 American Express | 1,777.98 |
|   2473 Capital One Visa | 131.22 |
|   2475 CITI Mastercard | -24.52 |
|   2477.1 Chase Visa:Joon | 576.47 |
|   2477.4 Chase Visa:Hall | 212.73 |
|   2477.7 Chase Visa:Turner | 48.67 |
|   2477.8 Chase Visa:Savcova | 227.29 |
|   2100 Due to from American Prime | -10,813.50 |
|   2200 Sales tax payable | 55,496.23 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | -28,945.48 |
| **Net cash provided by operating activities** | **$ -35,578.06** |
| **INVESTING ACTIVITIES** |  |
|   1520 FF&E:Equipment | 5,000.00 |
| **Net cash provided by investing activities** | **$5,000.00** |
| **NET CASH INCREASE FOR PERIOD** | **$ -30,578.06** |
| Cash at beginning of period | 11,829.18 |
| **CASH AT END OF PERIOD** | **$ -18,748.88** |