# Epic Smokehouse LLC

## Profit and Loss

January 1 - April 28, 2025

|  | TOTAL |
|---|---:|
| **Income** |  |
|   3000 Sales - Food & NA Bev | -44.00 |
|   3010 Sales - Food | 429,355.90 |
|   3050 Sales - NA Beverage | 11,852.50 |
| **Total 3000 Sales - Food & NA Bev** | **441,164.40** |
|   3100 Sales - Beverage | 0.00 |
|   3120 Sales - Beer | 25,161.00 |
|   3130 Sales - Wine | 35,541.00 |
|   3140 Sales - Liquor | 117,917.59 |
| **Total 3100 Sales - Beverage** | **178,619.59** |
|   3400 Gift Card Payments | 8,472.12 |
|   Sales of Product Income | -141.90 |
| **Total Income** | **$628,114.21** |
| **Cost of Goods Sold** |  |
|   4000 Cost of Goods | 0.00 |
|   4010 Cost of Sales - Food | 30,194.37 |
|     4011 Food/Proteins | 18,888.46 |
|     4012 Seafood Purchases | 4,622.81 |
|     4014 Produce Purchases | 1,449.62 |
| **Total 4010 Cost of Sales - Food** | **55,155.26** |
|   4100 Cost of Sales - Beverage | 0.00 |
|   4120 Beer Purchases | 3,846.72 |
|   4130 Wine Purchases | 12,069.04 |
|   4140 Liquor Purchases | 25,329.35 |
| **Total 4100 Cost of Sales - Beverage** | **41,245.11** |
|   4200 Supplies & Materials | 1,857.27 |
| **Total 4000 Cost of Goods** | **98,257.64** |
| **Total Cost of Goods Sold** | **$98,257.64** |
| **GROSS PROFIT** | **$529,856.57** |

# Epic Smokehouse LLC

## Profit and Loss
January 1 - April 28, 2025

|  | TOTAL |
|---|---:|
| **Expenses** | |
|   5000 Labor | 0.00 |
|     5010 Payroll - Wages | 84,781.74 |
|       5011 Wages - Kitchen | 110,837.42 |
|       5013 Wages - Dining Room | 35,010.20 |
|   **Total 5010 Payroll - Wages** | **230,629.36** |
|     5100 Payroll - Mgmt & Admin | 128,461.51 |
|     5500 Employee Benefits | 0.00 |
|       5550 Payroll Taxes | 26,397.14 |
|       5560 Health Insurance | -8,988.94 |
|   **Total 5500 Employee Benefits** | **17,408.20** |
| **Total 5000 Labor** | **376,499.07** |
|   6000 Controllable Expense | 0.00 |
|   6100 Direct Operating Expenses | 0.00 |
|     6125 Cash Over or Short | -11,963.62 |
|       6125.1 Grubhub Payments | -3,168.15 |
|   **Total 6125 Cash Over or Short** | **-15,131.77** |
|     6131 Cleaning Supplies | 3,769.89 |
|     6151 Equipment Rental | 2,885.12 |
|     6220 Linens | 8,967.93 |
|     6250 Operating Supplies | 650.87 |
|     6251 Disposable Operating supplies | 5,149.41 |
|     6260 Printing | 35.00 |
|     6280 Spillage/Spoilage | 4,877.50 |
|     6285 Telecom | 885.81 |
|     6290 Trash Removal | 4,433.20 |
|     6310 Uniforms | 2,761.52 |
| **Total 6100 Direct Operating Expenses** | **19,284.48** |
|   6500 Marketing | 0.00 |
|     6510 Promotional Meals | 4,387.50 |
| **Total 6500 Marketing** | **4,387.50** |
|   6600 Energy | 0.00 |
|     6601 Electric | 273.83 |
|     6602 Gas | 3,118.18 |
|     6604 Wood | 2,169.84 |
| **Total 6600 Energy** | **5,561.85** |

# Epic Smokehouse LLC

## Profit and Loss

January 1 - April 28, 2025

|  | TOTAL |
|---|---:|
| 6700 Administrative | 0.00 |
|   6231 Cable | 1,683.81 |
|   6720 Bank Charges | 443.66 |
|   6730 Credit Card Processing Fees | 17,240.26 |
|   6740 Dues & Subscriptions | 175.00 |
|   6760 Interest | 2,199.96 |
|   6790 Office Expense | 307.19 |
|     6790.3 Software | 8,808.16 |
| **Total 6790 Office Expense** | **9,115.35** |
|   6795 Open Table Costs | 249.00 |
|   6797 Doordash Expenses | 7,996.43 |
|   6798 Payroll Service | 2,897.59 |
|   6799 Professional Fees | 10,000.00 |
|   6800 Travel | 172.22 |
|     6802 Other Meals | 1,218.66 |
| **Total 6800 Travel** | **1,390.88** |
|   6810 Auto | 0.00 |
|     6813 EZ Pass | 280.00 |
| **Total 6810 Auto** | **280.00** |
| **Total 6700 Administrative** | **53,671.94** |
|   6900 Repairs & Maintenance | 5,391.22 |
| **Total 6000 Controllable Expense** | **88,296.99** |
| 6400 Occupancy | 0.00 |
|   6410 Rent | 33,571.77 |
|     6451 Property/Casualty Insurance | 11,212.92 |
|     6770 Licenses & Fees | 330.00 |
| **Total 6400 Occupancy** | **45,114.69** |
|   9998 Uncategorized Expense | 2,028.29 |
| **Total Expenses** | **$511,939.04** |
| NET OPERATING INCOME | $17,917.53 |
| Other Income |  |
|   9100 Interest Income | 0.01 |
| **Total Other Income** | **$0.01** |
| Other Expenses |  |
|   8001 Guaranteed Payments - Joon | 19,295.12 |
|   9500 Tips Paid Out | 5,255.00 |
| **Total Other Expenses** | **$24,550.12** |
| NET OTHER INCOME | $ -24,550.11 |
| NET INCOME | $ -6,632.58 |