## RESOLUTION AND CONSENT OF THE MEMBERS OF
## EPIC SMOKEHOUSE, LLC

Pursuant to Section 13.1-1022 of the Code of Virginia of 1950, as amended, the undersigned as the sole Members of Epic Smokehouse, LLC (the "Company") take the following actions effective as of the date below, as evidenced by this unanimous written consent:

IT IS HEREBY:

RESOLVED, that the Company is hereby authorized to file for bankruptcy protection in the U.S. Bankruptcy Court for the Eastern District of Virginia; and

RESOLVED, that the Company is hereby authorized to retain the law firm of Chung & Press, P.C. to represent that Company in any bankruptcy proceeding filed by or on behalf of the Company and to pay the legal fees and filing fees for such proceedings from the Company's bank accounts; and

RESOLVED, that Joon Won Yang, as Manager of the Company, is hereby authorized to act on behalf of the Company with regard to foregoing matters, to make all decisions related thereto, and to endorse, receive, sign, seal, execute, acknowledge, accept and deliver any and all contracts, receipts, releases, warranties, affidavits, addenda, settlement statements, deeds, disclosure documents, loan documents, all forms of commercial papers, endorsements to checks, or the like, and any such other instruments or instruments in writing of whatever kind, character and nature and to take any and all other action as authorized by this Resolution, including but not limited those actions as may be necessary to effectuate the filing of a petition in bankruptcy; and

RESOLVED that the undersigned Members hereby acknowledge that the actions of the Manager of the Company to date are hereby confirmed and ratified.

< SIGNATURE PAGE FOLLOWS >

IN TESTIMONY WHEREOF, I have read all the provisions of this Resolution and Consent, and personally and on behalf of the Company certify that all statements and representations made in this Resolution and Consent are true and correct. THIS RESOLUTION AND CONSENT IS GIVEN UNDER SEAL AND IT IS INTENDED THAT THIS RESOLUTION AND CONSENT IS AND SHALL CONSTITUTE AND HAVE THE EFFECT OF A SEALED INSTRUMENT ACCORDING TO LAW.

**CERTIFIED TO AND ATTESTED BY:**

*Signed by: Joon Won Yang* [SEAL]   Date: 4/28/2025
JOON WON YANG

*Signed by: Rick Hardy* [SEAL]   Date: 4/28/2025
RICHARD HARDY