## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

-------------------------------------------------------------X

In re:                                                        :        **Chapter 11 (Subchapter V)**
                                                              :
**Epic Smokehouse LLC**                                       :        **No. 25-10855**
                                                              :
**Debtor.**                                                   :
                                                              :
-------------------------------------------------------------X

## NOTICE AND APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF CHUNG & PRESS, P.C. AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

PLEASE TAKE NOTICE that the above referenced Debtor has filed an application to employ Chung & Press P.C. as counsel to the Debtor. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.) If you do not wish the court to grant the relief sought in the application, or if you want the court to consider your views thereon, then on or before fourteen days after service hereof, you or your attorney must file with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the application as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the 14th day after service. You must mail a copy to the persons listed below. A hearing will be scheduled if a timely objection is filed.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

**Epic Smokehouse LLC**, debtor and debtor-in-possession (the "Debtor"),

submits this application (the "Application") pursuant to section 327(a) of title 11 of the

United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure

(the "Bankruptcy Rules") 2014(a) for an order authorizing the Debtor to employ and

retain the firm of Chung & Press, P.C. ("Chung & Press") as its attorneys in this chapter

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

11 case.  In support of this Application, the Debtor respectfully represents to this

Honorable Court as follows:

      1.      On April 28, 2025, this case was commenced by the filing of a voluntary

petition for relief under chapter 11 (Subchapter V) of the Bankruptcy Code in the United

States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").

      2.      The Debtor has continued and intends to continue in the possession of its

property as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy

Code.

      3.      The Debtor is an LLC operating a restaurant in Arlington County.

      4.      The Debtor desires to retain and employ Chung & Press pursuant to

section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) to perform all legal

services in these proceedings as more fully set forth below.

      5.      In order to enable the Debtor to perform its duties as debtor-in-possession

and to effect the proper and expeditious administration of this case, Chung & Press will

be required to render legal services to the Debtor in connection with this proceeding,

including, but not limited to, the following:

      a)      Assisting and advising the Debtor relative to the administration

of this proceeding;

      b)      Representing the Debtor before the Bankruptcy Court and

advising the Debtor on all pending litigations, hearings, motions, and of the decisions of

the Bankruptcy Court;

2

c)       Reviewing and analyzing all applications, orders, and motions filed with the Bankruptcy Court by third parties in this proceeding and advising the Debtor thereon;

d)       Attending all meetings conducted pursuant to section 341(a) of the Bankruptcy Code and representing the Debtor at all examinations;

e)       Communicating with creditors and all other parties in interest;

f)       Assisting the Debtor in preparing all necessary applications, motions, orders, supporting positions taken by the Debtor, and preparing witnesses and reviewing documents in this regard;

g)       Conferring with all other professionals, including any accountants and consultants retained by the Debtor and by any other party in interest;

h)       Assisting the Debtor in negotiations with creditors or third parties concerning the terms of any proposed plan of reorganization;

i)       Preparing, drafting and prosecuting the plan of reorganization and disclosure statement; and

j)       Assisting the Debtor in performing such other services as may be in the interest of the Debtor and the Estate and performing all other legal services required by the Debtor.

6.       The Debtor believes that Chung & Press is well-qualified to be counsel to the Debtor, having ample experience in bankruptcy and insolvency matters.  Chung & Press's attorneys have had considerable experience in matters of this nature and are capable of rendering the services required.

7.       As set forth in the Affidavit of Daniel M. Press, (the "Affidavit"), annexed

hereto and made a part hereof, Chung & Press represents no interest adverse to the estate

regarding the matters upon which it is to be engaged, and is "disinterested" as such term

is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

Chung & Press will not, while retained by the Debtor, represent any other party in

interest in connection with this case.

8.     The members and associates of Chung & Press do not have any

connection with the Debtor (other than as its attorneys in this and prior matters as

described in the annexed affidavit), its affiliates, creditors, relatives, or any other party in

interest, the United States trustee, or any person employed in the office of the United

States trustee, except as set forth in the affidavit filed herewith.

9.     The employment of Chung & Press is in the best interests of the Debtor,

its creditors and the estate.

10.     Chung & Press will charge fees and expenses incurred in representing the

Debtor in these proceedings based on the normal rates charged by the attorneys and

paralegals of Chung & Press for similar clients, currently $495/hr. for Daniel M. Press.

Such rates are subject to periodic review and change, usually on an annual basis.  Chung

& Press will seek compensation for services rendered and expenses incurred upon

appropriate application to the court pursuant to sections 330 and 331 of the Bankruptcy

Code and Bankruptcy Rules.

WHEREFORE, the Debtor requests that it be authorized to retain and employ

the law firm of Chung & Press, P.C. as counsel to assist in the performance of its

functions as DIP and otherwise with respect to this case pursuant to section 327(a) of the

Bankruptcy Code and Bankruptcy Rule 2014(a);  and for such other relief as the Court

4

deems just and proper.

       Dated:    April 28, 2025.

                         Respectfully submitted,

                         /s/ Daniel M. Press
                        Daniel M. Press, VSB 37123
                        Chung & Press, P.C.
                        6718 Whittier Ave., Suite 200
                        McLean, VA 22101
                        (703) 734-3800
                        (703) 734-0590 fax
                        dpress@chung-press.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 28th day of April, 2025, I caused to be served the above he Application to Employ of Chung & Press, P.C., as Counsel to the Debtor on by CM/ECF upon the United States Trustee and by first class mail, postage prepaid, upon all creditors on the attached matrix.


 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

6

Label Matrix for local noticing
0422-1
Case 25-10855
Eastern District of Virginia
Alexandria
Mon Apr 28 17:58:39 EDT 2025

Epic Smokehouse LLC
1330 S Fern St Ste 3
Arlington, VA 22202

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Alsco
725 S Pickett St
Alexandria, VA 22304-4603

American Express
PO Box 981535
El Paso, TX 79998-1535

Arlington County Commissioner of the Revenue
2100 Clarendon Boulevard, 2nd Floor
Arlington, VA 22201-5447

Carefirst
840 First St NE
Washington, DC 20065-0002

Chase
PO Box 15298
Wilmington, DE 19850-5298

ChillCraft/EMR
2600 Cabover Dr
Hanover, MD 21076-1704

Cintas
PO Box 630803
Cincinnati, OH 45263-0803

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103-2899

Ecolab
7373 KIRKWOOD COURT SUITE 200
Osseo, MN 55369-5264

Eddie Choi
829A Utterback Store Rd
Great Falls, VA 22066-1506

Extensive Tech
514 Crain Hwy N
Glen Burnie, MD 21061-3063

Food Prep
80 LARGO DRIVE
Stamford, CT 06907-2334

Gold Crust
6200 Columbia Park Rd
Hyattsville, MD 20785-3216

Hartford
One Hartford Plaza
Hartford, CT 06155-0001

Holland & Knight
3585 Atlanta Ave
Atlanta, GA 30354-1705

Intec
1800 M STREET, NW Ste 9
Washington, DC 20036-5802

Jared Imhoff CPA
6803 Whittier Avenue, Suite 200
McLean, VA 22101-4546

Jeffrey S. Romanick
Gross, Romanick, Dean & DeSimone, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030-2520

Joon Yang
1330 S Fern St #3
Arlington, VA 22202

KMG Hauling
P.O.BOX 650821
Sterling, VA 20165-0821

Keany Produce
3310 75th Ave
Hyattsville, MD 20785-1501

Mahoneys
37458 EAGLE WAY
Chicago, IL 60678-0374

Millennium Owner LLC
140 Q St NE Ste 140B
c/o UIP Property Management, Inc
Washington, DC 20002-2101

Nationwide
10507-D Braddock Road
Fairfax, VA 22032-2240

Office of the US Attorney
2100 Jamieson Ave
Alexandria, VA 22314-5794

ProFish
1900 Fenwick St NE
Washington, DC 20002-1712

Resy
222 Broadway 17th Floor
New York, NY 10038-2569

Rick Hardy
1709 Smugglers Run
Annapolis
MD 21401-6460

Roberts Oxygen
2929 ESKRIDGE ROAD #A
Fairfax, VA 22031-2213

Small Business Administration
409 3rd St., SW
Washington, DC 20416-0002

Sysco
8000 Dorsey Run Rd
Jessup, MD 20794-9482

Trimark
P.O.BOX 845396
Boston, MA 02284-5396

Va Dept of Taxation
PO Box  1115
Richmond, VA 23218-1115

Washington Gas
6801 Industrial Rd
Springfield, VA 22151-4205

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101-4531

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38