**United States Bankruptcy Court**
**Eastern District of Virginia**
**<u>Alexandria Division</u>**

In re:

Epic Smokehouse LLC,                          Case No. 25-10855-KHK

      Debtor.                          (Chapter 11 – Subchapter V)

**<u>Notice of Appointment of Chapter 11 Subchapter V Trustee</u>**

Pursuant to 11 U.S.C. § 1183(a), the Acting United States Trustee for Region 4 has appointed the following qualified individual as Subchapter V Trustee in the above-captioned case:

      Lawrence A. Katz
      Hirschler Fleischer, PC
      1676 International Drive, Suite 1350
      Tysons, VA 22102
      Email: lkatz@hirschlerlaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation are attached to this notice.

Date: April 29, 2025                          MATTHEW W. CHENEY
      Acting United States Trustee, Region Four

      */s/ Jack Frankel*
      Jack Frankel, Attorney, VSB # 15019
      Office of United States Trustee
      1725 Duke Street, Suite 650
      Alexandria, VA 22314
      (703) 557-7229
      Email: jack.i.frankel@usdoj.gov.

## Certificate of Service

I hereby certify that on April 29, 2025, I electronically filed the foregoing Notice of Appointment of Chapter 11 Subchapter V Trustee with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Daniel M. Press dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email


/s/ Robert W. Ours
Robert W. Ours
Paralegal Specialist