IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br><br>**EPIC SMOKEHOUSE LLC,**<br><br>Debtor. | Case No. 25-10855<br><br>Chapter 11 – Subchapter V |

**Verified Statement of Subchapter V Trustee**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that:

 (a) I am not a creditor, equity security holder or insider of the Debtor;

 (b) I am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the Debtor; and

 (c) Except as noted in subparagraphs (d) and (e) below, I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

 (d) Other attorneys of my firm have provided legal services to JPMorgan/Chase on matters unrelated to its credit card operations and unrelated to any claims that it may have against the Debtor. At no time have I been involved, directly or indirectly, in any legal representation of

     JPMorgan/Chase.

 (e) Other attorneys of my firm have provided legal services to Nationwide IT Services, Inc. I have confirmed that this entity is unrelated to Nationwide Insurance, a creditor of the Debtor.

 Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $665.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

 I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated:  April 29, 2025    */s/ Lawrence A. Katz*
                Lawrence A. Katz (VA Bar No. 47664)
                Hirschler Fleischer, PC
                1676 International Drive, Suite 1350
                Tysons, VA  22102
                (703) 584-8362
                lkatz@hirschlerlaw.com