# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

In re    Epic Smokehouse LLC

Debtor(s)

Case No.    25-10855-KHK

Chapter    11

# ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter  11  having been entered on the petition filed in this case on  April 28, 2025 ; it is, therefore

**ORDERED** that  Joon Won Yang  is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date:  May 1 2025

/s/ Klinette H Kindred
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
 May 1 2025

[ver. 12/03]