## United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 25−10855−KHK
**Chapter** 11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Epic Smokehouse LLC
1330 S Fern St Ste 3
Arlington, VA 22202

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 45−3932545

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS;
## AND HEARING THEREON

**TO:     DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on April 28, 2025. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:   May 12, 2025**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 All Schedules and Statement of Financial Affairs
Summary of Your Assets and Liabilities and Certain Statistical Information

**Declaration Under Penalty of Perjury for Non−Individual Debtors for schedules**

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314*
*Date: June 3, 2025*
*Time: 12:00 PM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date:   April 29, 2025

/s/   Nathaniel Bullock
Deputy Clerk
Direct Dial Telephone No. (804) 916–2428

[1007115vMarch2025.jsp]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-10855-KHK |
| Epic Smokehouse LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 2 |
| Date Rcvd: Apr 29, 2025 | Form ID: 1007115 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Epic Smokehouse LLC, 1330 S Fern St Ste 3, Arlington, VA 22202 |
| 16703591 | + | Alsco, 725 S Pickett St, Alexandria, VA 22304-4603 |
| 16703593 | + | Arlington County Commissioner of the Revenue, 2100 Clarendon Boulevard, 2nd Floor, Arlington, VA 22201-5447 |
| 16703594 | + | Carefirst, 840 First St NE, Washington, DC 20065-0002 |
| 16703596 | + | ChillCraft/EMR, 2600 Cabover Dr, Hanover, MD 21076-1704 |
| 16703599 | + | Ecolab, 7373 KIRKWOOD COURT SUITE 200, Osseo, MN 55369-5264 |
| 16703600 | + | Eddie Choi, 829A Utterback Store Rd, Great Falls, VA 22066-1506 |
| 16703601 | + | Extensive Tech, 514 Crain Hwy N, Glen Burnie, MD 21061-3063 |
| 16703602 | + | Food Prep, 80 LARGO DRIVE, Stamford, CT 06907-2334 |
| 16703603 | + | Gold Crust, 6200 Columbia Park Rd, Hyattsville, MD 20785-3216 |
| 16703604 | + | Hartford, One Hartford Plaza, Hartford, CT 06155-0001 |
| 16703605 | + | Holland & Knight, 3585 Atlanta Ave, Atlanta, GA 30354-1705 |
| 16703606 | + | Intec, 1800 M STREET, NW Ste 9, Washington, DC 20036-5802 |
| 16703607 | + | Jared Imhoff CPA, 6803 Whittier Avenue, Suite 200, McLean, VA 22101-4546 |
| 16703608 | + | Jeffrey S. Romanick, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 16703609 | | Joon Yang, 1330 S Fern St #3, Arlington, VA 22202 |
| 16703611 | + | KMG Hauling, P.O.BOX 650821, Sterling, VA 20165-0821 |
| 16703610 | + | Keany Produce, 3310 75th Ave, Hyattsville, MD 20785-1501 |
| 16703612 | + | Mahoneys, 37458 EAGLE WAY, Chicago, IL 60678-0374 |
| 16703613 | + | Millennium Owner LLC, 140 Q St NE Ste 140B, c/o UIP Property Management, Inc, Washington, DC 20002-2101 |
| 16703614 | + | Nationwide, 10507-D Braddock Road, Fairfax, VA 22032-2240 |
| 16703617 | + | Resy, 222 Broadway 17th Floor, New York, NY 10038-2569 |
| 16703618 | + | Rick Hardy, 1709 Smugglers Run, Annapolis, MD 21401-6460 |
| 16703619 | + | Roberts Oxygen, 2929 ESKRIDGE ROAD #A, Fairfax, VA 22031-2213 |
| 16703621 | + | Sysco, 8000 Dorsey Run Rd, Jessup, MD 20794-9482 |
| 16703622 | + | Trimark, P.O.BOX 845396, Boston, MA 02284-5396 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16703592 | + | Email/PDF: bncnotices@becket-lee.com | Apr 30 2025 02:48:59 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 16703595 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 30 2025 03:00:22 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16703597 | + | Email/Text: stephen.malkiewicz@cintas.com | Apr 30 2025 02:43:00 | Cintas, PO Box 630803, Cincinnati, OH 45263-0803 |
| 16703598 | + | Email/Text: documentfiling@lciinc.com | Apr 30 2025 02:42:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 16703615 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Apr 30 2025 02:43:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16703616 | + | Email/Text: rlewis@oceanpro.com | Apr 30 2025 02:43:00 | ProFish, 1900 Fenwick St NE, Washington, DC 20002-1712 |
| 16703620 | + | Email/Text: bankruptcynotices@sba.gov | | |

| District/off: 0422-9 | User: Nathaniel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: 1007115 | Total Noticed: 36 |

|  |  | Apr 30 2025 02:43:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
|---|---|---|---|
| 16704616 | Email/Text: atlreorg@sec.gov | Apr 30 2025 02:44:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16703623 | + Email/Text: va_tax_bk@harriscollect.com | Apr 30 2025 02:44:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 16703624 | + Email/Text: Bankruptcy@washgas.com | Apr 30 2025 02:44:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Epic Smokehouse LLC dpress@chung-press.com   pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 2