**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  25−10855−KHK
**Chapter**  11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Epic Smokehouse LLC
1330 S Fern St Ste 3
Arlington, VA 22202

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 45−3932545

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO INTERIM PROCEDURE 3016−1;
## AND HEARING THEREON

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You have filed a petition with the office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on April 28, 2025 . Pursuant to Interim Procedure 3016−1, please be advised that the following document(s) are missing and must be filed on or before ***July 28, 2025*** which is ninety (90) days from the petition date.

**\*\*Missing Document(s):**

**Subchapter V Chapter 11 Plan**

   If you fail to timely file the Subchapter V Chapter 11 plan or timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely file the Subchapter V Chapter 11 plan and any other deficiency(ies) or certifications that accrued before the hearing. The hearing will be held:

*Location: Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314*
*Date: July 29, 2025*
*Time: 12:00 PM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely file the Subchapter V Chapter 11 plan or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

                                                **Charri S Stewart**
                                                **Clerk, United States Bankruptcy Court**

Date:   April 30, 2025                          /s/   Nathaniel Bullock
                                                Deputy Clerk
[30161vJun2023.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 25-10855-KHK

Epic Smokehouse LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: Nathaniel      Page 1 of 2

Date Rcvd: Apr 30, 2025      Form ID: 30161      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Epic Smokehouse LLC, 1330 S Fern St Ste 3, Arlington, VA 22202 |
| tr | + | Lawrence Katz, Hirschler Fleischer PC, 1676 International Drive, Suite 1350, Tysons, VA 22102 UNITED STATES 22102-4940 |
| 16703591 | + | Alsco, 725 S Pickett St, Alexandria, VA 22304-4603 |
| 16703593 | + | Arlington County Commissioner of the Revenue, 2100 Clarendon Boulevard, 2nd Floor, Arlington, VA 22201-5447 |
| 16703594 | + | Carefirst, 840 First St NE, Washington, DC 20065-0002 |
| 16703596 | + | ChillCraft/EMR, 2600 Cabover Dr, Hanover, MD 21076-1704 |
| 16703599 | + | Ecolab, 7373 KIRKWOOD COURT SUITE 200, Osseo, MN 55369-5264 |
| 16703600 | + | Eddie Choi, 829A Utterback Store Rd, Great Falls, VA 22066-1506 |
| 16703601 | + | Extensive Tech, 514 Crain Hwy N, Glen Burnie, MD 21061-3063 |
| 16703602 | + | Food Prep, 80 LARGO DRIVE, Stamford, CT 06907-2334 |
| 16703603 | + | Gold Crust, 6200 Columbia Park Rd, Hyattsville, MD 20785-3216 |
| 16703604 | + | Hartford, One Hartford Plaza, Hartford, CT 06155-0001 |
| 16703605 | + | Holland & Knight, 3585 Atlanta Ave, Atlanta, GA 30354-1705 |
| 16703606 | + | Intec, 1800 M STREET, NW Ste 9, Washington, DC 20036-5802 |
| 16703607 | + | Jared Imhoff CPA, 6803 Whittier Avenue, Suite 200, McLean, VA 22101-4546 |
| 16703608 | + | Jeffrey S. Romanick, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 16703609 | | Joon Yang, 1330 S Fern St #3, Arlington, VA 22202 |
| 16703611 | + | KMG Hauling, P.O.BOX 650821, Sterling, VA 20165-0821 |
| 16703610 | + | Keany Produce, 3310 75th Ave, Hyattsville, MD 20785-1501 |
| 16703612 | + | Mahoneys, 37458 EAGLE WAY, Chicago, IL 60678-0374 |
| 16703613 | + | Millennium Owner LLC, 140 Q St NE Ste 140B, c/o UIP Property Management, Inc, Washington, DC 20002-2101 |
| 16703614 | + | Nationwide, 10507-D Braddock Road, Fairfax, VA 22032-2240 |
| 16703617 | + | Resy, 222 Broadway 17th Floor, New York, NY 10038-2569 |
| 16703618 | + | Rick Hardy, 1709 Smugglers Run, Annapolis, MD 21401-6460 |
| 16703619 | + | Roberts Oxygen, 2929 ESKRIDGE ROAD #A, Fairfax, VA 22031-2213 |
| 16703621 | + | Sysco, 8000 Dorsey Run Rd, Jessup, MD 20794-9482 |
| 16703622 | + | Trimark, P.O.BOX 845396, Boston, MA 02284-5396 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16703592 | + | Email/PDF: bncnotices@becket-lee.com | May 01 2025 01:11:26 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 16703595 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 01:35:58 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16703597 | + | Email/Text: stephen.malkiewicz@cintas.com | May 01 2025 01:00:00 | Cintas, PO Box 630803, Cincinnati, OH 45263-0803 |
| 16703598 | + | Email/Text: documentfiling@lciinc.com | May 01 2025 00:58:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 16703615 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | May 01 2025 00:59:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16703616 | + | Email/Text: rlewis@oceanpro.com | May 01 2025 01:00:00 | ProFish, 1900 Fenwick St NE, Washington, DC 20002-1712 |

| | | | | |
|---|---|---|---|---|
| 16703620 | + | Email/Text: bankruptcynotices@sba.gov | May 01 2025 00:59:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 16704616 | | Email/Text: atlreorg@sec.gov | May 01 2025 01:00:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16703623 | + | Email/Text: va_tax_bk@harriscollect.com | May 01 2025 01:01:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 16703624 | + | Email/Text: Bankruptcy@washgas.com | May 01 2025 01:00:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Epic Smokehouse LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3