# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** Epic Smokehouse LLC

**Case Number:** 25−10855−KHK     **Date Filed:** April 28, 2025

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Flash Drive or Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file by flash drive, **then**

3. You must submit your documents on a flash drive using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found at Adobe's internet support page. Use a separate flash drive for each filing. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a flash drive using plain text format. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the with the CM/ECF Policy Statement.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Flash Drive or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: April 30, 2025                                        Charri S Stewart
[VAN062vNov9.jsp]                                         Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-10855-KHK |
| Epic Smokehouse LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 2 |
| Date Rcvd: Apr 30, 2025 | Form ID: VAN062 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Epic Smokehouse LLC, 1330 S Fern St Ste 3, Arlington, VA 22202 |
| tr | + | Lawrence Katz, Hirschler Fleischer PC, 1676 International Drive, Suite 1350, Tysons, VA 22102 UNITED STATES 22102-4940 |
| 16703591 | + | Alsco, 725 S Pickett St, Alexandria, VA 22304-4603 |
| 16703593 | + | Arlington County Commissioner of the Revenue, 2100 Clarendon Boulevard, 2nd Floor, Arlington, VA 22201-5447 |
| 16703594 | + | Carefirst, 840 First St NE, Washington, DC 20065-0002 |
| 16703596 | + | ChillCraft/EMR, 2600 Cabover Dr, Hanover, MD 21076-1704 |
| 16703599 | + | Ecolab, 7373 KIRKWOOD COURT SUITE 200, Osseo, MN 55369-5264 |
| 16703600 | + | Eddie Choi, 829A Utterback Store Rd, Great Falls, VA 22066-1506 |
| 16703601 | + | Extensive Tech, 514 Crain Hwy N, Glen Burnie, MD 21061-3063 |
| 16703602 | + | Food Prep, 80 LARGO DRIVE, Stamford, CT 06907-2334 |
| 16703603 | + | Gold Crust, 6200 Columbia Park Rd, Hyattsville, MD 20785-3216 |
| 16703604 | + | Hartford, One Hartford Plaza, Hartford, CT 06155-0001 |
| 16703605 | + | Holland & Knight, 3585 Atlanta Ave, Atlanta, GA 30354-1705 |
| 16703606 | + | Intec, 1800 M STREET, NW Ste 9, Washington, DC 20036-5802 |
| 16703607 | + | Jared Imhoff CPA, 6803 Whittier Avenue, Suite 200, McLean, VA 22101-4546 |
| 16703608 | + | Jeffrey S. Romanick, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 16703609 | | Joon Yang, 1330 S Fern St #3, Arlington, VA 22202 |
| 16703611 | + | KMG Hauling, P.O.BOX 650821, Sterling, VA 20165-0821 |
| 16703610 | + | Keany Produce, 3310 75th Ave, Hyattsville, MD 20785-1501 |
| 16703612 | + | Mahoneys, 37458 EAGLE WAY, Chicago, IL 60678-0374 |
| 16703613 | + | Millennium Owner LLC, 140 Q St NE Ste 140B, c/o UIP Property Management, Inc, Washington, DC 20002-2101 |
| 16703614 | + | Nationwide, 10507-D Braddock Road, Fairfax, VA 22032-2240 |
| 16703617 | + | Resy, 222 Broadway 17th Floor, New York, NY 10038-2569 |
| 16703618 | + | Rick Hardy, 1709 Smugglers Run, Annapolis, MD 21401-6460 |
| 16703619 | + | Roberts Oxygen, 2929 ESKRIDGE ROAD #A, Fairfax, VA 22031-2213 |
| 16703621 | + | Sysco, 8000 Dorsey Run Rd, Jessup, MD 20794-9482 |
| 16703622 | + | Trimark, P.O.BOX 845396, Boston, MA 02284-5396 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16703592 | + | Email/PDF: bncnotices@becket-lee.com | May 01 2025 01:25:21 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 16703595 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 01:35:51 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16703597 | + | Email/Text: stephen.malkiewicz@cintas.com | May 01 2025 01:00:00 | Cintas, PO Box 630803, Cincinnati, OH 45263-0803 |
| 16703598 | + | Email/Text: documentfiling@lciinc.com | May 01 2025 00:58:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 16703615 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | May 01 2025 00:59:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16703616 | + | Email/Text: rlewis@oceanpro.com | May 01 2025 01:00:00 | ProFish, 1900 Fenwick St NE, Washington, DC 20002-1712 |

| District/off: 0422-9 | User: Nathaniel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: VAN062 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 16703620 | + | Email/Text: bankruptcynotices@sba.gov | May 01 2025 00:59:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 16704616 | | Email/Text: atlreorg@sec.gov | May 01 2025 01:00:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16703623 | + | Email/Text: va_tax_bk@harriscollect.com | May 01 2025 01:01:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 16703624 | + | Email/Text: Bankruptcy@washgas.com | May 01 2025 01:00:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Epic Smokehouse LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3