**United States Bankruptcy Court**
**Eastern District of Virginia**
**Alexandria**

In re:  Epic Smokehouse LLC

Case Number:  25-10855-KHK

Chapter 11
(Subchapter V)

## SCHEDULING ORDER

The above-captioned debtor(s) (the "Debtor") has elected to proceed with this case under subchapter V of chapter 11 of the United States Bankruptcy Code (the "Code"). This Scheduling Order facilitates the efficient administration of this chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, IT IS ORDERED:

1. **Subchapter V Case**. Unless otherwise ordered by the Court, this case is governed by the provisions of subchapter V of chapter 11 of the Code and the Interim Federal Rules of Bankruptcy Procedure as adopted by this Court by Standing Order 20-2.

2. **Debtor's Compliance with Section 1187**. The Debtor must comply with the duties and reporting requirements set forth in section 1187 of the Code.

3. **Service of Notice of Commencement of Case by the Debtor**. The Debtor must serve notice of the commencement of this case as required under Interim Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor on or before May 12, 2025.

4. **Objections to Designation**. Any objection to the Debtor's designation as a small business debtor under subchapter V of chapter 11 of the Code must be filed with the Court and served in accordance with Interim Federal Rule of Bankruptcy Procedure 1020(c) no later than 30 days after the conclusion of the meeting of creditors held under section 341 of the Code, or within 30 days after any amendment to the subchapter V designation, whichever is later.

5. **Debtor's Section 1188(c) Report**. The Debtor must file with the Court and serve on the subchapter V trustee and parties in interest the report required under section 1188(c) of the Code no later than June 10, 2025.

6. **Status Conference**. The Debtor and the subchapter V trustee must appear before the Court at a status conference on June 17, 2025 at 12:00 pm, U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA  22314.
This Order constitutes notice of the status conference.

7. **Plan of Reorganization**. The Debtor must file with the Court a plan of reorganization in accordance with section 1189 of the Code on or before July 28, 2025.

Unless otherwise ordered in specific cases, the Debtor must use Official Form 425A. Any motion for extension of time to file a plan must be filed on or before __July 28, 2025__.

8. **Additional Deadlines**. The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

9. **Service of Order by the Debtor**. The Clerk shall provide a copy of this Order upon entry to the Debtor, who must serve it on the subchapter V trustee and parties in interest and file a certificate of service with the Court within 7 days of the date of this Order.

__Alexandria__, Virginia
Date: __April 30, 2025__

**FOR THE COURT**
**Charri S. Stewart, Clerk**
**United States Bankruptcy Court**
By: __/s/ N. Bullock__

NOTICE OF JUDGMENT OR
ORDER ENTERED ON DOCKET

__April 30, 2025__

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 25-10855-KHK
Epic Smokehouse LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: Nathaniel Page 1 of 1
Date Rcvd: Apr 30, 2025 Form ID: pdford8 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Epic Smokehouse LLC, 1330 S Fern St Ste 3, Arlington, VA 22202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Epic Smokehouse LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3