UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br>EPIC SMOKEHOUSE LLC | CASE NO: 25-10855<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 11 |

On 5/7/2025, I did cause a copy of the following documents, described below,

Scheduling Order ECF Docket Reference No. 11

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/7/2025

/s/ Daniel M. Press
Daniel M. Press  37123
Attorney for Debtor
Chung & Press PC
6718 Whittier Ave Ste 200
Mc Lean, VA  22101
703 734 3800
dpress@chung-press.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br><br>EPIC SMOKEHOUSE LLC | CASE NO: 25-10855<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 11 |

On 5/7/2025, a copy of the following documents, described below,

Scheduling Order ECF Docket Reference No. 11

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/7/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel M. Press
Chung & Press PC
6718 Whittier Ave Ste 200
Mc Lean, VA  22101

USPS FIRST CLASS MAILING ATTACHMENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-10855<br>EASTERN DISTRICT OF VIRGINIA<br>WED MAY 7 7-9-53 PST 2025 | ~~EPIC SMOKEHOUSE LLC~~<br>~~1330 S FERN ST STE 3~~<br>~~ARLINGTON  VA 22202~~ | ~~UNITED STATES BANKRUPTCY COURT~~<br>~~200 SOUTH WASHINGTON STREET~~<br>~~ALEXANDRIA  VA 22314-5405~~ |
| ALSCO<br>725 S PICKETT ST<br>ALEXANDRIA  VA 22304-4603 | AMERICAN EXPRESS<br>PO BOX 981535<br>EL PASO  TX 79998-1535 | ARLINGTON COUNTY COMMISSIONER OF THE REVENUE<br>2100 CLARENDON BOULEVARD  2ND FLOOR<br>ARLINGTON  VA 22201-5447 |
| CAREFIRST<br>840  FIRST ST NE<br>WASHINGTON  DC 20065-0002 | CHASE<br>PO BOX 15298<br>WILMINGTON  DE 19850-5298 | CHILLCRAFTEMR<br>2600 CABOVER DR<br>HANOVER  MD 21076-1704 |
| CINTAS<br>PO BOX 630803<br>CINCINNATI  OH 45263-0803 | COMCAST<br>1701 JFK BOULEVARD<br>PHILADELPHIA  PA 19103-2899 | ECOLAB<br>7373 KIRKWOOD COURT SUITE 200<br>OSSEO  MN 55369-5264 |
| EDDIE CHOI<br>829A UTTERBACK STORE RD<br>GREAT FALLS  VA 22066-1506 | EXTENSIVE TECH<br>514 CRAIN HWY N<br>GLEN BURNIE  MD 21061-3063 | FOOD PREP<br>80 LARGO DRIVE<br>STAMFORD  CT 06907-2334 |
| GOLD CRUST<br>6200 COLUMBIA PARK RD<br>HYATTSVILLE  MD 20785-3216 | EXCLUDE<br>~~HARTFORD~~<br>~~ONE HARTFORD PLAZA~~<br>~~HARTFORD  CT 06155-0001~~ | HOLLAND  KNIGHT<br>3585 ATLANTA AVE<br>ATLANTA  GA 30354-1705 |
| INTEC<br>1800 M STREET  NW STE 9<br>WASHINGTON  DC 20036-5802 | JARED IMHOFF CPA<br>6803 WHITTIER AVENUE  SUITE 200<br>MCLEAN  VA 22101-4546 | JEFFREY S ROMANICK<br>GROSS  ROMANICK  DEAN  DESIMONE  PC<br>3975 UNIVERSITY DRIVE  SUITE 410<br>FAIRFAX  VA 22030-2520 |
| JOON YANG<br>1330 S FERN ST 3<br>ARLINGTON  VA 22202 | KMG HAULING<br>POBOX 650821<br>STERLING  VA 20165-0821 | KEANY PRODUCE<br>3310 75TH AVE<br>HYATTSVILLE  MD 20785-1501 |
| MAHONEYS<br>37458 EAGLE WAY<br>CHICAGO  IL 60678-0374 | MILLENNIUM OWNER LLC<br>140 Q ST NE STE 140B<br>CO UIP PROPERTY MANAGEMENT  INC<br>WASHINGTON  DC 20002-2101 | NATIONWIDE<br>10507D BRADDOCK ROAD<br>FAIRFAX  VA 22032-2240 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| OFFICE OF THE US ATTORNEY<br>2100 JAMIESON AVE<br>ALEXANDRIA  VA 22314-5794 | PROFISH<br>1900 FENWICK ST NE<br>WASHINGTON  DC 20002-1712 | RESY<br>222 BROADWAY 17TH FLOOR<br>NEW YORK  NY 10038-2569 |
| RICK HARDY<br>1709 SMUGGLERS RUN<br>ANNAPOLIS<br>MD 21401-6460 | ROBERTS OXYGEN<br>2929 ESKRIDGE ROAD A<br>FAIRFAX  VA 22031-2213 | SMALL BUSINESS ADMINISTRATION<br>409 3RD ST  SW<br>WASHINGTON  DC 20416-0002 |
| SYSCO<br>8000 DORSEY RUN RD<br>JESSUP  MD 20794-9482 | TRIMARK<br>POBOX 845396<br>BOSTON  MA 02284-5396 | US SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY ROAD  SUITE 900<br>ATLANTA  GA 30326-1382 |
| VA DEPT OF TAXATION<br>PO BOX  1115<br>RICHMOND  VA 23218-1115 | WASHINGTON GAS<br>6801 INDUSTRIAL RD<br>SPRINGFIELD  VA 22151-4205 | ~~EXCLUDE~~<br>~~DANIEL M PRESS~~<br>~~CHUNG  PRESS  PC~~<br>~~6718 WHITTIER AVE  SUITE 200~~<br>~~MCLEAN  VA 22101-4531~~ |
| JOON WON YANG<br>1330 S FERN ST<br>ARLINGTON  VA 22202 | LAWRENCE ALLEN KATZ<br>HIRSCHLER FLEISCHER<br>1676 INTERNATIONAL DRIVE<br>SUITE 1350<br>TYSONS  VA 22102-4940 | MATTHEW W CHENEY<br>OFFICE OF THE US TRUSTEE  REGION 4<br>1725 DUKE STREET<br>SUITE 650<br>ALEXANDRIA  VA 22314-3489 |