**Fill in this information to identify the case:**

Debtor name ___Epic Smokehouse LLC___

United States Bankruptcy Court for the: ___Eastern District of Virginia___

(State)

Case number (If known): ___25-10855___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................... | $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................. | $ 293,533.15

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................. | $ 293,533.15

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................................. | $ 150,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................. | $ 45,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................................. | +$ 540,097.96

4. **Total liabilities** ...................................................................
   Lines 2 + 3a + 3b | $ 735,097.96

| Fill in this information to identify the case: |
| --- |

Debtor name    Epic Smokehouse LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known):  25-10855

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**   $ 878.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Bank of America | Checking | 5  8  3  0 | $ 4,514.68 |
| 3.2. See continuation sheet | | | $ 12,772.47 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**      $ 18,165.15

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Millennium Owner LLC     $ 5,000.00
   7.2. _____   $_____

Debtor    Epic Smokehouse LLC
    Name

Case number (if known) 25-10855

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.    $ 5,000.00

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ........ ➔    $_____
                                   face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ........ ➔    $_____
                                   face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                  **Valuation method used for current value**        **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                      % of ownership:

    15.1. _____    _____%    _____    $_____
    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____
    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Epic Smokehouse LLC
    Name

Case number (*if known*)   25-10855

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** See continuation sheet | ___ MM / DD / YYYY | 12,500.00 $_____ | _____ | Unknown $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value   3,500.00    Valuation method   cost    Current value   0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor  Epic Smokehouse LLC
_____
Name

Case number (if known) 25-10855

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>Chair | $_____ | manager estimate | $ 10.00 |
| 40. **Office fixtures**<br>desk/counter, shelves | $_____ | manager estimate | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>2 computers, monitor, printer/scanner | $_____ | manager estimate | $ 200.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 210.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Epic Smokehouse LLC
_____    Case number (if known) 25-10855
        Name

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Ford van 2013 | $_____ | KBB trade | $ 5,130.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 28,674.00 | | $ 31,500.00 |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.    $ 36,630.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

Debtor  Epic Smokehouse LLC
    Name

Case number (if known) 25-10855

---

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1330 S Fern St Arlington VA | Lease | $ 0.00 | | $ 0.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites**<br>Internet domain name and web site | $ | | Unknown<br>$ |
| **62. Licenses, franchises, and royalties**<br>Liquor license (non-transferable), business license, health dept. per | $ | | 0.00<br>$ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property**<br>Unregistered trademark/trade name | $ | | Unknown<br>$ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor  Epic Smokehouse LLC
_____
Name

Case number (if known)  25-10855

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See continuation sheet

400,055.00 — 166,527.00 = ➜  $ 233,528.00

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 233,528.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Epic Smokehouse LLC
Name

Case number (if known) 25-10855

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 18,165.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 210.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 36,630.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 233,528.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 293,533.15 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. 293,533.15    $ 293,533.15

| Debtor 1 | Epic Smokehouse LLC | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Bank of America | Checking | 5801 |
| Balance: 1,619.64 | | |
| Bank of America | Checking | 5827 |
| Balance: 10.45 | | |
| Bank of America | Checking | 7340 |
| Balance: 11,142.38 | | |

**22) Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Beverage inventory | | 9,000.00 | cost (estimated) | Unknown |
| Food and supplies inventory | | 3,500.00 | cost | Unknown |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Reach-in refrigerator | | manager estimate | 1,500.00 |
| Broiler oven | | manager estimate | 10,000.00 |
| Furniture fixtures and equipment as per attached personal property return | 28,674.00 | manager estimate | 20,000.00 |

**71) Notes receivable**

| General description | Total face amount | Doubtful or uncollectible amount | Current value |
|---|---|---|---|
| Due from Uncommon Luncheonette (defunct) | 166,527.00 | 166,527.00 | 0.00 |
| Due from American | 233,528.00 | 0.00 | 233,528.00 |

25-10855

Debtor 1 ___Epic Smokehouse LLC_____    Case number *(if known)*_____
         First Name    Middle Name    Last Name

## <u>Continuation Sheet for Official Form 206 A/B</u>

**Prime**

| | Name | | | | |
|---|---|---|---|---|---|
| | Business Tangible Asset List | | | | |
| | BTN ACCT #1000900160-03 | | | **2024** | |
| Date | Description | Type | Cost | FF& E | Computer |
| **2012** | | | | $    - | $    - |
| 8/31/2012 | POS Hardware | COMP | $  5,607.00 | $    - | $  5,607.00 |
| 8/29/2012 | Micro Center Computer | COMP | $  770.00 | $    - | $  770.00 |
| 8/20/2012 | Music System | FFE | $  4,495.00 | $  4,495.00 | $    - |
| 9/3/2012 | Flat Pannel TV | FFE | $  3,448.00 | $  3,448.00 | $    - |
| 8/31/2012 | POS Software | NT | $  20,000.00 | $    - | $    - |
| 3/12/2012 | CLPF-Metropolitan Two Venture LP (Leased Equip) | NT | $ 263,864.00 | $    - | $    - |
| | Planetary Mixer - Floor Unit, 30 Qt. Capacity, 1 HP | FFE | $  4,094.00 | $  4,094.00 | $    - |
| | Electric Food Slicer - Heavy Duty Manual Slicer | FFE | $  2,269.00 | $  2,269.00 | $    - |
| | Extra Heavy Duty Sheet Pan Combo Deal - 40 Heavy Duty Sheet Pans and Hea | FFE | $  1,519.00 | $  1,519.00 | $    - |
| | 3 Qt. Commercial Standard Food Processor - Plastic Bowl, FREE KIT | FFE | $  956.00 | $  956.00 | $    - |
| | Utility Truck 1000 lb. Capacity, 48"W | FFE | $  435.00 | $  435.00 | $    - |
| | (8) MetroMax Q Shelving Kit - 5 Shelves, 36"Wx21"Dx74"H, 800 lb. Shelf Capac | FFE | $  2,719.92 | $  2,719.92 | $    - |
| | Light Duty Microwave - Painted Interior, 20 Programmable Menu Settings | FFE | $  299.00 | $  299.00 | $    - |
| | Multi-Use Commercial Rice Cooker - 60 Cup Capacity | FFE | $  269.00 | $  269.00 | $    - |
| | Standard Cart with Shelf Panel Kit, 3 Shelves, 400 lb. Capacity | FFE | $  229.00 | $  229.00 | $    - |
| | Commercial Fry Cutter and Wedger | FFE | $  219.00 | $  219.00 | $    - |
| | Immersion Blender High Power, 24 Qt. Capacity | FFE | $  189.00 | $  189.00 | $    - |
| | Ultra Heavy Duty Weight Aluminum Cookware - Sauce Pot, 26 Qt. | FFE | $  189.00 | $  189.00 | $    - |
| | Stainless Steel Mandoline | FFE | $  154.00 | $  154.00 | $    - |
| | Commercial Standard Medium Height Can Opener No. 1, For Cans Up To 11"H | FFE | $  119.00 | $  119.00 | $    - |
| | Mopping Combo Deal | FFE | $  99.99 | $  99.99 | $    - |
| | (1) Atlantic Drainage Mat 3 ft. Widex6 ft. Deep | FFE | $  77.89 | $  77.89 | $    - |
| | Rotating Kitchen Dial Scale 32 oz. x 1/4 oz. Capacity | FFE | $  61.69 | $  61.69 | $    - |
| | (2) Big Green Commercial Sweeper, 9-1/2"W | FFE | $  120.00 | $  120.00 | $    - |
| | Stainless Steel Whip - Mayonnaise, 36"L Overall | FFE | $  53.99 | $  53.99 | $    - |
| | Tin-Plated Strainer, 2 -1/4 Qt. Capacity, 8" Diam. | FFE | $  51.99 | $  51.99 | $    - |
| | Dolly For 20, 32, 44 and 55 Gallon Round Brute Containers | FFE | $  51.29 | $  51.29 | $    - |
| | Stainless Steel China Cap Strainer Fine Perforations, 6 Qt. | FFE | $  44.29 | $  44.29 | $    - |
| | Round Huskee Container - 44 Gallon Capacity | FFE | $  39.99 | $  39.99 | $    - |
| | Grill Scraper 6"Wx16"Long | FFE | $  39.59 | $  39.59 | $    - |
| | Gold Medal 5109 (1 1/2) Qt. Funnel Cake Pouring Pitcher - Stainless Steel | FFE | $  39.49 | $  39.49 | $    - |
| | (2) 24 Qt. Carlisle 60311 Standard Weight Aluminum Brazier | FFE | $  76.98 | $  76.98 | $    - |
| | **Total 2012** | | | | |
| **2013** | | | | $    - | $    - |
| 2/10/2013 | Shelving Units | FFE | $  1,500.00 | $  1,500.00 | $    - |
| | Belgian Waffle Baker Double Burner Unit | FFE | $  609.00 | $  609.00 | $    - |
| | Mop/Broom Holder 48" Width | FFE | $  42.99 | $  42.99 | $    - |
| | **Total 2013** | | | | |
| **2014** | | | | $    - | $    - |
| 7/17/2014 | Sous Vide | FFE | $  524.00 | $  524.00 | $    - |
| | Stainless Strainer - Sieve 16"Diam., Stainless Steel | FFE | $  49.99 | $  49.99 | $    - |
| | **Total 2014** | | | | |
| **2015** | | | | $    - | $    - |
| 8/6/2015 | Micro Center 81 | COMP | $  1,016.00 | $    - | $  1,016.00 |
| 2/17/2015 | 2015 Ford Cargo Van | NT | $  24,351.00 | $    - | $    - |
| | Food Warmer - Four Third-Size | FFE | $  219.00 | $  219.00 | $    - |
| | **Total 2015** | | | | |
| **2016** | | | | $    - | $    - |
| | Gold Medal 5142 Triple Mini Funnel Cake Mold Ring | FFE | $  39.49 | $  39.49 | $    - |
| | **Total 2016** | | | | |
| **2017** | | | | $    - | $    - |

| Date | Description | Type | | | | | | |
|------|-------------|------|--|--|--|--|--|--|
| 12/31/2017 | Small IPADs and Printers | COMP | $ | 768.00 | $ | - | $ | 768.00 |
| 12/31/2017 | Comuter Equipment | COMP | $ | 1,299.00 | $ | - | $ | 1,299.00 |
| 12/31/2017 | Comuter Equipment | COMP | $ | 1,985.00 | $ | - | $ | 1,985.00 |
| 12/31/2017 | Bar Freezer | FFE | $ | 221.00 | $ | 221.00 | $ | - |
| 12/31/2017 | Shelving | FFE | $ | 352.00 | $ | 352.00 | $ | - |
| | Computer Chair | FFE | $ | 704.88 | $ | 704.88 | $ | - |
| | Apple | COMP | $ | 1,157.91 | $ | - | $ | 1,157.91 |
| | **Total 2017** | | | | $ 26,622.45 | | | |
| **2018** | | | | | | | | |
| | | | | | $ | - | $ | - |
| | **Total 2018** | | | | **$ -** | | | |
| **2019** | | | | | | | | |
| | | | | | $ | - | $ | - |
| 6/28/2019 | Laptop | COMP | $ | 510.00 | $ | - | $ | 510.00 |
| 8/9/2019 | Fridge | FFE | $ | 2,470.00 | $ | 2,470.00 | $ | - |
| 8/20/2019 | Apple Equipment | COMP | $ | 402.00 | $ | - | $ | 402.00 |
| 10/26/2019 | Amazon Computer | COMP | $ | 619.00 | $ | - | $ | 619.00 |
| 11/2/2019 | Freezer | FFE | $ | 1,948.00 | $ | 1,948.00 | $ | - |
| 11/9/2019 | Refridgerator | FFE | $ | 2,146.00 | $ | 2,146.00 | $ | - |
| | (3) Atlantic Drainage Mat 3 ft. Widex6 ft. Deep  77.89 | FFE | $ | 233.67 | $ | 233.67 | $ | - |
| | Slim Jim Trolley 200 lb. Capacity | FFE | $ | 73.59 | $ | 73.59 | $ | - |
| | (2) Cambro Food Storage Box, Full-Size, 22 Gallon | FFE | $ | 87.98 | $ | 87.98 | $ | - |
| | Vaccum Cleaner | FFE | $ | 300.00 | $ | 300.00 | $ | - |
| | **Total 2019** | | | | **$ 7,259.24** | | | |
| **2020** | | | | | | | | |
| | | | | | $ | - | $ | - |
| 6/17/2020 | Refrigerator | FFE | $ | 2,380.00 | $ | 2,380.00 | $ | - |
| 5/12/2020 | Ecolab Apex HT (Base rate $175.00, 2 yrs) - leased | NT | $ | 4,200.00 | $ | - | $ | - |
| 5/12/2020 | Ecolab U-LT (Base rate $100.00, 24 months) - leased | NT | $ | 2,400.00 | $ | - | $ | - |
| | 2 qt Pola Ice Cream Maker | FFE | $ | 1,199.99 | $ | 1,199.99 | $ | - |
| | Restaurant Cutting Board - Saf-T-Grip 6-Board Convenience Pack, 15"Wx20"D | FFE | $ | 194.00 | $ | 194.00 | $ | - |
| | (2) Poly BowTie Dunnage Rack, 48"D, 3000 lbs. Capacity | FFE | $ | 241.92 | $ | 241.92 | $ | - |
| | Slim Jim Container 23 Gallon, No Handles | FFE | $ | 47.29 | $ | 47.29 | $ | - |
| | 8" Cleaver | FFE | $ | 45.99 | $ | 45.99 | $ | - |
| | (7) Water Pitcher 2-1/8 Quart | FFE | $ | 310.73 | $ | 310.73 | $ | - |
| | (1) 24 Qt. Carlisle 60311 Standard Weight Aluminum Brazier | FFE | $ | 38.49 | $ | 38.49 | $ | - |
| | (2) Sani-Safe Scalloped Roast Beef and Bread Slicer, 12" Blade | FFE | $ | 59.98 | $ | 59.98 | $ | - |
| | (4) Sani-Safe Cooks Knife 10" Blade | FFE | $ | 115.96 | $ | 115.96 | $ | - |
| | Sani-Safe Cimeter Steak Knife, 10" Blade | FFE | $ | 27.99 | $ | 27.99 | $ | - |
| | (6) Fry Pan - Natural Finish 10"Diam. | FFE | $ | 160.74 | $ | 160.74 | $ | - |
| | Chairs | FFE | $ | 170.03 | $ | 170.03 | $ | - |
| | **Total 2020** | | | | **$ 4,993.11** | | **$ 14,133.91** | |
| **2021** | | | | | | | | |
| 5/6/2021 | Best Buy Computer Equipment | COMP | $ | 948.67 | $ | - | $ | 948.67 |
| 5/10/2021 | Amazon Office Equipment | FFE | $ | 561.70 | $ | 561.70 | $ | - |
| 6/10/2021 | Wayfair Furniture | FFE | $ | 111.29 | $ | 111.29 | $ | - |
| 6/14/2021 | Homethreads Furniture | FFE | $ | 6,649.60 | $ | 6,649.60 | $ | - |
| 7/20/2021 | Wayfair Furniture | FFE | $ | 7,564.48 | $ | 7,564.48 | $ | - |
| 10/6/2021 | Best Buy Computer Equipment | COMP | $ | 143.06 | $ | - | $ | 143.06 |
| 12/29/2021 | Netgear Router | COMP | $ | 30.00 | $ | - | $ | 30.00 |
| 11/16/2021 | Best Buy Computer Equipment | COMP | $ | 71.00 | $ | - | $ | 71.00 |
| | **Total 2021** | | | | **$ 14,887.07** | | **$ 1,192.73** | |
| **2022** | | | | | | | | |
| 04/03/2022 | Wayfair Furniture | FFE | $ | 1,567.57 | $ | 1,567.57 | $ | - |
| 04/09/2022 | Apple Computer Equipment | COMP | $ | 122.96 | $ | - | $ | 122.96 |
| 04/22/2022 | Best Buy Computer Equipment | COMP | $ | 423.99 | $ | - | $ | 423.99 |
| 04/22/2022 | Best Buy Computer Equipment | COMP | $ | 349.79 | $ | - | $ | 349.79 |
| 04/22/2022 | Best Buy Computer Equipment | COMP | $ | 137.78 | $ | - | $ | 137.78 |
| 04/22/2022 | Crutchfield Equipment | COMP | $ | 882.41 | $ | - | $ | 882.41 |
| 04/27/2022 | Best Buy Computer Equipment | COMP | $ | 678.37 | $ | - | $ | 678.37 |
| 04/27/2022 | Best Buy Computer Equipment | COMP | $ | 678.37 | $ | - | $ | 678.37 |
| 04/29/2022 | Best Buy Computer Equipment | COMP | $ | 74.19 | $ | - | $ | 74.19 |
| 11/09/2022 | Wayfair Furniture | FFE | $ | 528.90 | $ | 528.90 | $ | - |
| 12/18/2022 | Apple Computer Equipment | COMP | $ | 144.16 | $ | - | $ | 144.16 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Utility Truck 1000 lb. Capacity, 48"W | FFE | $ | 435.00 | $ | 435.00 | $ | - |
| | Belgian Waffle Baker Double Burner Unit | FFE | $ | 91.00 | $ | 91.00 | $ | - |
| | Light Duty Microwave - Painted Interior, 20 Programmable Menu Settings | FFE | $ | 299.00 | $ | 299.00 | $ | - |
| | Restaurant Cutting Board - Saf-T-Grip 6-Board Convenience Pack, 15"Wx20"D | FFE | $ | 194.00 | $ | 194.00 | $ | - |
| | Mopping Combo Deal | FFE | $ | 99.99 | $ | 99.99 | $ | - |
| | Rotating Kitchen Dial Scale 32 oz. x 1/4 oz. Capacity | FFE | $ | 123.38 | $ | 123.38 | $ | - |
| | Stainless Steel Whip - Mayonnaise, 36"L Overall | FFE | $ | 53.99 | $ | 53.99 | $ | - |
| | Tin-Plated Strainer, 2 -1/4 Qt. Capacity, 8" Diam. | FFE | $ | 51.99 | $ | 51.99 | $ | - |
| | Stainless Strainer - Sieve 16"Diam., Stainless Steel | FFE | $ | 49.99 | $ | 49.99 | $ | - |
| | Slim Jim Container 23 Gallon, No Handles | FFE | $ | 331.03 | $ | 331.03 | $ | - |
| | Water Pitcher 2-1/8 Quart | FFE | $ | 44.39 | $ | 44.39 | $ | - |
| | Cambro Food Storage Box, Full-Size, 22 Gallon | FFE | $ | 351.92 | $ | 351.92 | $ | - |
| | Mop/Broom Holder 48" Width | FFE | $ | 85.98 | $ | 85.98 | $ | - |
| | Grill Scraper 6"Wx16"Long | FFE | $ | 39.59 | $ | 39.59 | $ | - |
| | Grill Brush, 51-1/5 | FFE | $ | 63.18 | $ | 63.18 | $ | - |
| | Fry Pan - Natural Finish 10"Diam. | FFE | $ | 509.01 | $ | 509.01 | $ | - |
| | **Total 2022** | | | | $ | 4,919.91 | $ | 3,492.02 |
| **2023** | | | | | | | | |
| 1/1/2023 | Netgear | COMP | $ | 99.99 | | | $ | 99.99 |
| 2/24/2023 | Best Buy | COMP | $ | 1,534.88 | | | $ | 1,534.88 |
| 6/19/2023 | Curtis ALP2GT12A000 12 Cup Coffee Brewer with 1 Lower and 1 Upper Warmer - 120V | FF&E | $ | 689.00 | $ | 689.00 | | |
| 7/29/2023 | Waring JC4000 Heavy-Duty 1800 RPM Citrus Juicer | FF&E | $ | 689.00 | $ | 689.00 | | |
| 12/29/2023 | Netgear | COMP | $ | 99.99 | | | $ | 99.99 |
| | **Total 2023** | | | | $ | 1,378.00 | $ | 1,734.86 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Epic Smokehouse LLC |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| Case number (If known): | 25-10855 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**
Small Business Administration

**Describe debtor's property that is subject to a lien**
Blanket UCC lien

$ 150,000.00    $ Undetermined

**Creditor's mailing address**
409 3rd St., SW
Washington, DC 20416

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 05/01/2020

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____    $ _____

**Creditor's mailing address**

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 150,000.00

| Debtor | Epic Smokehouse LLC | Case number *(if known)* | 25-10855 |
|--------|---------------------|--------------------------|----------|
|        | Name                |                          |          |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Office of the US Attorney<br>2100 Jamieson Ave<br>Alexandria, VA, 22314 | Line 2. _1_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

<div style="border:1px solid black">

**Fill in this information to identify the case:**

Debtor    Epic Smokehouse LLC

United States Bankruptcy Court for the:   Eastern District of Virginia

Case number   25-10855
(if known)

</div>

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Arlington County Commissioner of the Revenue
2100 Clarendon Boulevard, 2nd Floor
Arlington, VA 22201

**As of the petition filing date, the claim is:** $ 15,000.00    $ 15,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2**   Priority creditor's name and mailing address
Va Dept of Taxation
PO Box 1115
Richmond, VA 23218

**As of the petition filing date, the claim is:** $ 30,000.00    $ 30,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3**   Priority creditor's name and mailing address

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Epic Smokehouse LLC | Case number *(if known)* 25-10855 |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Alsco
725 S Pickett St
Alexandria, VA 22304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Services

$ 3,078.32

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
American Express
PO Box 981535
El Paso, TX 79998

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 36,937.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Carefirst
840 First St NE
Washington, DC 20065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Services

$ 772.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Chase
PO Box 15298
Wilmington, DE 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 13,442.91

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Chase
PO Box 15298
Wilmington, DE 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 9,297.46

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
ChillCraft/EMR
2600 Cabover Dr
Hanover, MD 21076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Services

$ 5,929.34

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Epic Smokehouse LLC | Case number *(if known)* | 25-10855 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**  **Nonpriority creditor's name and mailing address**

Cintas
PO Box 630803
Cincinnati, OH 45263

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,667.56

---

**3.8**  **Nonpriority creditor's name and mailing address**

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 560.00

---

**3.9**  **Nonpriority creditor's name and mailing address**

Ecolab
7373 KIRKWOOD COURT SUITE 200
Osseo, MN 55369

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,423.00

---

**3.10**  **Nonpriority creditor's name and mailing address**

Eddie Choi
829A Utterback Store Rd
Great Falls, VA 22066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16,000.00

---

**3.11**  **Nonpriority creditor's name and mailing address**

Extensive Tech
514 Crain Hwy N
Glen Burnie, MD 21061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,660.00

---

Debtor _____
        Epic Smokehouse LLC
        Name

Case number (if known) __25-10855__

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.12** **Nonpriority creditor's name and mailing address**

Food Prep
80 LARGO DRIVE
Stamford, CT 06907

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 698.69

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

Gold Crust
6200 Columbia Park Rd
Hyattsville, MD 20785

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 613.82

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

Hartford
One Hartford Plaza
Hartford, CT 06155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 10,620.15

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

Holland & Knight
3585 Atlanta Ave
Atlanta, GA 30354

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,182.75

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

Intec
1800 M STREET, NW Ste 9
Washington, DC 20036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 10,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Epic Smokehouse LLC
      Name

Case number *(if known)*    25-10855

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17**  **Nonpriority creditor's name and mailing address**

Jared Imhoff CPA
6803 Whittier Avenue, Suite 200
McLean, VA 22101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,786.00

---

**3.18**  **Nonpriority creditor's name and mailing address**

Joon Yang
1330 S. Fern St. #3
Arlington, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 225,920.00

---

**3.19**  **Nonpriority creditor's name and mailing address**

Keany Produce
3310 75th Ave
Hyattsville, MD 20785

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,925.97

---

**3.20**  **Nonpriority creditor's name and mailing address**

KMG Hauling
P.O.BOX 650821
Sterling, VA 20165

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,321.70

---

**3.21**  **Nonpriority creditor's name and mailing address**

Mahoneys
37458 EAGLE WAY
Chicago, IL 60678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 553.50

---

| Debtor | Epic Smokehouse LLC | Case number *(if known)* | 25-10855 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.22  Nonpriority creditor's name and mailing address**

Millennium Owner LLC
140 Q St NE Ste 140B
c/o UIP Property Management, Inc
Washington, DC 20002

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Lease

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 111,137.00

---

**3.23  Nonpriority creditor's name and mailing address**

Nationwide
10507-D Braddock Road
Fairfax, VA 22032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,239.00

---

**3.24  Nonpriority creditor's name and mailing address**

ProFish
1900 Fenwick St NE
Washington, DC 20002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,902.47

---

**3.25  Nonpriority creditor's name and mailing address**

Resy
222 Broadway 17th Floor
New York, NY 10038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 250.00

---

**3.26  Nonpriority creditor's name and mailing address**

Roberts Oxygen
2929 ESKRIDGE ROAD #A
Fairfax, VA 22031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 646.60

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___Epic Smokehouse LLC_____    Case number *(if known)*___25-10855___
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 27   **Nonpriority creditor's name and mailing address**

Sysco
8000 Dorsey Run Rd
Jessup, MD 20794

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 54,265.06

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 28   **Nonpriority creditor's name and mailing address**

Trimark
P.O.BOX 845396
Boston, MA 02284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 5,456.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 29   **Nonpriority creditor's name and mailing address**

Washington Gas
6801 Industrial Rd
Springfield, VA 22151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 810.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ____   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.** ____   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____Epic Smokehouse LLC_____    Case number *(if known)*____25-10855____
                  Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Jeffrey S. Romanick<br>Gross, Romanick, Dean & DeSimone, P.C.<br>3975 University Drive, Suite 410<br>Fairfax, VA, 22030 | Line __3.22__<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Epic Smokehouse LLC          Case number *(if known)*    25-10855
         Name

| | | |
|---|---|---|

<table>
<tr><td colspan="3" style="background-color:black;color:white"><strong>Part 4:</strong></td><td colspan="3"><strong>Total Amounts of the Priority and Nonpriority Unsecured Claims</strong></td></tr>
</table>

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 45,000.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 540,097.96 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 585,097.96 |

**Fill in this information to identify the case:**

Debtor name _____ Epic Smokehouse LLC _____

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): __25-10855__    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial lease<br>Lessee | Millennium Owner LLC<br>140 Q St NE Ste 140B<br>c/o UIP Property Management, Inc<br>Washington, DC, 20002 |
| | **State the term remaining** | 112 Months | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Leases of 2 dishwashers, pest control<br>Lessee | Ecolab<br>7373 KIRKWOOD COURT SUITE 200<br>Osseo, MN, 55369 |
| | **State the term remaining** | n/a | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name    Epic Smokehouse LLC

United States Bankruptcy Court for the:    Eastern District of Virginia

Case number (If known):    25-10855

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 Joon Yang | 1330 S Fern St #3 Arlington, VA 22202 | Millennium Owner LLC | ☐ D ☒ E/F ☐ G |
| 2.2 Joon Yang | 1330 S Fern St Arlington, VA 22202 | Chase | ☐ D ☒ E/F ☐ G |
| 2.3 Joon Yang | 1330 S Fern St Arlington, VA 22202 | Chase | ☐ D ☒ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _Epic Smokehouse LLC_

United States Bankruptcy Court for the: _Eastern District of Virginia_

Case number (If known): _25-10855_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From 01/01/2025 MM / DD / YYYY to Filing date | ☑ Operating a business ☐ Other | $ 628,114.00 |
   | **For prior year:** From 01/01/2024 MM / DD / YYYY to 12/31/2024 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 2,150,070.00 |
   | **For the year before that:** From 01/01/2023 MM / DD / YYYY to 12/31/2023 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 2,415,072.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From 01/01/2025 MM / DD / YYYY to Filing date | | $ 0.00 |
   | **For prior year:** From 01/01/2024 MM / DD / YYYY to 12/31/2024 MM / DD / YYYY | | $ 0.00 |
   | **For the year before that:** From 01/01/2023 MM / DD / YYYY to 12/31/2023 MM / DD / YYYY | Credit card rebate | $ 2,464.00 |

Debtor      Epic Smokehouse LLC
            _____     Case number *(if known)* 25-10855
            Name                                                                     _____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | Sysco<br>_____<br>Creditor's name<br>8000 Dorsey Run Rd<br>Jessup, MD 20794 | 04/08/2025 | $ 95,194.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | Joon Yang<br>_____<br>Insider's name<br>1330 S. Fern St. #3<br>Arlington, VA 22202<br><br>Relationship to debtor<br>Managing member | _____<br>_____<br>_____ | $ 14,308.78 | Loan repayments (made directly to Penfed) |
| 4.2. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |

Debtor __Epic Smokehouse LLC_____     Case number (if known)__25-10855_____
      <span>Name</span>

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | _____ | $_____ |
| | Creditor's name | | | |
| 5.2. | | | _____ | $_____ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | _____ | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Millennium Owner v Epic Smokehouse | Unlawful Detainer | Arlington General District | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>GV25002548-00 | | | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

Debtor    Epic Smokehouse LLC
_____
          Name

Case number (if known)__25-10855__

---

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | Epic Smokehouse LLC | Case number *(if known)* 25-10855 |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Chung & Press PC | $15,000 including filing fee | 04/2025 | $ 13,262.00 |
| | **Address** | | | |
| | 6718 Whittier Ave Ste 200<br>Ste 200<br>McLean, VA 22101 | | | |
| | **Email or website address**<br>dpress@chung-press.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor ___Epic Smokehouse LLC_____   Case number *(if known)*_25-10855_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

<table><tr><td style="background:black;color:white">**Part 7:**</td><td>**Previous Locations**</td></tr></table>

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    Epic Smokehouse LLC
_____    Case number (if known) 25-10855
          Name                                                    _____

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor  Epic Smokehouse LLC _____    Case number *(if known)* 25-10855
         Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name |  |  | ☐ No<br>☐ Yes |
| Address |  |  |  |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage<br>Name<br>398 Longbridge Dr<br>Arlington, VA 22202 | Joon Yang | Old records | ☐ No<br>☑ Yes |
| Address |  |  |  |

Debtor    Epic Smokehouse LLC
_____
Name

Case number *(if known)* 25-10855
_____

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Coca Cola Company<br>_____<br>Name | | Coke machines | $ Unknown |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____<br>Name | | ☐ Pending |
| Case number | | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    Epic Smokehouse LLC
_____    Case number *(if known)* 25-10855
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____    To _____ |
| 25.2. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____    To _____ |
| 25.3. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____    To _____ |

---

| Debtor | Epic Smokehouse LLC | Case number *(if known)* | 25-10855 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.    Imhoff & Associates | From _____ |
| Name | To _04/28/2025_ |
| 6803 Whittier Ave #200, McLean VA 22101 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ |
| Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Imhoff & Associates | |
| Name | |

Debtor    Epic Smokehouse LLC
_____    Case number (*if known*) 25-10855
Name                                                                _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | Epic Smokehouse LLC | Case number *(if known)* 25-10855 |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joon Yang | 1330 S Fern St, Arlington, VA 22202 | | 80 |
| Rick Hardy | 1709 Smugglers Run, Annapolis, MD 21401 | | 20 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Joon Yang | 129,524.89 | _____ | |
| Name | | | |
| 1330 S. Fern St. #3 | | _____ | |
| Arlington, VA 22202 | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor  Epic Smokehouse LLC _____   Case number (if known) 25-10855
        Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 _____ | | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:     Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/22/2025
             MM  / DD  / YYYY

✘ /s/ Joon Yang _____   Printed name  Joon Yang
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes

**Fill in this information to identify the case and this filing:**

Debtor Name _Epic Smokehouse LLC_

United States Bankruptcy Court for the: _Eastern District of Virginia_

Case number (*If known*): _25-10855_

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _05/22/2025_
MM / DD / YYYY

✖ /s/ Joon Yang
Signature of individual signing on behalf of debtor

Joon Yang
Printed name

Managing Member
Position or relationship to debtor