**Fill in this information to identify the case:**

Debtor Name **EPIC Smokehouse**

United States Bankruptcy Court for the: _____ District of _____

Case number: **25-10855-khk**

❑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: **April**

Line of business: **Full Service Restaurant**

Date report filed: **05/27/2025**
MM / DD / YYYY

NAISC code: **722511**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **Joon Yang**

Original signature of responsible party

Printed name of responsible party **Joon Yang**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ☑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ☑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |

**If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

| Debtor Name | EPIC Smokehouse | Case number | 25-10855-khk |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 17,287.15

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 25,941.11

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 35,788.79

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

(9,847.68)

+ $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 8395.62

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 1,348/6

Debtor Name **EPIC Smokehouse** _____ Case number **25-10855-khk** _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                              $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                      31

27. What is the number of employees as of the date of this monthly report?           32

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                $ 15,000

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____

30. How much have you paid this month in other professional fees?                          $ 10-45

31. How much have you paid in total other professional fees since filing the case?            $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                         $ _____

36. Total projected cash disbursements for the next month:                   = $ _____

37. Total projected net cash flow for the next month:                        = $ _____

Debtor Name **EPIC Smokehouse**

Case number **25-10855-khk**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

| 29-Apr | $9,990.01 | transfer from 7340 |
| 29-Apr | $5,543.88 | Toast |
| 29-Apr | $2,246.67 | Loan from Joon |
| 29-Apr | $275.12 | UberEats payment |
| 29-Apr | $30.00 | Loan from Joon |
| 29-Apr | $10.45 | transfer from 5827 |
| 30-Apr | $7,844.98 | Toast |

$25,941.11

| Date | Amount | Description |
|---|---|---|
| 29-Apr | $32.85 | ABC |
| 29-Apr | $9,990.01 | transfer to 5830 |
| 29-Apr | $280.02 | Johnson Brothers (Wine Rep) |
| 29-Apr | $278.68 | WineBow (Wine Rep) |
| 29-Apr | $956.33 | transfer to 5830 |
| 29-Apr | $663.31 | check 2018 |
| 30-Apr | $30.00 | wire transfer fee |
| 29-Apr | $23,537.14 | wire transfer to ECCA for payroll |
| 29-Apr | $10.45 | transfer to 5830 |
| 30-Apr | $10.00 | monthly maintenance fee |
| | $35,788.79 | |

|        | Taxes     |
|--------|-----------|
| 29-Apr | $657.32   |
| 30-Apr | $690.84   |
|        |           |
|        | $1,348.16 |

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Business Advantage**

**Customer service information**

☏ 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

EPIC SMOKEHOUSE, LLC
1330 S FERN ST
EPIC SOMEHOUSE
ARLINGTON, VA  22202

## Your Business Advantage Relationship Banking

for April 1, 2025 to April 30, 2025                                  Account number: ███████7340

**EPIC SMOKEHOUSE, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on April 1, 2025 | -$1,168.96 | # of deposits/credits: 19 | |
| Deposits and other credits | 136,421.30 | # of withdrawals/debits: 81 | |
| Withdrawals and other debits | -91,126.02 | # of items-previous cycle[1]: 55 | |
| Checks | -43,525.73 | # of days in cycle: 30 | |
| Service fees | -39.95 | Average ledger balance: $2,304.29 | |
| **Ending balance on April 30, 2025** | **$560.64** | [1]Includes checks paid, deposited items and other debits | |

*Your account is enrolled in Balance Connect™ for overdraft protection.  You can manage your overdraft protection preferences, including linked accounts, in Online and Mobile Banking.*

BUSINESS ADVANTAGE

## See the big picture at a glance

including your business accounts at other banks - right in your dashboard.

**To learn more, scan or visit bankofamerica.com/ConnectedApps.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-24-0085 D | 7199262

EPIC SMOKEHOUSE, LLC   |   Account #  ▊▊▊▊  7340   |   April 1, 2025 to April 30, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender

# BANK OF AMERICA

## Your checking account

EPIC SMOKEHOUSE, LLC   |   Account #          340   |   April 1, 2025 to April 30, 2025

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|

**Total deposits and other credits**                                                    $136,421.30

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*

---

Available in English and Spanish

**Send wire transfers in the Mobile Banking app**

Use our app or Online Banking to send domestic wires or international wires in 140+ currencies to over 200 countries.

**Scan the code or visit bofa.com/wiretransfers.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

Fees or other costs may apply to wire transfers. See the Online Banking Service Agreement at bankofamerica.com. Data connection required. Carrier fees may apply.



SSM-12-24-0270.C | 7457437

EPIC SMOKEHOUSE, LLC   |   Account #        7340   |   April 1, 2025 to April 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/29/25 | Online Banking transfer to CHK 5830 Confirmation# 1794350467 | -9,990.01 |

*continued on the next page*

**BANK OF AMERICA** 

Your checking account

EPIC SMOKEHOUSE, LLC   |   Account #██████7340   |   April 1, 2025 to April 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/29/25 | Johnson Brothers DES:FintechEFT ID:45-3932545 INDN:Epic Smokehouse, LLC ( CO ID:88-0794929 CCD | -280.20 |
| 04/29/25 | Hop & Wine Bever DES:FintechEFT ID:45-3932545 INDN:Epic Smokehouse, LLC ( CO ID:54-1867068 CCD | -278.68 |

Card account # XXXX XXXX XXXX 3070

*continued on the next page*

EPIC SMOKEHOUSE, LLC   |   Account #        7340   |   April 1, 2025 to April 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/29/25 | MOBILE PURCHASE 0428  VA ABC STORE 081 ARLINGTON   VA | -32.85 |
| **Subtotal for card account # XXXX XXXX XXXX 7247** | | **-$8,753.67** |
| **Total withdrawals and other debits** | | **-$91,126.02** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 04/04/25 | 1239 | -1,183.65 | | 04/17/25 | 1244 | -5,000.00 |
| 04/07/25 | 1241* | -6,000.00 | | 04/25/25 | 1245 | -9,140.22 |
| 04/18/25 | 1242 | -9,427.11 | | 04/25/25 | 1247* | -774.75 |
| 04/14/25 | 1243 | -8,000.00 | | 04/28/25 | 1249* | -4,000.00 |
| | | | | **Total checks** | | **-$43,525.73** |
| | | | | **Total # of checks** | | **8** |

\*  *There is a gap in sequential check numbers*

## BANK OF AMERICA

## Your checking account

EPIC SMOKEHOUSE, LLC   |   Account # ███ 7340   |   April 1, 2025 to April 30, 2025

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $10.00 | $130.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

Based on the activity on your business accounts for the statement period ending 03/31/25, a Monthly Fee was charged for your primary Business Advantage Relationship Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○ $15,000+ combined average monthly balance in linked business accounts

○ Become a member of Preferred Rewards for Business

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.



| Date | Transaction description | Amount |
|---|---|---|

**Total service fees** — **-$39.95**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
|  |  |  |  | 04/28 | 11,142.38 |
|  |  |  |  | 04/29 | 560.64 |

EPIC SMOKEHOUSE, LLC   |   Account #  ███████ 7340   |   April 1, 2025 to April 30, 2025

This page intentionally left blank



**BANK OF AMERICA**

EPIC SMOKEHOUSE, LLC   |   Account #         7340   |   April 1, 2025 to April 30, 2025

## Check images

EPIC SMOKEHOUSE, LLC   |   Account #     7340   |   April 1, 2025 to April 30, 2025

This page intentionally left blank

EPIC SMOKEHOUSE, LLC   |   Account #███████340   |   April 1, 2025 to April 30, 2025

This page intentionally left blank

EPIC SMOKEHOUSE, LLC   |   Account #        340   |   April 1, 2025 to April 30, 2025

This page intentionally left blank

*SAVINGS*

**BANK OF AMERICA** 

P.O. Box 15284
Wilmington, DE 19850

EPIC SMOKEHOUSE, LLC
1330 S FERN ST
EPIC SOMEHOUSE
ARLINGTON, VA 22202

**Business Advantage**

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Savings

for April 1, 2025 to April 30, 2025

Account number ███████ 5827

**EPIC SMOKEHOUSE, LLC**

### Account summary

| | | | |
|---|---|---|---|
| Beginning balance on April 1, 2025 | -$10.00 | # of deposits/credits: 1 | |
| Deposits and other credits | 200.00 | # of withdrawals/debits: 3 | |
| Withdrawals and other debits | -190.00 | # of days in cycle: 30 | |
| Service fees | -10.00 | Average ledger balance: $153.39 | |
| **Ending balance on April 30, 2025** | **-$10.00** | Average collected balance: $153.39 | |
| *Interest Paid Year To Date: $0.01.* | | | |

---

BUSINESS ADVANTAGE

## See the big picture at a glance

including your business accounts at other banks - right in your dashboard.

**To learn more, scan or visit bankofamerica.com/ConnectedApps.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.



SSM-12-24-0065 B | 7199262

EPIC SMOKEHOUSE, LLC  |  Account #        5827  |  April 1, 2025 to April 30, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender

# BANK OF AMERICA

## Your savings account

EPIC SMOKEHOUSE, LLC  |  Account #            827  |  April 1, 2025 to April 30, 2025

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| | | |
| **Total deposits and other credits** | | **$200.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| | | |
| 04/29/25 | Online Banking transfer to CHK 5830 Confirmation# 1194360190 | -10.45 |
| **Total withdrawals and other debits** | | **-$190.00** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 04/30/25 | Monthly Maintenance Fee | -10.00 |
| **Total service fees** | | **-$10.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 190.00 | 04/29 | 0.00 | 04/30 | -10.00 |
| 04/28 | 10.45 | | | | |

Available in English and Spanish
### Send wire transfers in the Mobile Banking app
Use our app or Online Banking to send domestic wires or international wires in 140+ currencies to over 200 countries.
**Scan the code or visit bofa.com/wiretransfers.**
When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
Fees or other costs may apply to wire transfers. See the Online Banking Service Agreement at bankofamerica.com. Data connection required. Carrier fees may apply.

SSM-12-24-0270.C | 7457437

EPIC SMOKEHOUSE, LLC  |  Account # ████ 827  |  April 1, 2025 to April 30, 2025

This page intentionally left blank

EPIC SMOKEHOUSE, LLC   |   Account ▮▮▮▮▮5827   |   April 1, 2025 to April 30, 2025

This page intentionally left blank

EPIC SMOKEHOUSE, LLC   |   Account #█████827   |   April 1, 2025 to April 30, 2025

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Business Advantage**

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✍️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

EPIC SMOKEHOUSE, LLC
1330 S FERN ST
EPIC SOMEHOUSE
ARLINGTON, VA  22202

# Your Business Advantage Fundamentals™ Banking

for April 1, 2025 to April 30, 2025                                  Account number: ████████5830

**EPIC SMOKEHOUSE, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2025 | $321.49 | # of deposits/credits: 49 |
| Deposits and other credits | 226,891.94 | # of withdrawals/debits: 37 |
| Withdrawals and other debits | -219,188.45 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -180.00 | Average ledger balance: $7,502.69 |
| **Ending balance on April 30, 2025** | **$7,844.98** | [1]Includes checks paid, deposited items and other debits |

BUSINESS ADVANTAGE

## See the big picture at a glance

including your business accounts at other banks - right in your dashboard.

**To learn more, scan or visit bankofamerica.com/ConnectedApps.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.



SSM-12-24-0085.B | 7199262

EPIC SMOKEHOUSE, LLC   |   Account # ████████   58███████2025 to █████2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation



**BANK OF AMERICA** <span style="color:red">**Your checking account**</span>

EPIC SMOKEHOUSE, LLC   |   Account #     5830   |   April 1, 2025 to April 30, 2025

## Deposits and other credits

Date        Description                                                                            Amount



*continued on the next page*

---

Available in English and Spanish

Send wire transfers in the Mobile Banking app

Use our app or Online Banking to send domestic wires or international wires in 140+ currencies to over 200 countries.

**Scan the code or visit bofa.com/wiretransfers.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
Fees or other costs may apply to wire transfers. See the Online Banking Service Agreement at bankofamerica.com. Data connection required. Carrier fees may apply.



SSM-12-24-0270.C  I  7457437

EPIC SMOKEHOUSE, LLC   |   Account #          5830   |   April 1, 2025 to April 30, 2025

# Deposits and other credits - continued

Date          Description                                                                                        Amount

*continued on the next page*

**BANK OF AMERICA**

# Your checking account

EPIC SMOKEHOUSE, LLC   |   Account # ███████ 5830   |   April 1, 2025 to April 30, 2025

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 04/29/25 | Online Banking transfer from CHK 7340 Confirmation# 1794350467 | 9,990.01 |
| 04/29/25 | Citizens      DES:NET SETLMT ID:4445068643790  INDN:TST* EPIC SMOKEHOUSE    CO ID:1264535957 PPD  PMT INFO:  Citizens      NET SETLMT  44450686 43790    TST* EPIC SMOKEHOUSE    BC | 5,543.88 |
| 04/29/25 | Online transfer from CHK 5117 Confirmation# mvawzcsex; YANG, JOON | 2,246.67 |
| 04/29/25 | Online Banking transfer from CHK 5801 Confirmation# 1694357244 | 956.33 |
| 04/29/25 | UBER USA 6787    DES:EDI PAYMNT ID:K7OYQWYTHLZRCHI  INDN:Epic Smokehouse LLC    CO ID:3320456349 CCD  PMT INFO:REF*TN*K7OYQWYTHL\ | 275.12 |
| 04/29/25 | Online transfer from CHK 5117 Confirmation# j55p60yf0; YANG, JOON | 30.00 |

*continued on the next page*

EPIC SMOKEHOUSE, LLC   |   Account #          5827   |   April 1, 2025 to April 30, 2025

# Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/29/25 | Online Banking transfer from SAV 5827 Confirmation# 1194360190 | 10.45 |
| 04/30/25 | Citizens       DES:NET SETLMT ID:4445068643790  INDN:TST* EPIC SMOKEHOUSE   CO ID:1264535957 PPD  PMT INFO:  Citizens        NET SETLMT  44450686 43790   TST* EPIC SMOKEHOUSE    BC | 7,844.98 |
| **Total deposits and other credits** | | **$226,891.94** |

# Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

continued on the next page



**Your checking account**

EPIC SMOKEHOUSE, LLC   |   Account # ████ 5830   |   April 1, 2025 to April 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

*(section redacted)*

| 04/29/25 | WIRE TYPE:WIRE OUT DATE:250429 TIME:1229 ET TRN:2025042900442869 SERVICE REF:508611 BNF:ERIE CUSTOM COMPUTER APPLI ID:6004720096 BNF BK:PNC BANK, N.A. ID:0222 PMT DET:548461024 EP IC | -23,537.14 |

**Total withdrawals and other debits**                                              **-$219,188.45**

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft fees | $0.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

*continued on the next page*

EPIC SMOKEHOUSE, LLC   |   Account #          5839   |   April 1, 2025 to April 30, 2025

## Service fees - continued

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 03/31/25. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○   $500+ in new net purchases on a linked Business debit card has not been met

✓   $5,000+ combined average monthly balance in linked business accounts has been met

○   Become a member of Preferred Rewards for Business has not been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/29/25 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$180.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| | | | | 04/28 | 4,514.68 |
| | | | | 04/29 | 0.00 |
| | | | | 04/30 | 7,844.98 |

This page intentionally left blank

This page intentionally left blank



# Business Advantage

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖊 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

P.O. Box 15284
Wilmington, DE 19850

EPIC SMOKEHOUSE, LLC
1330 S FERN ST
EPIC SOMEHOUSE
ARLINGTON, VA  22202

# Your Business Advantage Relationship Banking

for April 1, 2025 to April 30, 2025                                    Account number: ████ 5801

**EPIC SMOKEHOUSE, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2025 | $24,552.66 | # of deposits/credits: 11 |
| Deposits and other credits | 71,496.61 | # of withdrawals/debits: 38 |
| Withdrawals and other debits | -83,012.38 | # of items-previous cycle[1]: 0 |
| Checks | -13,036.89 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $3,330.27 |
| **Ending balance on April 30, 2025** | **$0.00** | *[1]Includes checks paid, deposited items and other debits* |



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-11-23-0458.C  I  6115469

EPIC SMOKEHOUSE, LLC   |   Account #              | 5803 | April 1, 2025 to April 30, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender



## Your checking account

**EPIC SMOKEHOUSE, LLC**  |  Account # ▇▇▇▇ 5801  |  April 1, 2025 to April 30, 2025

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



| | | |
|------|-------------|--------|
| **Total deposits and other credits** | | **$71,496.61** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

### How are we doing? Your opinion is important to us.

You are invited to join the Bank of America® Advisory Panel and share what you think we are doing right — and what we need to do better.

**Enter code CADD at bankofamerica.com/AdvisoryPanel to learn more and join.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Inclusion on the Advisory Panel is subject to qualifications.



SSM-07-24-0067.B  |  6864134

EPIC SMOKEHOUSE, LLC   |   Account #          5830   |   April 1, 2025 to April 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|



| 04/29/25 | Online Banking transfer to CHK 5830 Confirmation# 1694357244 | -956.33 |

**Total withdrawals and other debits** **-$83,012.38**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|--|------|---------|--------|



| | | | | 04/29/25 | 2018* | -663.31 |

**Total checks** **-$13,036.89**
**Total # of checks** **23**

*   There is a gap in sequential check numbers

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|

continued on the next page



**Your checking account**

EPIC SMOKEHOUSE, LLC   |   Account # ■■■■■ 5801   |   April 1, 2025 to April 30, 2025

## Daily ledger balances - continued



| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
|      |             |      |            |      |             |
|      |             |      |            | 04/28 | 1,619.64 |
|      |             |      |            | 04/29 | 0.00 |

EPIC SMOKEHOUSE, LLC  |  Account #  58000 | April 1, 2025 to April 30, 2025

This page intentionally left blank



EPIC SMOKEHOUSE, LLC   |   Account #  ■■■■■■  5801   |   April 1, 2025 to April 30, 2025

## Check images

**Account number:**  ■■■■■■  5801



**BANK OF AMERICA**

EPIC SMOKEHOUSE, LLC   |   Account # ████████ 5801   |   April 1, 2025 to April 30, 2025

## Check images - continued

**Account number:** ████████ 5801

Check number: 2018   |   Amount:  $663.31

*continued on the next page*



**EPIC SMOKEHOUSE, LLC   |   Account #** ▓▓▓▓▓▓ **5801   |   April 1, 2025 to April 30, 2025**

## Check images - continued

This page intentionally left blank