UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

-----------------------------------------------------------X
In re:                                                                           :         Chapter 11 (Subchapter V)
                                                                                      :
Epic Smokehouse LLC                                                 :         No. 25-10855
                                                                                      :
          Debtor.                                                             :
                                                                                      :
-----------------------------------------------------------X

## NOTICE OF MOTION TO EXTEND TIME FOR FILING LISTS, SCHEDULES AND STATEMENTS

Notice is hereby given that the Debtor has previously filed a **MOTION TO EXTEND TIME FOR FILING LISTS, SCHEDULES AND STATEMENTS ("Motion")**. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

> • Attend the hearing scheduled to be held on **Tuesday, June 17, 2020, at 12:00 noon** in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

    Dated:    June 2, 2025.

                                                                  Respectfully submitted,

                                                                  /s/ Daniel M. Press
                                                        Daniel M. Press, VSB# 37123
                                                        CHUNG & PRESS, P.C.
                                                       6718 Whittier Avenue, Suite 200
                                                        McLean, Virginia 22101
                                                        (703) 734-3800
                                                        Counsel for Debtor

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that on this 2nd day of June, 2025, I caused the foregoing document to be served on upon all parties requesting notice by CM/ECF, and by first class mail, postage prepaid, to all other creditors and parties in interest as set forth on the attached matrix.

                                     /s/ Daniel M. Press

```
Label Matrix for local noticing          Epic Smokehouse LLC                     United States Bankruptcy Court
0422-1                                   1330 S Fern St Ste 3                    200 South Washington Street
Case 25-10855-KHK                        Arlington, VA 22202                     Alexandria, VA 22314-5405
Eastern District of Virginia
Alexandria
Mon Jun  2 13:44:59 EDT 2025

Alsco                                    American Express                        Arlington County Commissioner of the Revenue
725 S Pickett St                         PO Box 981535                           2100 Clarendon Boulevard, 2nd Floor
Alexandria, VA 22304-4603                El Paso, TX 79998-1535                  Arlington, VA 22201-5447


Carefirst                                Chase                                   ChillCraft/EMR
840  First St NE                         PO Box 15298                            2600 Cabover Dr
Washington, DC 20065-0002                Wilmington, DE 19850-5298               Hanover, MD 21076-1704


Cintas                                   Comcast                                 Ecolab
PO Box 630803                            1701 JFK Boulevard                      7373 KIRKWOOD COURT SUITE 200
Cincinnati, OH 45263-0803                Philadelphia, PA 19103-2899             Osseo, MN 55369-5264


Eddie Choi                               Extensive Tech                          Food Prep
829A Utterback Store Rd                  514 Crain Hwy N                         80 LARGO DRIVE
Great Falls, VA 22066-1506               Glen Burnie, MD 21061-3063              Stamford, CT 06907-2334


Gold Crust                               Hartford                                Holland & Knight
6200 Columbia Park Rd                    One Hartford Plaza                      3585 Atlanta Ave
Hyattsville, MD 20785-3216               Hartford, CT 06155-0001                 Atlanta, GA 30354-1705


Intec                                    Jared Imhoff CPA                        Jeffrey S. Romanick
1800 M STREET, NW Ste 9                  6803 Whittier Avenue, Suite 200         Gross, Romanick, Dean & DeSimone, P.C.
Washington, DC 20036-5802                McLean, VA 22101-4546                   3975 University Drive, Suite 410
                                                                                 Fairfax, VA 22030-2520


Joon Yang                                KMG Hauling                             Keany Produce
1330 S Fern St #3                        P.O.BOX 650821                          3310 75th Ave
Arlington, VA 22202                      Sterling, VA 20165-0821                 Hyattsville, MD 20785-1501


Mahoneys                                 Millennium Owner LLC                    Nationwide
37458 EAGLE WAY                          140 Q St NE Ste 140B                    10507-D Braddock Road
Chicago, IL 60678-0374                   c/o UIP Property Management, Inc        Fairfax, VA 22032-2240
                                         Washington, DC 20002-2101


Office of the US Attorney                ProFish                                 Resy
2100 Jamieson Ave                        1900 Fenwick St NE                      222 Broadway 17th Floor
Alexandria, VA 22314-5794                Washington, DC 20002-1712               New York, NY 10038-2569
```

| | | |
|---|---|---|
| Rick Hardy<br>1709 Smugglers Run<br>Annapolis<br>MD 21401-6460 | Roberts Oxygen<br>2929 ESKRIDGE ROAD #A<br>Fairfax, VA 22031-2213 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 |
| Sysco<br>8000 Dorsey Run Rd<br>Jessup, MD 20794-9482 | Trimark<br>P.O.BOX 845396<br>Boston, MA 02284-5396 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |
| Va Dept of Taxation<br>PO Box 1115<br>Richmond, VA 23218-1115 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 |
| Joon Won Yang<br>1330 S. Fern St.<br>Arlington, VA 22202 | Lawrence Allen Katz<br>Hirschler Fleischer<br>1676 International Drive<br>Suite 1350<br>Tysons, VA 22102-4940 | Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     0
Total                  41