**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

-----------------------------------------------------------X
In re:                                                                   :    Chapter 11 (Subchapter V)
                                                                              :
Epic Smokehouse LLC                                         :    No. 25-10855
                                                                              :
                       Debtor.                                         :
                                                                              :
-----------------------------------------------------------X

## DEBTOR'S STATUS CONFERENCE REPORT

COMES NOW Epic Smokehouse LLC, Debtor-in-Possession, through counsel, and submits this report pursuant to 11 U.S.C. § 1188(c).

At this early stage in the case, the Debtor has been in discussions with creditor(s) (including counsel for the landlord, the matter that prompted this filing), but has yet to engage in any extensive discussions about a consensual plan. The Debtor intends to follow up on those discussions with an eye towards seeking a consensual resolution where possible.

While not committed to any particular course of action and not intending to bind itself to any approach, Debtor anticipates that it will, through a combination of equity investment, repayment of debt owed to the debtor, settlement/payment of avoidance claims, and from operations, generate sufficient funds to cure the lease arrears and assume the lease. The arrears on the SBA secured claim will likely be cured and that claim paid per its terms. Priority and general unsecured claims will be paid in full or in part from operations and as described above.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

Dated: June 10, 2025.

           Respectfully submitted,

            /s/ Daniel M. Press
           Daniel M. Press, VSB# 37123
           CHUNG & PRESS, P.C.
           6718 Whittier Avenue, Suite 200
           McLean, Virginia 22101
           (703) 734-3800
           Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of June, 2025, I caused the foregoing Document to be served by CM/ECF on the U.S. Trustee, the Subchapter V Trustee, and all persons requesting such notice, and by first class mail, postage prepaid, on all other parties on the attached matrix.

           /s/ Daniel M. Press
           Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 25-10855-KHK<br>Eastern District of Virginia<br>Alexandria<br>Tue Jun 10 19:17:17 EDT 2025 | Epic Smokehouse LLC<br>1330 S Fern St Ste 3<br>Arlington, VA 22202 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 |
| Alsco<br>725 S Pickett St<br>Alexandria, VA 22304-4603 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Arlington County Commissioner of the Revenue<br>2100 Clarendon Boulevard, 2nd Floor<br>Arlington, VA 22201-5447 | Carefirst<br>840  First St NE<br>Washington, DC 20065-0002 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| ChillCraft/EMR<br>2600 Cabover Dr<br>Hanover, MD 21076-1704 | Cintas<br>PO Box 630803<br>Cincinnati, OH 45263-0803 | Comcast<br>1701 JFK Boulevard<br>Philadelphia, PA 19103-2899 |
| Commonwealth of Virginia Department of Taxat<br>Department of Taxation<br>PO BOX 2156<br>Richmond, VA 23218-2156 | Ecolab<br>7373 KIRKWOOD COURT SUITE 200<br>Osseo, MN 55369-5264 | Eddie Choi<br>829A Utterback Store Rd<br>Great Falls, VA 22066-1506 |
| Extensive Tech<br>514 Crain Hwy N<br>Glen Burnie, MD 21061-3063 | Food Prep<br>80 LARGO DRIVE<br>Stamford, CT 06907-2334 | Gold Crust<br>6200 Columbia Park Rd<br>Hyattsville, MD 20785-3216 |
| Hartford<br>One Hartford Plaza<br>Hartford, CT 06155-0001 | Holland & Knight<br>3585 Atlanta Ave<br>Atlanta, GA 30354-1705 | Intec<br>1800 M STREET, NW Ste 9<br>Washington, DC 20036-5802 |
| Jared Imhoff CPA<br>6803 Whittier Avenue, Suite 200<br>McLean, VA 22101-4546 | Jeffrey S. Romanick<br>Gross, Romanick, Dean & DeSimone, P.C.<br>3975 University Drive, Suite 410<br>Fairfax, VA 22030-2520 | Joon Yang<br>1330 S Fern St #3<br>Arlington, VA 22202 |
| KMG Hauling<br>P.O.BOX 650821<br>Sterling, VA 20165-0821 | Keany Produce<br>3310 75th Ave<br>Hyattsville, MD 20785-1501 | Mahoneys<br>37458 EAGLE WAY<br>Chicago, IL 60678-0374 |
| Millennium Owner LLC<br>140 Q St NE Ste 140B<br>c/o UIP Property Management, Inc<br>Washington, DC 20002-2101 | Nationwide<br>10507-D Braddock Road<br>Fairfax, VA 22032-2240 | Oceanpro Industries, Ltd T/A Profish, Ltd<br>1900 Fenwick St NE<br>Washington, DC 20002-1712 |

| | | |
|---|---|---|
| Office of the US Attorney<br>2100 Jamieson Ave<br>Alexandria, VA 22314-5794 | ProFish<br>1900 Fenwick St NE<br>Washington, DC 20002-1712 | Resy<br>222 Broadway 17th Floor<br>New York, NY 10038-2569 |
| Rick Hardy<br>1709 Smugglers Run<br>Annapolis<br>MD 21401-6460 | Roberts Oxygen<br>2929 ESKRIDGE ROAD #A<br>Fairfax, VA 22031-2213 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 |
| Sysco<br>8000 Dorsey Run Rd<br>Jessup, MD 20794-9482 | Trimark<br>P.O.BOX 845396<br>Boston, MA 02284-5396 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |
| Va Dept of Taxation<br>PO Box 1115<br>Richmond, VA 23218-1115 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 |
| Joon Won Yang<br>1330 S. Fern St.<br>Arlington, VA 22202 | Lawrence Allen Katz<br>Hirschler Fleischer<br>1676 International Drive<br>Suite 1350<br>Tysons, VA 22102-4940 | Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     0
Total                  44