UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
------------------------------------------------------------X
In re:                                            :        Chapter 11 (Subchapter V)
                                                  :
Epic Smokehouse LLC                               :        No. 25-10855
                                                  :
        Debtor.                                   :
                                                  :
------------------------------------------------------------X
```

### ORDER GRANTING MOTION TO EXTEND TIME FOR FILING LISTS, SCHEDULES AND STATEMENTS

UPON CONSIDERATION of Debtor's Motion To Extend Time for Filing Lists, Schedules and Statements, proper notice having been given and no objections having been filed, it is hereby

ORDERED that the Motion is granted and the time for filing Debtor's Lists, Schedules and Statements is hereby extended to May 22, 2025.   The Order to Show Cause is hereby vacated.


Dated: Jun 23 2025

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Jun 24 2025


I ASK FOR THIS:


 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

SEEN AND NO OBJECTION:

  /s/ Jack Frankel
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7176

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

　　　　　　　　　　　　　　　　　　　  /s/Daniel M. Press
　　　　　　　　　　　　　　　　　　　Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee

2