# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria DIVISION

TO: Epic Smokehouse LLC
Daniel M. Press
6718 Whittier Ave., Suite 200
McLean, VA 22101

FROM: CLERK, U.S. BANKRUPTCY COURT

IN RE: **Epic Smokehouse LLC**

CHAPTER 11

CASE NO.: **25-10855-KHK**

The following has been docketed:

☐ Notice Fixing Time for Hearing on Disclosure Statement

☐ Order Approving Disclosure Statement and Fixing Hearing on Confirmation and Times for Filing Objections to Confirmation and Acceptances or Rejections of Plan

☐ Order Conditionally Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Time for Filing Objections to the Disclosure Statement and to the Confirmation of the Plan, and Fixing Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan

☑ Order Fixing Hearing on Confirmation and Times for Filing Objections to Confirmation and Acceptances and Rejections of Plan

Notice of the above hearing is to be prepared and mailed by you on or before **August 5, 2025**. The notice may be obtained from the court's web site at www.vaeb.uscourts.gov. A list of creditors, in electronically filed cases, may be obtained through the ECF system. In non-electronically filed cases, a list of creditors may be obtained by contacting the copy service in your division.

The original notice with proof of service shall be filed with the Clerk. <u>FAILURE TO TIMELY COMPLY WITH THE NOTICING/FILING INSTRUCTIONS SET FORTH IN THE ENCLOSED NOTICE/ORDER WILL RESULT IN THE HEARING BEING STRICKEN FROM THE DOCKET WITHOUT FURTHER NOTICE.</u>

If you have any questions relative to the above, please contact the undersigned.

CLERK, UNITED STATES BANKRUPTCY COURT

Date: July 30, 2025        By: /s/ N. Bullock
                               Deputy Clerk

[ver. NN-memodspl 02/20]