# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| In Re: | Case No. **25-10855-KHK** |
| **Epic Smokehouse LLC**<br>Debtor. | Chapter 11 |

### Motion For Entry of Consent Order Conditioning
### Rights of Debtor(s) in Possession

  The United States Trustee for the Eastern District of Virginia and the debtor(s) herein, by counsel, move this Court for the entry of the attached Consent Order Conditioning Rights of Debtor(s) in Possession on the grounds that:

  1. An order for relief under Chapter 11 of Title 11, United States Code, has been entered in this matter, and

  2. Entry of this Order will aid in the administration of this case.

              MATTHEW W. CHENEY,
              Acting United States Trustee for
              Region Four

              /s/ Jack Frankel
              By: Jack Frankel
              Trial Attorney
              Office of the United States Trustee
              1725 Duke Street, Suite 650
              Alexandria, VA 22314
              (703) 557-7176

              /s/ Daniel Press (with permission)
              Daniel Press, Esq.
              Counsel for the Debtor(s) In Possession