# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re  Epic Smokehouse LLC                                    Case No.  25-10855

                    Debtor(s)*                          CHAPTER 11 (Subchapter V)

Last four digits of Social-Security (SSN) No(s).: _____
Last four digits of Individual Taxpayer-Identification (ITIN) No(s).: _____
Employer Tax-Identification (EIN) No(s).: 45-3932545

**NOTICE OF HEARING ON CONFIRMATION, AND NOTICE OF TIMES FIXED
FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN
<u>AND OBJECTIONS TO CONFIRMATION</u>**

TO:   Debtor(s), creditors, equity security holders, creditors committee(s), Securities and Exchange Commission, United States Trustee, trustee, and other parties in interest

NOTICE IS HEREBY GIVEN THAT:

1. On 7/30/2025, the court entered an Order Fixing Hearing on Confirmation and Times for Filing Objections to Confirmation and Acceptances and Rejections of Plan in connection with a Plan of Reorganization filed by Debtor.

2. There are transmitted herewith:

   a. A copy of the Plan of Reorganization and amendment thereto, *if applicable*;
   b. Said Order of the Court; and
   c. Appropriate forms for the acceptance or rejection of said Plan.

3. By the said Order of the Court, 9/2/25, is fixed as the last day for filing written acceptances or rejections of the Plan.

4. Any objection to confirmation of the Plan and any complaint objecting to the discharge of the individual debtor, if applicable, shall be filed with the Clerk of the United States Bankruptcy Court, 200 S. Washington St, Alexandria, VA 22314 no later than **7 days** prior to the date fixed for hearing on confirmation of the Plan, and shall be served pursuant to Federal Rules of Bankruptcy Procedure 3020(b)(1) and Interim Procedure 3016-1(F).

5. The hearing on confirmation of the Plan and of such objections as may be made thereto will be held on 9/9/25, at 12:00 P.M. in *** U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA 22314.

Date:  8/5/25                                    Epic Smokehouse LLC
                                                     Proponent

                                                By  /s/ Daniel M. Press
                                                     Attorney for Proponent
                                                State Bar Number:  37123
                                                Address:  6718 Whittier Ave. #200
                                                          McLean VA 22101
                                                Telephone No. 703-734-3800

### PROOF OF SERVICE

I hereby certify that on 8/5/2025, I mailed a copy of the foregoing notice to the debtor(s), creditors, equity security holders, creditors committee(s), United States Trustee, trustee, if any, Securities and Exchange Commission and other parties in interest.

*Include Last Four Digits of Social Security
  or Full Tax Identification Number                /s/ Daniel M. Press
                                                     Attorney for Proponent

[nfhg11Vnds ver. 12/24]

*** It is expected that the Court will enter an order rescheduling the confirmation hearing for 9/15/25 at 11:00 am