**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

```
-------------------------------------------------------------X
In re:                                              :        Chapter 11 (Subchapter V)
                                                    :
Epic Smokehouse LLC                                 :        No. 25-10855
                                                    :
              Debtor.                               :
                                                    :
-------------------------------------------------------------X
```

### CERTIFICATE OF SERVICE

      This is to certify that on this 5th day of August, 2025, I caused to be served on all creditors and parties in interest, to the addresses on the attached matrix or as set forth below, by first class mail, postage prepaid (or by CM/ECF on the Subchapter V Trustee and the US Trustee) the ORDER FIXING HEARING ON CONFIRMATION AND TIMES FOR FILING OBJECTIONS TO CONFIRMATION AND ACCEPTANCES OR REJECTIONS OF PLAN; the NOTICE OF HEARING ON CONFIRMATION, AND NOTICE OF TIMES FIXED FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN AND OBJECTIONS TO CONFIRMATION; the Plan dated July 28, 2025, and a Class 3A ballot where applicable.

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

```
Label Matrix for local noticing            American Express National Bank              Epic Smokehouse LLC
0422-1                                     c/o Becket and Lee LLP                      1330 S Fern St Ste 3
Case 25-10855-KHK                          PO Box 3001                                 Arlington, VA 22202
Eastern District of Virginia               Malvern, PA 19355-0701
Alexandria
Tue Aug  5 18:42:42 EDT 2025

United States Bankruptcy Court             Alsco                                       American Express
200 South Washington Street                725 S Pickett St                            PO Box 981535
Alexandria, VA 22314-5405                  Alexandria, VA 22304-4603                   El Paso, TX 79998-1535


Arlington County Commissioner of the Revenue   Arlington County Treasurer's Office    Carefirst
2100 Clarendon Boulevard, 2nd Floor        2100 Clarendon Boulevard                    840  First St NE
Arlington, VA 22201-5447                   Suite 217                                   Washington, DC 20065-0002
                                           Arlington, VA 22201-5447


Chase                                      ChillCraft/EMR                              Cintas
PO Box 15298                               2600 Cabover Dr                             PO Box 630803
Wilmington, DE 19850-5298                  Hanover, MD 21076-1704                      Cincinnati, OH 45263-0803


Comcast                                    Commonwealth of Virginia Department of Taxat   Ecolab
1701 JFK Boulevard                         Department of Taxation                      7373 KIRKWOOD COURT SUITE 200
Philadelphia, PA 19103-2899                PO BOX 2156                                 Osseo, MN 55369-5264
                                           Richmond, VA 23218-2156


Eddie Choi                                 Extensive Tech                              Food Prep
829A Utterback Store Rd                    514 Crain Hwy N                             80 LARGO DRIVE
Great Falls, VA 22066-1506                 Glen Burnie, MD 21061-3063                  Stamford, CT 06907-2334


Gold Crust                                 Hartford                                    Holland & Knight
6200 Columbia Park Rd                      One Hartford Plaza                          3585 Atlanta Ave
Hyattsville, MD 20785-3216                 Hartford, CT 06155-0001                     Atlanta, GA 30354-1705


Intec                                      JPMorgan Chase Bank, N.A.                   Jared Imhoff CPA
1800 M STREET, NW Ste 9                    s/b/m/t Chase Bank USA, N.A.                6803 Whittier Avenue, Suite 200
Washington, DC 20036-5802                  Robertson, Anschutz, Schneid,               McLean, VA 22101-4546
                                           Crane & Partners, PLLC
                                           6409 Congress Avenue, Suite 100
                                           Boca Raton, FL 33487-2853

Jeffrey S. Romanick                        Joon Yang                                   KMG Hauling
Gross, Romanick, Dean & DeSimone, P.C.     1330 S Fern St #3                           P.O.BOX 650821
3975 University Drive, Suite 410           Arlington, VA 22202                         Sterling, VA 20165-0821
Fairfax, VA 22030-2520


Keany Produce                              Mahoneys                                    Millennium Owner LLC
3310 75th Ave                              37458 EAGLE WAY                             140 Q St NE Ste 140B
Hyattsville, MD 20785-1501                 Chicago, IL 60678-0374                      c/o UIP Property Management, Inc
                                                                                       Washington, DC 20002-2101
```

| | | |
|---|---|---|
| Nationwide<br>10507-D Braddock Road<br>Fairfax, VA 22032-2240 | Oceanpro Industries, Ltd T/A Profish, Ltd<br>1900 Fenwick St NE<br>Washington, DC 20002-1712 | Office of the US Attorney<br>2100 Jamieson Ave<br>Alexandria, VA 22314-5794 |
| ProFish<br>1900 Fenwick St NE<br>Washington, DC 20002-1712 | Resy<br>222 Broadway 17th Floor<br>New York, NY 10038-2569 | Rick Hardy<br>1709 Smugglers Run<br>Annapolis<br>MD 21401-6460 |
| Roberts Oxygen<br>2929 ESKRIDGE ROAD #A<br>Fairfax, VA 22031-2213 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 | Sysco<br>8000 Dorsey Run Rd<br>Jessup, MD 20794-9482 |
| Sysco Baltimore<br>Sysco Corp. - Attention Mark Kane<br>1930 Enclave Pkwy<br>Houston, TX 77077 | Trimark<br>P.O.BOX 845396<br>Boston, MA 02284-5396 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |
| Va Dept of Taxation<br>PO Box 1115<br>Richmond, VA 23218-1115 | Washington Gas<br>6801 Industrial Rd 117B<br>Springfield, VA 22151-4205 | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 |
| Joon Won Yang<br>1330 S. Fern St.<br>Arlington, VA 22202 | Lawrence Allen Katz<br>Hirschler Fleischer<br>1676 International Drive<br>Suite 1350<br>Tysons, VA 22102-4940 | Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     1<br>Total                  48 |