# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 (Subchapter V) |
| | : | |
| Epic Smokehouse LLC | : | No. 25-10855 |
| | : | |
| Debtor. | : | |
| | : | |

-------------------------------------------------------------X

### ORDER RESCHEDULING CONFIRMATION HEARING

IT IS HEREBY ORDERED that the hearing on confirmation of Debtor's Plan is rescheduled from September 9 to September 15, 2025, at 11:00 a.m.

Dated: Aug 6 2025

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Aug 7 2025

WE ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

/s/ Lawrence A. Katz
Lawrence A. Katz, Subchapter V Trustee
Hirschler
1676 International Dr., Ste 1350
Tysons VA 22102
(703) 584-8900

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

2

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

    /s/Daniel M. Press
Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee
Subchapter V Trustee