# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**In re   Epic Smokehouse LLC**                                **Case No.   25-10855**

<b>Debtor(s)*</b>          <b>CHAPTER 11 (Subchapter V)</b>

Last four digits of Social-Security (SSN) No(s).: _____
Last four digits of Individual Taxpayer-Identification (ITIN) No(s).: _____
Employer Tax-Identification (EIN) No(s).: 45-3932545

## AMENDED NOTICE OF HEARING ON CONFIRMATION, AND NOTICE OF TIMES FIXED FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN AND OBJECTIONS TO CONFIRMATION

TO:      Debtor(s), creditors, equity security holders, creditors committee(s), Securities and Exchange Commission, United States Trustee, trustee, and other parties in interest

NOTICE IS HEREBY GIVEN THAT:

1.       On_____7/30/2025_____, the court entered an Order Fixing Hearing on Confirmation and Times for Filing Objections to Confirmation and Acceptances and Rejections of Plan in connection with a Plan of Reorganization filed by _____Debtor_____.  The attached Order Rescheduling Confirmation Hearing was entered on August 7, 2025.

2.       Debtor previously served:

     a.   A copy of the Plan of Reorganization and amendment thereto, *if applicable*;
     b.   Said Order of the Court; and
     c.   Appropriate forms for the acceptance or rejection of said Plan.

3.       By the said Order of the Court, _____9/2/25_____, is fixed as the last day for filing written acceptances or rejections of the Plan.

4.       Any objection to confirmation of the Plan and any complaint objecting to the discharge of the individual debtor, if applicable, shall be filed with the Clerk of the United States Bankruptcy Court, _200 S. Washington St, Alexandria, VA_ 22314 no later than **7 days** prior to the date fixed for hearing on confirmation of the Plan, and shall be served pursuant to Federal Rules of Bankruptcy Procedure 3020(b)(1) and Interim Procedure 3016-1(F).

5.       The hearing on confirmation of the Plan and of such objections as may be made thereto will be held on _____9/15/25_____, at _____11:00_____A.M._____ in, U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA 22314 _____.

Date:  _8/7/25_____                     Epic Smokehouse LLC_____
                                                                                    Proponent

                                                           By  /s/ Daniel M. Press_____

                                                           Attorney for Proponent

                                                           State Bar Number:   37123
                                                           Address:        6718 Whittier Ave. #200
                                                                             McLean VA 22101
                                                           Telephone No.  703-734-3800

### PROOF OF SERVICE

I hereby certify that on _____8/7/2025_____ , I mailed a copy of the foregoing notice to the debtor(s), creditors, equity security holders, creditors committee(s), United States Trustee, trustee, if any, Securities and Exchange Commission and other parties in interest.

**\*Include Last Four Digits of Social Security**
 **or Full Tax Identification Number**          /s/ Daniel M. Press_____
                                                                    Attorney for Proponent

[nfhg11Vnds ver. 12/24]

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

```
-------------------------------------------------------------X
In re:                                    :        Chapter 11 (Subchapter V)
                                          :
Epic Smokehouse LLC                       :        No. 25-10855
                                          :
        Debtor.                           :
                                          :
-------------------------------------------------------------X
```

### ORDER RESCHEDULING CONFIRMATION HEARING

IT IS HEREBY ORDERED that the hearing on confirmation of Debtor's Plan is rescheduled from September 9 to September 15, 2025, at 11:00 a.m.

Dated: __Aug 6 2025__          /s/ Klinette H Kindred
                               Judge, U.S. Bankruptcy Court

Entered on Docket: __Aug 7 2025__

WE ASK FOR THIS:

  /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

/s/ Lawrence A. Katz
Lawrence A. Katz, Subchapter V Trustee
Hirschler
1676 International Dr., Ste 1350
Tysons VA 22102
(703) 584-8900

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to
Local Rule 9022-1(C).

　　　　　　　　　　　　　　/s/Daniel M. Press
　　　　　　　　　　　　　　Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee
Subchapter V Trustee