**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

```
-------------------------------------------------------------X
In re:                                    :      Chapter 11 (Subchapter V)
                                          :
Epic Smokehouse LLC                       :      No. 25-10855
                                          :
             Debtor.                      :
                                          :
-------------------------------------------------------------X
```

**NOTICE OF DEBTOR'S MOTION TO APPROVE ASSUMPTION OF  LEASE**

Notice is hereby given that the Debtor has previously filed a **MOTION TO APPROVE ASSUMPTION OF  LEASE ("Motion")**. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

> •On or before **September 16, 2025**, file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(G). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date specified. You must also provide a copy to the persons listed below so that these persons receive your response on or before the date specified.

> • Provide a copy of any written response to counsel for the Debtor at:

> Daniel M. Press
> Chung & Press, P.C.
> 6718 Whittier Ave., Suite 200
> McLean, VA 22101

> • Attend the hearing scheduled to be held on **Tuesday, October 14, 2025, at 12:00 noon** in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

      Dated:    August 26, 2025.

<div style="margin-left:40%;">

Respectfully submitted,

  /s/ Daniel M. Press_____
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

</div>

<div style="text-align:center;">

CERTIFICATE OF SERVICE

</div>

This is to certify that on this 26th day of August, 2025, I caused the foregoing document to be served on upon all creditors receiving such notices, the Office of the U.S. Trustee, the Subchapter V Trustee, and counsel for the Landlord, and upon the Landlord at:

Millennium Owner LLC
Corporation Service Company, Reg. Agt.
100 Shockoe Slip Fl 2
Richmond, VA, 23219 - 4100

<div style="margin-left:40%;">

 /s/ Daniel M. Press_____

</div>