# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION
## CHAPTER 11 CONFIRMATION HEARING - TALLY OF BALLOTS

IN RE:  Epic Smokehouse LLC (Debtor)                                   Case No. 25-10855-KHK

Confirmation Hearing: 9/15/25 11:00 a.m.

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of Claims Voting | # Accept-ing | % Accept-ing | $ Value of Accept-ances | % of Value accept-ing | # Reject-ing | % Reject-ing | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is unim-paired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1: Non-tax priority | - | - | - | - | - | - | - | - | - | - | Yes (no claims) |
| 2A: SBA Secured | - | - | - | - | - | - | - | - | - | - | Yes |
| 2B: Arlington Tax Secured | - | - | - | - | - | - | - | - | - | - | Yes |
| 3A: General Unsecured | 2 | $39,289.57 | 2 | 100% | $39,289.57 | 100% | 0 | 0 | 0 | 0 | |
| 3B: Small claims | - | - | - | - | - | - | - | - | - | - | Yes |

I hereby certify that this ballot summary sets forth an accurate and complete tabulation of all ballots received by the debtor as to rejection and acceptance of the Plan, by class of creditors and interests with number and total amount of claims or interests in each category.

Dated: 9/12/2025                                                                                  /s/ Daniel M. Press
                                                                                                  Counsel for Debtor