UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
-----------------------------------------------------------X
In re:                                          :    Chapter 11 (Subchapter V)
                                                :
Epic Smokehouse LLC                             :    No. 25-10855
                                                :
         Debtor.                                :
                                                :
-----------------------------------------------------------X
```

## ORDER CONFIRMING PLAN

The plan under chapter 11 of the Bankruptcy Code filed by Epic Smokehouse LLC, Debtor, on July 28, 2025 (Docket #37) having been transmitted to creditors, and upon consideration of the evidence and arguments presented to the Court at a hearing held on September 15, 2025, and upon due deliberation,

IT IS HEREBY FOUND THAT:

A. The Debtor properly served the Plan, an applicable ballot, the Order Setting Plan Deadline and Confirmation Hearing and Notice of Hearing on Confirmation of the Plan on all creditors and other parties in interest consistent with the requirements of the Bankruptcy Code and the Bankruptcy Rules;

B. Notice of the hearing on confirmation of the Plan was proper and no further notice is required.

C. All parties in interest have had the opportunity to object to the relief granted by this Order.

D. The requirements for confirmation set forth in 11 U.S.C. § 1191(a) have been satisfied.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. To the extent that any objections have not been withdrawn or resolved by stipulation prior to the entry of this Order or are not resolved by the relief granted herein or as stated on the record of the hearing, all such objections are hereby OVERRULED.

2. The DEBTOR'S CHAPTER 11 PLAN Dated July 28, 2025 (Docket #37) is CONFIRMED pursuant to 11 U.S.C. § 1191(a), as modified herein.

3. The Debtor is authorized and empowered to issue, execute and deliver such documents and instruments and to take such action as may be necessary to implement the Plan and the actions authorized by this Order.

4. The Court finds that the modifications to the plan contained in this Order and set forth below do not adversely change the treatment of the claim of any creditor who has not accepted the modifications in writing, and in consideration for the modifications and the notice previously given of the confirmation hearing, no notice of the modifications is necessary.

    A. 6.01(a) is amended to read "Cure to be made over 3 quarters from the Effective Date and paid monthly pursuant to the First Amendment to Lease attached to Debtor's Amended Motion to Approve Assumption of Lease (Docket #54)."

2

5.      Notwithstanding anything to the contrary, this Court retains jurisdiction in this bankruptcy case in accordance with the provisions set forth in Exhibit G of the Plan.

Dated: Sep 16 2025            /s/ Klinette H Kindred
                                          Judge, U.S. Bankruptcy Court

Entered on Docket: Sep 17 2025

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND NO OBJECTION:

/s/ Jack Frankel
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7176

SEEN AND AGREED:

/s/ Lawrence A. Katz
Lawrence A. Katz, Subchapter V Trustee
Hirschler
1676 International Dr., Ste 1350
Tysons VA 22102
(703) 584-8900

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

   /s/Daniel M. Press
Daniel M. Press

Copies to:

Counsel for Debtor
U.S. Trustee
All Creditors and parties in interest