**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   25−10855−KHK

**In re:**                                                     **Chapter**   11

Epic Smokehouse LLC
 1330 S Fern St Ste 3
Arlington, VA 22202

**SSN:**  NA              **EIN:**  45−3932545

## NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

Notice is hereby given of the entry of an order of this court on September 17, 2025, confirming the Plan of Reorganization filed by Epic Smokehouse LLC.

If individual debtor(s); Section §1141(d) of Title 11 of the United States Code sets forth the effect of confirmation of the plan as it relates to the debtor(s)' discharge.

The original order is on file in the Clerk's Office.

Dated:  September 17, 2025                     For the Court,

                                               Charri S Stewart, Clerk
(VAN−014)                                      United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-10855-KHK |
| Epic Smokehouse LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 3 |
| Date Rcvd: Sep 17, 2025 | Form ID: VAN014 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Epic Smokehouse LLC, 1330 S Fern St Ste 3, Arlington, VA 22202 |
| desig | | Joon Won Yang, 1330 S. Fern St., Arlington, VA 22202 |
| 16703591 | + | Alsco, 725 S Pickett St, Alexandria, VA 22304-4603 |
| 16703593 | + | Arlington County Commissioner of the Revenue, 2100 Clarendon Boulevard, 2nd Floor, Arlington, VA 22201-5447 |
| 16747425 | + | Arlington County Treasurer's Office, 2100 Clarendon Boulevard, Suite 217, Arlington, VA 22201-5447 |
| 16703594 | + | Carefirst, 840 First St NE, Washington, DC 20065-0002 |
| 16703596 | + | ChillCraft/EMR, 2600 Cabover Dr, Hanover, MD 21076-1704 |
| 16703599 | + | Ecolab, 7373 KIRKWOOD COURT SUITE 200, Osseo, MN 55369-5264 |
| 16703600 | + | Eddie Choi, 829A Utterback Store Rd, Great Falls, VA 22066-1506 |
| 16703601 | + | Extensive Tech, 514 Crain Hwy N, Glen Burnie, MD 21061-3063 |
| 16703602 | + | Food Prep, 80 LARGO DRIVE, Stamford, CT 06907-2334 |
| 16703603 | + | Gold Crust, 6200 Columbia Park Rd, Hyattsville, MD 20785-3216 |
| 16703604 | + | Hartford, One Hartford Plaza, Hartford, CT 06155-0001 |
| 16703605 | + | Holland & Knight, 3585 Atlanta Ave, Atlanta, GA 30354-1705 |
| 16703606 | + | Intec, 1800 M STREET, NW Ste 9, Washington, DC 20036-5802 |
| 16703607 | + | Jared Imhoff CPA, 6803 Whittier Avenue, Suite 200, McLean, VA 22101-4546 |
| 16703608 | + | Jeffrey S. Romanick, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 16703609 | | Joon Yang, 1330 S Fern St #3, Arlington, VA 22202 |
| 16703611 | + | KMG Hauling, P.O.BOX 650821, Sterling, VA 20165-0821 |
| 16703610 | + | Keany Produce, 3310 75th Ave, Hyattsville, MD 20785-1501 |
| 16703612 | + | Mahoneys, 37458 EAGLE WAY, Chicago, IL 60678-0374 |
| 16703613 | + | Millennium Owner LLC, 140 Q St NE Ste 140B, c/o UIP Property Management, Inc, Washington, DC 20002-2101 |
| 16703614 | + | Nationwide, 10507-D Braddock Road, Fairfax, VA 22032-2240 |
| 16703617 | + | Resy, 222 Broadway 17th Floor, New York, NY 10038-2569 |
| 16703618 | + | Rick Hardy, 1709 Smugglers Run, Annapolis, MD 21401-6460 |
| 16703619 | + | Roberts Oxygen, 2929 ESKRIDGE ROAD #A, Fairfax, VA 22031-2213 |
| 16703621 | + | Sysco, 8000 Dorsey Run Rd, Jessup, MD 20794-9482 |
| 16776595 | | Sysco Baltimore, Sysco Corp. - Attention Mark Kane, 1930 Enclave Pkwy, Houston, TX 77077 |
| 16703622 | + | Trimark, P.O.BOX 845396, Boston, MA 02284-5396 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16703592 | + | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 01:00:34 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 16736593 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 00:59:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16703595 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 18 2025 01:00:07 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16703597 | + | Email/Text: stephen.malkiewicz@cintas.com | Sep 18 2025 00:50:00 | Cintas, PO Box 630803, Cincinnati, OH 45263-0803 |
| 16703598 | + | Email/Text: documentfiling@lciinc.com | Sep 18 2025 00:49:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |

| District/off: 0422-9 | User: Nathaniel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: VAN014 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 16734988 | + Email/Text: va_tax_bk@harriscollect.com | Sep 18 2025 00:51:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 | |
| 16751835 | + Email/Text: RASEBN@raslg.com | Sep 18 2025 00:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 | |
| 16736531 | + Email/Text: rlewis@oceanpro.com | Sep 18 2025 00:50:00 | Oceanpro Industries, Ltd T/A Profish, Ltd, 1900 Fenwick St NE, Washington, DC 20002-1712 | |
| 16703615 | + Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Sep 18 2025 00:50:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 | |
| 16703616 | + Email/Text: rlewis@oceanpro.com | Sep 18 2025 00:50:00 | ProFish, 1900 Fenwick St NE, Washington, DC 20002-1712 | |
| 16703620 | + Email/Text: bankruptcynotices@sba.gov | Sep 18 2025 00:50:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 | |
| 16704616 | Email/Text: atlreorg@sec.gov | Sep 18 2025 00:50:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 | |
| 16703623 | + Email/Text: va_tax_bk@harriscollect.com | Sep 18 2025 00:51:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 | |
| 16703624 | + Email/Text: Bankruptcy@washgas.com | Sep 18 2025 00:50:00 | Washington Gas, 6801 Industrial Rd 117B, Springfield, VA 22151-4205 | |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 16736599 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16766448 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025          Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Epic Smokehouse LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |

District/off: 0422-9 | User: Nathaniel | Page 3 of 3
Date Rcvd: Sep 17, 2025 | Form ID: VAN014 | Total Noticed: 43

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lawrence Allen Katz
    lkatz@hirschlerlaw.com chall@hirschlerlaw.com

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

TOTAL: 4