UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
-----------------------------------------------------------X
In re:                                          :    Chapter 11 (Subchapter V)
                                                :
Epic Smokehouse LLC                             :    No. 25-10855
                                                :
               Debtor.                          :
                                                :
-----------------------------------------------------------X
```

## ORDER CONFIRMING PLAN

The plan under chapter 11 of the Bankruptcy Code filed by Epic Smokehouse LLC, Debtor, on July 28, 2025 (Docket #37) having been transmitted to creditors, and upon consideration of the evidence and arguments presented to the Court at a hearing held on September 15, 2025, and upon due deliberation,

IT IS HEREBY FOUND THAT:

    A. The Debtor properly served the Plan, an applicable ballot, the Order Setting Plan Deadline and Confirmation Hearing and Notice of Hearing on Confirmation of the Plan on all creditors and other parties in interest consistent with the requirements of the Bankruptcy Code and the Bankruptcy Rules;

    B. Notice of the hearing on confirmation of the Plan was proper and no further notice is required.

    C. All parties in interest have had the opportunity to object to the relief granted by this Order.

    D. The requirements for confirmation set forth in 11 U.S.C. § 1191(a) have been satisfied.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. To the extent that any objections have not been withdrawn or resolved by stipulation prior to the entry of this Order or are not resolved by the relief granted herein or as stated on the record of the hearing, all such objections are hereby OVERRULED.

2. The DEBTOR'S CHAPTER 11 PLAN Dated July 28, 2025 (Docket #37) is CONFIRMED pursuant to 11 U.S.C. § 1191(a), as modified herein.

3. The Debtor is authorized and empowered to issue, execute and deliver such documents and instruments and to take such action as may be necessary to implement the Plan and the actions authorized by this Order.

4. The Court finds that the modifications to the plan contained in this Order and set forth below do not adversely change the treatment of the claim of any creditor who has not accepted the modifications in writing, and in consideration for the modifications and the notice previously given of the confirmation hearing, no notice of the modifications is necessary.

    A. 6.01(a) is amended to read "Cure to be made over 3 quarters from the Effective Date and paid monthly pursuant to the First Amendment to Lease attached to Debtor's Amended Motion to Approve Assumption of Lease (Docket #54)."

5.      Notwithstanding anything to the contrary, this Court retains jurisdiction in this bankruptcy case in accordance with the provisions set forth in Exhibit G of the Plan.

Dated: Sep 16 2025          /s/ Klinette H Kindred
                            Judge, U.S. Bankruptcy Court

Entered on Docket: Sep 17 2025

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND NO OBJECTION:

/s/ Jack Frankel
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7176

SEEN AND AGREED:

/s/ Lawrence A. Katz
Lawrence A. Katz, Subchapter V Trustee
Hirschler
1676 International Dr., Ste 1350
Tysons VA 22102
(703) 584-8900

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

    /s/Daniel M. Press
Daniel M. Press

Copies to:

Counsel for Debtor
U.S. Trustee
All Creditors and parties in interest

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-10855-KHK |
| Epic Smokehouse LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 3 |
| Date Rcvd: Sep 17, 2025 | Form ID: pdford3 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Epic Smokehouse LLC, 1330 S Fern St Ste 3, Arlington, VA 22202 |
| desig | | Joon Won Yang, 1330 S. Fern St., Arlington, VA 22202 |
| 16703591 | + | Alsco, 725 S Pickett St, Alexandria, VA 22304-4603 |
| 16703593 | + | Arlington County Commissioner of the Revenue, 2100 Clarendon Boulevard, 2nd Floor, Arlington, VA 22201-5447 |
| 16747425 | + | Arlington County Treasurer's Office, 2100 Clarendon Boulevard, Suite 217, Arlington, VA 22201-5447 |
| 16703594 | + | Carefirst, 840 First St NE, Washington, DC 20065-0002 |
| 16703596 | + | ChillCraft/EMR, 2600 Cabover Dr, Hanover, MD 21076-1704 |
| 16703599 | + | Ecolab, 7373 KIRKWOOD COURT SUITE 200, Osseo, MN 55369-5264 |
| 16703600 | + | Eddie Choi, 829A Utterback Store Rd, Great Falls, VA 22066-1506 |
| 16703601 | + | Extensive Tech, 514 Crain Hwy N, Glen Burnie, MD 21061-3063 |
| 16703602 | + | Food Prep, 80 LARGO DRIVE, Stamford, CT 06907-2334 |
| 16703603 | + | Gold Crust, 6200 Columbia Park Rd, Hyattsville, MD 20785-3216 |
| 16703604 | + | Hartford, One Hartford Plaza, Hartford, CT 06155-0001 |
| 16703605 | + | Holland & Knight, 3585 Atlanta Ave, Atlanta, GA 30354-1705 |
| 16703606 | + | Intec, 1800 M STREET, NW Ste 9, Washington, DC 20036-5802 |
| 16703607 | + | Jared Imhoff CPA, 6803 Whittier Avenue, Suite 200, McLean, VA 22101-4546 |
| 16703608 | + | Jeffrey S. Romanick, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 16703609 | | Joon Yang, 1330 S Fern St #3, Arlington, VA 22202 |
| 16703611 | + | KMG Hauling, P.O.BOX 650821, Sterling, VA 20165-0821 |
| 16703610 | + | Keany Produce, 3310 75th Ave, Hyattsville, MD 20785-1501 |
| 16703612 | + | Mahoneys, 37458 EAGLE WAY, Chicago, IL 60678-0374 |
| 16703613 | + | Millennium Owner LLC, 140 Q St NE Ste 140B, c/o UIP Property Management, Inc, Washington, DC 20002-2101 |
| 16703614 | + | Nationwide, 10507-D Braddock Road, Fairfax, VA 22032-2240 |
| 16703617 | + | Resy, 222 Broadway 17th Floor, New York, NY 10038-2569 |
| 16703618 | + | Rick Hardy, 1709 Smugglers Run, Annapolis, MD 21401-6460 |
| 16703619 | + | Roberts Oxygen, 2929 ESKRIDGE ROAD #A, Fairfax, VA 22031-2213 |
| 16703621 | + | Sysco, 8000 Dorsey Run Rd, Jessup, MD 20794-9482 |
| 16776595 | | Sysco Baltimore, Sysco Corp. - Attention Mark Kane, 1930 Enclave Pkwy, Houston, TX 77077 |
| 16703622 | + | Trimark, P.O.BOX 845396, Boston, MA 02284-5396 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 18 2025 00:50:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 16703592 | + | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 01:00:34 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 16736593 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 01:22:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16703595 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 18 2025 00:59:36 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16703597 | + | Email/Text: stephen.malkiewicz@cintas.com | Sep 18 2025 00:50:00 | Cintas, PO Box 630803, Cincinnati, OH |

Case 25-10855-KHK   Doc 62   Filed 09/19/25   Entered 09/20/25 00:15:51   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0422-9 | User: Nathaniel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: pdford3 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 45263-0803 |
| 16703598 | + | Email/Text: documentfiling@lciinc.com | Sep 18 2025 00:49:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 16734988 | + | Email/Text: va_tax_bk@harriscollect.com | Sep 18 2025 00:51:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 16751835 | + | Email/Text: RASEBN@raslg.com | Sep 18 2025 00:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16736531 | + | Email/Text: rlewis@oceanpro.com | Sep 18 2025 00:50:00 | Oceanpro Industries, Ltd T/A Profish, Ltd, 1900 Fenwick St NE, Washington, DC 20002-1712 |
| 16703615 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Sep 18 2025 00:50:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16703616 | + | Email/Text: rlewis@oceanpro.com | Sep 18 2025 00:50:00 | ProFish, 1900 Fenwick St NE, Washington, DC 20002-1712 |
| 16703620 | + | Email/Text: bankruptcynotices@sba.gov | Sep 18 2025 00:50:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 16704616 | | Email/Text: atlreorg@sec.gov | Sep 18 2025 00:50:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16703623 | + | Email/Text: va_tax_bk@harriscollect.com | Sep 18 2025 00:51:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 16703624 | + | Email/Text: Bankruptcy@washgas.com | Sep 18 2025 00:50:00 | Washington Gas, 6801 Industrial Rd 117B, Springfield, VA 22151-4205 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 16736599 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16766448 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 3 of 3 |
| Date Rcvd: Sep 17, 2025 | Form ID: pdford3 | Total Noticed: 44 |

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Epic Smokehouse LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Lawrence Allen Katz | lkatz@hirschlerlaw.com  chall@hirschlerlaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 4