**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** | |
| **EPIC SMOKEHOUSE LLC,** | **Case No. 25-10855-KHK** |
| **Debtor.** | **Chapter 11 – Subchapter V** |

**FIRST AND FINAL APPLICATION OF SUBCHAPTER V TRUSTEE FOR**
**COMPENSATION IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

Lawrence A. Katz (the "Applicant"), hereby requests entry of an order approving final compensation and reimbursement of expenses incurred as the Subchapter V Trustee in the above-captioned case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  By this Application, Applicant requests that the Court approve on a final basis as an administrative expense claim fees of $10,972.50[1] and expenses of $34.80.  Applicant submits this application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and states as follows:

1.      Epic Smokehouse LLC (the "Debtor") filed its chapter 11 petition on April 28, 2025.

2.      The Applicant was appointed by the U.S. Trustee to serve as the Subchapter V Trustee for the Debtor on April 29, 2025 [Dkt No. 8].

---

[1] This amount includes a discretionary reduction of $798.00, representing 50% of the travel time on June 17, 2025 and September 15, 2025.

Lawrence A. Katz (VA Bar No. 47664)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Email:  lkatz@hirschlerlaw.com
Telephone (703) 584-8900
Facsimile (703) 584-8901

*Subchapter V Trustee*

3.      The time period covered by Applicant's first and final application (the "Application") is April 29, 2025 through September 20, 2025.

4.      The fees requested in this Application:          $11,972.50[2]

5.      The total hours covered by this Application:       17.70 hours

6.      The total expenses requested in this Application:     $34.80

7.      The total fees and expenses requested:        $11,007.30

8.      A copy of Applicant's billing statements are attached hereto as Exhibit A.

9.      Brief description of services:  Applicant has served as Subchapter V Trustee and, in that capacity, has participated in all aspects of the case and all hearings and other proceedings for the benefit of the Debtor and other parties in interest, including the following:

    a.  Attending all hearings and status conferences;

    b.  Reviewing all financial information, motions, and Plan documents; and

    c.  Performing of all statutory duties specified in sections 1183(b)(1), (2), and (3) of the Bankruptcy Code.

In addition, Applicant has also communicated on a regular basis with the Office of the U.S. Trustee and parties in interest regarding the status of the case and various issues that have arisen in the course of these proceedings.

10.     A complete description of the services provided by Applicant during the time period covered by this Application and the time devoted to such services is contained in Exhibit A to this Application.

11.     Applicant hereby affirms to the Court that the fees and expenses requested by this Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, (ii)

---

[2] See footnote 1 for explanation of discretionary reductions taken.

based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals, and (iii) in compliance with Rule 2016-1 of the Local Bankruptcy Rules of this Court.

12.     Applicant submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).  The fees sought in this case represent reasonable compensation for actual, necessary services rendered as Subchapter V Trustee for services provided during the application period, taking into account the time and labor expended, the novelty and difficulty of the questions raised, the skill required to perform properly the services rendered, the Applicant's opportunity costs in pursuing the matter, the customary fee for like work, the Applicant's expectations at the outset of the matter, the time limitations imposed by the circumstances, the amount in controversy and the results obtained, the experience, reputation and ability of the Applicant, the desirability or undesirability of the case within the legal community in which the case arose, the nature and length of the professional relationship between the Applicant and other parties in the case, and fee awards in similar cases.

13.     No agreement or understanding exists between the Applicant and any other person for the division or sharing of the compensation or expenses that are the subject of this Application.

WHEREFORE, the Applicant prays that the Court enter an Order approving on a final

basis the compensation and reimbursement of expenses sought in the Application, and authorizing

the Debtor to pay the approved compensation and expenses to the Applicant.

Dated: September 24, 2025                     Respectfully submitted,


                                              */s/ Lawrence A. Katz*
                                              Lawrence A. Katz, VA Bar No. 47664
                                              HIRSCHLER FLEISCHER, PC
                                              1676 International Drive Suite 1350
                                              Tysons, Virginia 22102
                                              Telephone:  703-584-8362
                                              Facsimile:  703-584-8901
                                              Email:  lkatz@hirschlerlaw.com

                                              *Subchapter V Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 24, 2025, a true and correct copy of the First and Final

Application of Subchapter V Trustee For Compensation in a Case Under Subchapter V of

Chapter 11 was served on all parties receiving CM/ECF notices in this case, as follows:

- **Matthew W. Cheney**    ustpregion04.ax.ecf@usdoj.gov
- **Jack Frankel**    jack.i.frankel@usdoj.gov,
  USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov
- **Daniel M. Press**    dpress@chung-press.com,
  pressdm@gmail.com;danpress@recap.email

and by first-class mail, postage prepaid, on each of the parties listed in the attached Mailing List.

*/s/ Lawrence A. Katz*
Lawrence A. Katz (Bar No. 47664)

## Mailing List

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Alsco
725 S Pickett St
Alexandria, VA 22304

Arlington County Commissioner of
the Revenue
2100 Clarendon Boulevard, 2nd
Floor
Arlington, VA 22201

Arlington County Treasurer's Office
2100 Clarendon Boulevard
Suite 217
Arlington, VA 22201

Carefirst
840 First St NE
Washington, DC 20065

Chase
PO Box 15298
Wilmington, DE 19850

ChillCraft/EMR
2600 Cabover Dr
Hanover, MD 21076

Cintas
PO Box 630803
Cincinnati, OH 45263

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103

Commonwealth of Virginia Department
of Taxation
Department of Taxation
PO BOX 2156
Richmond, VA 23218

Ecolab
7373 Kirkwood Court Suite 200
Osseo, MN 55369

Eddie Choi
829A Utterback Store Rd
Great Falls, VA 22066

Extensive Tech
514 Crain Hwy N
Glen Burnie, MD 21061

Food Prep
80 Largo Drive
Stamford, CT 06907

Gold Crust
6200 Columbia Park Rd
Hyattsville, MD 20785

Hartford
One Hartford Plaza
Hartford, CT 06155

Holland & Knight
3585 Atlanta Ave
Atlanta, GA 30354

Intec
1800 M Street, NW Ste 9
Washington, DC 20036

Jared Imhoff CPA
6803 Whittier Avenue, Suite 200
McLean, VA 22101

Jeffrey S. Romanick
Gross, Romanick, Dean & DeSimone, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030

Joon Yang
1330 S Fern St #3
Arlington, VA 22202

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Keany Produce
3310 75th Ave
Hyattsville, MD 20785

KMG Hauling
P.O.BOX 650821
Sterling, VA 20165

Mahoneys
37458 EAGLE WAY
Chicago, IL 60678

Millennium Owner LLC
140 Q St NE Ste 140B
c/o UIP Property Management, Inc
Washington, DC 20002

Nationwide
10507-D Braddock Road
Fairfax, VA 22032

Oceanpro Industries, Ltd T/A Profish,
Ltd
1900 Fenwick St NE
Washington, DC 20002

Office of the US Attorney
2100 Jamieson Ave
Alexandria, VA 22314

ProFish
1900 Fenwick St NE
Washington, DC 20002

Resy
222 Broadway 17th Floor
New York, NY 10038

Rick Hardy
1709 Smugglers Run
Annapolis, MD 2140

Roberts Oxygen
2929 Eskridge Road #A
Fairfax, VA 22031

Small Business Administration
409 3rd St., SW
Washington, DC 20416

Sysco
8000 Dorsey Run Rd
Jessup, MD 20794

Sysco Baltimore
Sysco Corp. - Attention Mark Kane
1930 Enclave Pkwy
Houston, TX 77077

Trimark
P.O.BOX 845396
Boston, MA 02284

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

Va Dept of Taxation
PO Box 1115
Richmond, VA 23218

Washington Gas
6801 Industrial Rd 117B
Springfield, VA 22151

23783718.1  046569.00041

# EXHIBIT A



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

Lawrence A Katz, Subchapter V
1676 International Drive
c/o Hirschler Fleischer, PCSuite 1350
Suite 1350
Tysons, VA 22102

| | |
|---|---|
| Invoice Num.: | 4934849 |
| **Client Number:** | **046569** |
| Invoice Date: | September 23, 2025 |
| Matter Number: | 046569.00041 |

---

| | |
|---|---|
| Client: | Lawrence A Katz, Subchapter V |
| Matter: | Epic Smokehouse |

---

*For professional services rendered through September 20, 2025*

Currency: USD

| | |
|---|---|
| Fees | 11,770.50 |
| Costs | 34.80 |

---

| | |
|---|---|
| **Total Due This Invoice** | **$11,805.30** |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: Lawrence A Katz, Subchapter V | Invoice Num.: | 4934849 |
|---|---|---|
| Matter: Epic Smokehouse | Invoice Date: | September 23, 2025 |
| | Matter Number: | 046569.00041 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/29/2025 | Lawrence A. Katz | Correspondence with M. Freeman regarding appointment as trustee; prepare Verified Statement; review initial pleadings. | 0.40 | 665.00 | 266.00 |
| 04/29/2025 | Lawrence A. Katz | Correspondence with B. Adhikari regarding scheduling of IDI and § 341 meeting; follow-up correspondence regarding same. | 0.20 | 665.00 | 133.00 |
| 04/29/2025 | Lawrence A. Katz | Research regarding debtor's business. | 0.20 | 665.00 | 133.00 |
| 04/30/2025 | Lawrence A. Katz | Corresponded with B. Adhikari regarding rescheduling of § 341 meeting; review follow-up correspondence regarding same. | 0.20 | 665.00 | 133.00 |
| 05/06/2025 | Lawrence A. Katz | Review Order of Designation; review docket and latest pleadings. | 0.30 | 665.00 | 199.50 |
| 05/07/2025 | Lawrence A. Katz | Corresponded with D. Press regarding debriefing call. | 0.10 | 665.00 | 66.50 |
| 05/09/2025 | Lawrence A. Katz | Telephone call with D. Press regarding anticipated Plan provisions . | 0.30 | 665.00 | 199.50 |
| 05/12/2025 | Lawrence A. Katz | Review motion to extend deadline for filing schedules and SOFA. | 0.10 | 665.00 | 66.50 |
| 05/13/2025 | Lawrence A. Katz | Reviewed correspondence regarding IDI materials outstanding. | 0.10 | 665.00 | 66.50 |
| 05/15/2025 | Lawrence A. Katz | Corresponded with D. Press regarding documents requested by UST for IDI; prepare for same. | 0.40 | 665.00 | 266.00 |
| 05/15/2025 | Lawrence A. Katz | Review correspondence and documents from D. Press regarding IDI.. | 0.40 | 665.00 | 266.00 |
| 05/15/2025 | Lawrence A. Katz | Attended IDI. | 1.60 | 665.00 | 1,064.00 |
| 05/15/2025 | Lawrence A. Katz | Research of debtor information for IDI preparation; follow-up correspondence with D. Press regarding documents for IDI. | 0.30 | 665.00 | 199.50 |

Client: Lawrence A Katz, Subchapter V

Matter: Epic Smokehouse

Invoice Num.: 4934849

Invoice Date: September 23, 2025

Matter Number: 046569.00041

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/16/2025 | Lawrence A. Katz | Review correspondence from B. Adhikari regarding additional documents to be produced by Debtor following IDI. | 0.20 | 665.00 | 133.00 |
| 05/23/2025 | Lawrence A. Katz | Begin review of schedules and SOFA. | 0.40 | 665.00 | 266.00 |
| 05/28/2025 | Lawrence A. Katz | Reviewed latest MOR filed by Debtor. | 0.20 | 665.00 | 133.00 |
| 05/29/2025 | Lawrence A. Katz | Prepared for § 341 meeting. | 0.30 | 665.00 | 199.50 |
| 05/29/2025 | Lawrence A. Katz | Attended § 341 meeting. | 0.30 | 665.00 | 199.50 |
| 05/29/2025 | Lawrence A. Katz | Reviewed docket entry regarding continuance of § 341 meeting; reviewed additional financial documents from Debtor for same. | 0.50 | 665.00 | 332.50 |
| 06/02/2025 | Lawrence A. Katz | Reviewed motion to extend time to file schedules and SOFA. | 0.10 | 665.00 | 66.50 |
| 06/03/2025 | Lawrence A. Katz | Review edlatest proofs of claim and motion to extend time to file schedules and SOFA. | 0.30 | 665.00 | 199.50 |
| 06/04/2025 | Lawrence A. Katz | Reviewed latest proofs of claim. | 0.20 | 665.00 | 133.00 |
| 06/05/2025 | Lawrence A. Katz | Prepared for continued § 341 meeting; review Debtor's financial documents for same. | 0.40 | 665.00 | 266.00 |
| 06/05/2025 | Lawrence A. Katz | Attended § 341 meeting; follow-up telephone call with J. Frankel regarding same. | 0.60 | 665.00 | 399.00 |
| 06/10/2025 | Lawrence A. Katz | Reviewed Debtor's Status Conference Report; reviewed materials for upcoming status conference. | 0.30 | 665.00 | 199.50 |
| 06/13/2025 | Lawrence A. Katz | Reviewed Scheduling Order for upcoming status conference; reviewed Debtor's § 1188(c) report. | 0.20 | 665.00 | 133.00 |
| 06/16/2025 | Lawrence A. Katz | Corresponded with D. Press regarding Rule 1188(c) report; prepared for initial status conference. | 0.20 | 665.00 | 133.00 |
| 06/17/2025 | Lawrence A. Katz | Travel to/from status conference. | 1.20 | 665.00 | 798.00 |
| 06/17/2025 | Lawrence A. Katz | Conferenced with D. Press regarding preparation for status conference. | 0.10 | 665.00 | 66.50 |

Client: Lawrence A Katz, Subchapter V

Matter: Epic Smokehouse

Invoice Num.: 4934849

Invoice Date: September 23, 2025

Matter Number: 046569.00041

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/17/2025 | Lawrence A. Katz | Attended status conference. | 1.50 | 665.00 | 997.50 |
| 06/20/2025 | Lawrence A. Katz | Reviewed latest MOR. | 0.10 | 665.00 | 66.50 |
| 07/08/2025 | Lawrence A. Katz | Reviewed latest docket entries. | 0.10 | 665.00 | 66.50 |
| 07/24/2025 | Lawrence A. Katz | Telephone call with J. Frankel regarding Debtor's failure to maintain DIP account and file authorization forms. | 0.10 | 665.00 | 66.50 |
| 07/28/2025 | Lawrence A. Katz | Begin review of Plan. | 0.30 | 665.00 | 199.50 |
| 07/29/2025 | Lawrence A. Katz | Review latest docket entries and cancellation of show cause hearing; begin review of Plan. | 0.30 | 665.00 | 199.50 |
| 07/30/2025 | Lawrence A. Katz | Finish review of Plan; correspondence to D. Press regarding same and regarding rescheduling of confirmation hearing. | 0.40 | 665.00 | 266.00 |
| 07/30/2025 | Lawrence A. Katz | Review latest docket entries regarding confirmation hearing. | 0.10 | 665.00 | 66.50 |
| 07/31/2025 | Lawrence A. Katz | Correspondence with D. Press regarding rescheduling of confirmation hearing; review correspondence with Court regarding same. | 0.20 | 665.00 | 133.00 |
| 08/04/2025 | Lawrence A. Katz | Review correspondence with D. Press and Court regarding rescheduling of confirmation hearing; work on draft Consent Order for same. | 0.30 | 665.00 | 199.50 |
| 08/05/2025 | Lawrence A. Katz | Correspondence with D. Press regarding consent order continuing confirmation hearing. | 0.20 | 665.00 | 133.00 |
| 08/05/2025 | Lawrence A. Katz | Review latest docket entries regarding confirmation hearing. | 0.10 | 665.00 | 66.50 |
| 08/06/2025 | Lawrence A. Katz | Correspondence with D. Press and J. Frankel regarding order continuing confirmation hearing. | 0.10 | 665.00 | 66.50 |
| 08/26/2025 | Lawrence A. Katz | Review motion to assume lease. | 0.20 | 665.00 | 133.00 |
| 08/28/2025 | Lawrence A. Katz | Review latest MOR. | 0.10 | 665.00 | 66.50 |
| 09/01/2025 | Lawrence A. Katz | Review revised motion to assume lease. | 0.10 | 665.00 | 66.50 |
| 09/09/2025 | Lawrence A. Katz | Review docket entry regarding continuance of confirmation hearing. | 0.10 | 665.00 | 66.50 |

Client: Lawrence A Katz, Subchapter V                  Invoice Num.:                        4934849

Matter: Epic Smokehouse                                Invoice Date:       September 23, 2025

                                                        Matter Number:             046569.00041

---

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/12/2025 | Lawrence A. Katz | Review Summary of Ballots for Plan. | 0.10 | 665.00 | 66.50 |
| 09/12/2025 | Lawrence A. Katz | Review correspondence from J. Frankel and D. Press regarding status of confirmation hearing; correspondence to D. Press and J. Frankel regarding same. | 0.20 | 665.00 | 133.00 |
| 09/14/2025 | Lawrence A. Katz | Review Tally of Ballots and Plan; review August 2025 MOR; prepare for confirmation hearing. | 0.40 | 665.00 | 266.00 |
| 09/15/2025 | Lawrence A. Katz | Travel to/from Bankruptcy Court for confirmation hearing. | 1.20 | 665.00 | 798.00 |
| 09/15/2025 | Lawrence A. Katz | Attend confirmation hearing; conference with J. Frankel regarding same. | 0.90 | 665.00 | 598.50 |
| 09/15/2025 | Lawrence A. Katz | Review draft confirmation order; review correspondence from J. Frankel regarding same; correspondence to D. Press regarding same. | 0.20 | 665.00 | 133.00 |
| 09/15/2025 | Lawrence A. Katz | Review latest MORs. | 0.20 | 665.00 | 133.00 |
| 09/20/2025 | Lawrence A. Katz | Review notice of plan confirmation. | 0.10 | 665.00 | 66.50 |
| **Total** | | | **17.70** | | **$11,770.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|------|------------------|-------|--------|
| Lawrence A. Katz | Partner | 17.70 | 11,770.50 |
| **Total** | | **17.70** | **$11,770.50** |

**Cost Summary**

| Description | Amount |
|-------------|--------|
| Computerized Legal Research | 11.70 |
| Travel Expenses | 23.10 |
| **Total** | **$34.80** |