**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** | |
| **EPIC SMOKEHOUSE LLC,** | Case No. 25-10855-KHK |
| **Debtor.** | Chapter 11 – Subchapter V |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF**
**SUBCHAPTER V TRUSTEE FOR COMPENSATION IN A**
<u>**CASE UNDER SUBCHAPTER V OF CHAPTER 11**</u>

UPON CONSIDERATION of the First and Final Application of Lawrence A. Katz, Subchapter V Trustee ("**Applicant**"), for allowance of compensation and expenses for services performed (the "**Application**"), and any objection thereto, and for good cause shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division,

**ORDERED,** that the Application is hereby GRANTED on a final basis, and Applicant is hereby awarded an administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $10,972.50 and reimbursement for expenses in the amount of $34.80 for the period April 29, 2025 through September 20, 2025; and it is further

**ORDERED,** that the Debtor is authorized to disburse funds in the amount of $11,007.30 to the Applicant as payment of such allowed amounts; and it is further

**ORDERED**, that the Debtor is authorized to take such actions as may be necessary and appropriate to implement the terms of this Order; and it is further

---

Lawrence A. Katz (VA Bar No. 47664)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Email:  lkatz@hirschlerlaw.com
Telephone (703) 584-8900
Facsimile (703) 584-8901

*Subchapter V Trustee*

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order; and it is further

**ORDERED**, that this Order shall be effective immediately upon entry.

Date: _____

_____
United States Bankruptcy Judge

Entered on Docket: _____

I ASK FOR THIS:

*/s/ Lawrence A. Katz*
Lawrence A. Katz, VA Bar No. 47664
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703-584-8362
Facsimile:  703-584-8901
Email:  lkatz@hirschlerlaw.com

*Subchapter V Trustee*

SEEN AND NOT OBJECTED TO:

_____
*(by permission as stated in     )*
Daniel Press, Esquire
Chung & Press P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia  22101


_____
*(by permission as stated in     )*
Jack I. Frankel, Esquire
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia  22314


## LOCAL RULE 9022-1(C)(1) CERTIFICATION

I hereby certify that the foregoing order has been served on and/or endorsed by all necessary parties.

*/s/ Lawrence A. Katz*
Counsel

23782649.1  046569.00041