**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** | |
| **EPIC SMOKEHOUSE LLC,** | Case No. 25-10855-KHK |
| **Debtor.** | Chapter 11 – Subchapter V |

**NOTICE OF FIRST AND FINAL APPLICATION OF**
**SUBCHAPTER V TRUSTEE FOR COMPENSATION IN A**
**<u>CASE UNDER SUBCHAPTER V OF CHAPTER 11</u>**

Lawrence A. Katz, the Subchapter V Trustee, has filed papers with the Court seeking the Court's approval of his first and final application for compensation in the amount of $10,972.50 and for out-of-pocket expenses incurred in the amount of $34.80 for the period April 29, 2025 through September 20, 2025 (the "**Application**). Copies of the Application may be viewed at the Bankruptcy Court's website or may be obtained from the undersigned counsel upon request.

**<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

---

Lawrence A. Katz (VA Bar No. 47664)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Email:  lkatz@hirschlerlaw.com
Telephone (703) 584-8900
Facsimile (703) 584-8901

*Subchapter V Trustee*

# NOTICE

**UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS APPLICATION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY AS REQUIRED BY LOCAL BANKRUPTCY RULE 90131(H) NOT LESS THAN 7 DAYS PRIOR TO THE HEARING SET FORTH BELOW, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE APPLICATION AS CONCEDED. A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS APPLICATION IS SCHEDULED AS FOLLOWS:**

Date/time:    Tuesday, October 28, 2025 at 12:00 PM

Location:     Courtroom III - Third Floor
              United States Bankruptcy Court
              Martin V.B. Bostetter, Jr. United States Courthouse,
              200 South Washington Street, Third Floor
              Alexandria, Virginia 22314

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. The address of the clerk's office is as follows:

Clerk
United States Bankruptcy Court
200 South Washington Street
Alexandria, Virginia 22314-5405

You must **also** send copies to the persons listed below:

Lawrence A. Katz, Esquire
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102-4940

Daniel Press, Esquire
Chung & Press, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia  22101

Jack I. Frankel, Esquire
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

Dated: September 24, 2025    Respectfully submitted,

*/s/ Lawrence A. Katz*
Lawrence A. Katz, VA Bar No. 47664
HIRSCHLER FLEISCHER, PC
1676 International Drive Suite 1350
Tysons, Virginia 22102
Telephone: 703-584-8362
Facsimile: 703-584-8901
Email: lkatz@hirschlerlaw.com

*Subchapter V Trustee*

3

### **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, a true and correct copy of the Notice of First and Final Application of Subchapter V Trustee for Compensation in a Case Under Subchapter V of Chapter 11 was served on all parties receiving CM/ECF notices in this case, as follows:

- **Matthew W. Cheney**   ustpregion04.ax.ecf@usdoj.gov
- **Jack Frankel**   jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov
- **Daniel M. Press**   dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

and by first-class mail, postage prepaid, on each of the parties listed in the attached Mailing List.

*/s/ Lawrence A. Katz*
Lawrence A. Katz (Bar No. 47664)

## Mailing List

| | | |
|---|---|---|
| **American Express National Bank**<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Alsco<br>725 S Pickett St<br>Alexandria, VA 22304 | Arlington County Commissioner of the Revenue<br>2100 Clarendon Boulevard, 2nd Floor<br>Arlington, VA 22201 |
| Arlington County Treasurer's Office<br>2100 Clarendon Boulevard<br>Suite 217<br>Arlington, VA 22201 | Carefirst<br>840 First St NE<br>Washington, DC 20065 | Chase<br>PO Box 15298<br>Wilmington, DE 19850 |
| ChillCraft/EMR<br>2600 Cabover Dr<br>Hanover, MD 21076 | Cintas<br>PO Box 630803<br>Cincinnati, OH 45263 | Comcast<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 |
| Commonwealth of Virginia Department of Taxation<br>Department of Taxation<br>PO BOX 2156<br>Richmond, VA 23218 | Ecolab<br>7373 Kirkwood Court Suite 200<br>Osseo, MN 55369 | Eddie Choi<br>829A Utterback Store Rd<br>Great Falls, VA 22066 |
| Extensive Tech<br>514 Crain Hwy N<br>Glen Burnie, MD 21061 | Food Prep<br>80 Largo Drive<br>Stamford, CT 06907 | Gold Crust<br>6200 Columbia Park Rd<br>Hyattsville, MD 20785 |
| Hartford<br>One Hartford Plaza<br>Hartford, CT 06155 | Holland & Knight<br>3585 Atlanta Ave<br>Atlanta, GA 30354 | Intec<br>1800 M Street, NW Ste 9<br>Washington, DC 20036 |
| Jared Imhoff CPA<br>6803 Whittier Avenue, Suite 200<br>McLean, VA 22101 | Jeffrey S. Romanick<br>Gross, Romanick, Dean & DeSimone, P.C.<br>3975 University Drive, Suite 410<br>Fairfax, VA 22030 | Joon Yang<br>1330 S Fern St #3<br>Arlington, VA 22202 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Keany Produce<br>3310 75th Ave<br>Hyattsville, MD 20785 | KMG Hauling<br>P.O.BOX 650821<br>Sterling, VA 20165 |

Mahoneys
37458 EAGLE WAY
Chicago, IL 60678

Millennium Owner LLC
140 Q St NE Ste 140B
c/o UIP Property Management, Inc
Washington, DC 20002

Nationwide
10507-D Braddock Road
Fairfax, VA 22032

Oceanpro Industries, Ltd T/A Profish, Ltd
1900 Fenwick St NE
Washington, DC 20002

Office of the US Attorney
2100 Jamieson Ave
Alexandria, VA 22314

ProFish
1900 Fenwick St NE
Washington, DC 20002

Resy
222 Broadway 17th Floor
New York, NY 10038

Rick Hardy
1709 Smugglers Run
Annapolis, MD 2140

Roberts Oxygen
2929 Eskridge Road #A
Fairfax, VA 22031

Small Business Administration
409 3rd St., SW
Washington, DC 20416

Sysco
8000 Dorsey Run Rd
Jessup, MD 20794

Sysco Baltimore
Sysco Corp. - Attention Mark Kane
1930 Enclave Pkwy
Houston, TX 77077

Trimark
P.O.BOX 845396
Boston, MA 02284

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

Va Dept of Taxation
PO Box 1115
Richmond, VA 23218

Washington Gas
6801 Industrial Rd 117B
Springfield, VA 22151