UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

------------------------------------------------------------X
| In re: | : | Chapter 11 (Subchapter V) |
| | : | |
| Epic Smokehouse LLC | : | No. 25-10855 |
| | : | |
| Debtor. | : | |
| | : | |
------------------------------------------------------------X

## APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL COMPENSATION

Daniel M. Press and Chung & Press, P.C., attorneys for the Debtor herein, apply to the Court for an Order for allowance of attorneys' fees for professional services rendered to the Debtor and for reimbursement for actual and necessary costs incurred from the petition date, April 28, 2025, through the Effective Date of the Plan, October 2, 2025, pursuant to §§ 327 and 330 of the Bankruptcy Code and Bankruptcy Rule 2016, seeking compensation in the total amount of Seventeen Thousand One Hundred Thirty One and 50/100 Dollars ($17,131.00), and reimbursement for out-of pocket expenses in the amount of Three Hundred Sixteen and 58/100 Dollars ($316.58), for a total of $17,447.58, and in support thereof, state as follows:

1. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 1334 and 157. Venue in this Court is proper pursuant to 28 U.S.C. § 1409. This application is a core proceeding within the meaning of 28 U.S.C. § 157.

2. 1. On April 28, 2025, this case was commenced by the filing of a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

Court"). An Application for Order Authorizing the Employment of Chung & Press, P.C. As Counsel for the Debtor and Debtor-In-Possession was filed that same day.

3. As set forth in the Application for Appointment, the undersigned law firm, Chung & Press, P.C., was retained on an hourly basis at a rate of $495 per hour for Daniel M. Press, plus actual costs, to be paid upon court approval. The Debtor paid a fee and cost advance of $15,000 of which $3960 was applied to prepetition fees and $1738 for the filing fee, leaving $9302 in trust for application to fees and costs as approved.

4. The only lawyer who billed significant time on this matter, as shown on the attached statement, is Daniel M. Press (DMP). Angela Hart also billed one hour related to the stay of the pending landlord-tenant case at her rate of $400/hr. The rates charged are below those charged by comparably skilled practitioners in cases other than cases under Title 11. (Philip Chung also billed time that was not charged).

5. This is an application for compensation for the period from the petition date, April 29, 2025, through the Effective Date of the Plan, October 2, 2025. It is the first and final application filed by Debtor's counsel in this case.

6. A detailed statement of the actual, necessary services rendered, time expended, and expenses incurred is attached hereto. The total time as billed on the attached statements is 37.15 hours, which, at the aforementioned reduced hourly rate (less 2.35 hours no-charged) comes to $17,131. The attached statements also include $316.58 in disbursements for actual and necessary expenses (postage and third-party copies at $0.15 or less/page) made by this law firm. Disbursements were all billed at actual cost. Mileage, faxes, parking, in-house copies and like expenses were not charged.

7. No payments have heretofore been made or promised, other than as described for prepetition services and the filing fee. No compensation has been or will be shared, and no agreement for sharing of compensation with regard to this case exists.

8. For the period covered by this application, Chung & Press performed services as follows:

(A) Case Administration: Chung & Press, PC represented the Debtor on issues related to case administration, including, but not limited to preparation and filing of schedules and statements, attendance at the initial debtor interview and 341 meeting, review of Court orders, compliance with US Trustee requirements and requests, and reviewing, advising the Debtor regarding, and filing monthly reports and other duties of the DIP; and overall strategy and management of the case.

The total time spent on this category is broken down as follows:

    22.15 hours        $9755.00

(B) Plan: Preparation and drafting of Debtor's Plan, negotiations regarding the same, and hearing on confirmation of the plan.

The total time spent on this category is broken down as follows:

    12 hours        $5841.00

(C) Lease assumption: Negotiations with landlord on cure payment terms, surrender of expansion premises, lease amendment; prepare and file assumption motion and amendment to address landlord agreement.

The total time spent on this category is broken down as follows:

    3.2 hours        $1534.50

TOTAL TIME: 37.15 hours,  $17,131.00

Additional time spent was not charged in an exercise of billing discretion. Counsel did not bill at all for many phone calls or emails, nor for time spent getting "up to speed" on unfamiliar legal issues. Counsel bills proportionately for waiting and travel time when in court for multiple matters, and bills travel time at 50% of the actual time.

10.     Consideration of the factors set forth in Section 330(a)(3)(A) of the Code shows that the requested fee is appropriate.  The services provided were necessary to the successful administration of the case.  There was no duplication of services.  A review of the statement shows that the amount of time spent was reasonable, commensurate with the complexity, importance, and nature of the problems, tasks and issues addressed.  The rate charged ($495/hour) is lower than those charged by most attorneys of comparable skill and experience both in bankruptcy and non-bankruptcy matters.

11.     Courts frequently look to the "lodestar" formula in assessing attorneys' fees.  Under this approach, courts consider the number of hours of service reasonably devoted to the case, multiplied by the attorneys' reasonable rates. This sum may be adjusted to reflect the characteristics of the particular case, and the reputation of the attorney. *See* e.g., *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354, 361 (D. D.C. 1983), *aff'd. in part rev'd in part*, 746 F.2d 4 (D.C. Cir. 1984), *cert. denied*, 472 U.S. 1021, 105 S. Ct. 3488 (1985).  Many courts frequently consider the specific lodestar factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) and applied in bankruptcy cases in *In re First Colonial Corporation of America*, 544 F.2d 1291, 1298-99 (5th Cir.), *cert. denied*, 431 U.S. 904 (1977). The Fourth Circuit Court of Appeals adopted these tests in *Barber v. Kimbrells, Inc.,* 577 F.2d 216, 226 (4th

Cir.), *cert. denied*, 439 U.S. 934 (1978). In *Anderson v. Morris*, 658 F.2d 246, 249 (4th Cir. 1981), the Fourth Circuit held that the District Court should consider the lodestar approach, which encompasses the *Johnson* factors (a) and (e) as set forth below, and then adjust the fee on the basis of the remaining *Johnson* factors. The following are the *Johnson* factors:

(a) the time and labor required;

(b) the novelty and difficulty of the questions;

(c) the skill requisite to perform the legal service properly;

(d) the preclusion of other employment by the attorney due to acceptance of the case;

(e) the customary fee;

(f) whether the fee is fixed or contingent;

(g) time limitations imposed by the client or the circumstances;

(h) the amount involved and the results obtained;

(i) the experience, reputation, and ability of the attorneys;

(j) the "undesirability" of the case;

(k) the nature and length of the professional relationship with the client; and

(l) awards in similar cases.

*Johnson*, 488 F.2d at 717-19; *Barber* 577 F.2d at 226 n.28; *Anderson*, 658 F.2d at 248 n.2.

      12.    Chung & Press, P.C. submits the following lodestar analysis in support of its request for allowance of fees and disbursements:

(a)  The time and labor required. The amount of time required to represent the Debtor in this case is reflected in the attached statement, and is certainly reasonable given the circumstances of the case.

(b)  Novelty and difficulty of the questions. This Chapter 11/Subchapter V case presented some novel and/or difficult legal issues, including the payment terms for a lease cure.

(c)  The skill requisite to perform the legal service properly. Because of the experience of Debtor's counsel in handling matters of this nature, counsel exercised the skill requisite to perform these services properly.

(d)  The preclusion of other employment by the firm due to acceptance of this case. This case has not conflicted Debtor's counsel out of other matters, but any case takes up a portion of the limited time available to counsel, diverting counsel's attention from other matters in which they otherwise might have been involved to devote themselves to the competent representation of the Debtor.

(e)  The customary fee for similar work. Chung & Press submits that the fees sought herein are warranted, and are generally less than competitor fees in the local legal market for attorneys with comparable skill and experience with comparable practices.

(f)  Whether the fee is fixed or contingent.  The fees are sought based on a fixed hourly rate, but pursuant to the Code, all fees sought by professionals retained by a Debtor are subject to approval of this Court, and thus are, to an extent, contingent.

6

(g)  Time limitations imposed by the client or circumstances. Chung & Press was not for the most part compelled to render legal services under unusual time constraints.

(h)  The amounts involved and the results obtained. This case involved the survival of a business that suffered a temporary setback.  Undersigned counsel negotiated a favorable resolution regarding the lease which enabled the lease to be assumed without the risk of taking on more space, preventing eviction and enabling the Debtor to successfully reorganize and pay all claims in full.

(i)  Experience, reputation and ability of the attorneys. Daniel M. Press has previously represented debtors, secured and unsecured creditors, bidders, trustees, and other interested parties in all aspects of bankruptcy and commercial litigation proceedings.  Mr. Press has practiced bankruptcy law for over 35 years. He is an experienced bankruptcy practitioner.  Mr. Press' experience, reputation and ability have been recognized by his election to the Boards of the National Association of Consumer Bankruptcy Attorneys ("NACBA") and the Northern Virginia Bankruptcy Bar Association ("NVBBA"), as well as the Council of the Consumer Bankruptcy Section of the Maryland State Bar Association ("MSBA"). He has also served as the Education Director of the Consumer Committee of the American Bankruptcy Institute, and has been invited to speak and teach continuing legal education programs on bankruptcy topics, and in particular on Chapter

7

11 and Subchapter V for small businesses and individual debtors, for the MSBA, MICPEL, NVBBA, the Bankruptcy Bar Association for the District of Maryland ("BBA"), NACBA, the Virginia Bar Association, the North Carolina Bar, Virginia CLE, and Minnesota CLE. He and his colleague, Brett Weiss, are the authors of Chapter 11 for Individual Debtors, a Collier Monograph, published by Collier/Lexis-Nexis, and articles in publications such as the ABI Journal, and teach "Boot Camps" on individual and small business Chapter 11 cases. Mr. Press' reputation is well established in the Baltimore/Washington metropolitan area and nationwide as an effective practitioner.

(j) The "undesirability" of the case. This case was not particularly undesirable.

(k) The nature and length of the firm's professional relationship with the client. Chung & Press was retained by the Debtor shortly before entering its appearance. It did have a prior relationship with the Debtor as described in the application to employ.

(l) Awards made in similar cases. Chung & Press submits that its request for compensation is well within, if not below, the usual and customary awards granted in similar cases.

13. Detailed daily time records setting forth the tasks performed and the time spent thereon are attached hereto.

14. The affidavit of Daniel M. Press in support of this application is attached hereto.

8

15. The expenses for which reimbursement is sought are set forth in the attached invoice and were actual and necessary. Chung & Press, P.C. submits that the expenses are reasonable and economical and are customarily charged to non-bankruptcy clients of the applicant. Many actual expenses were not charged.

WHEREFORE, Chung & Press, P.C. prays for the entry of an Order approving final compensation as a Chapter 11 administrative expense in the amount of Seventeen Thousand One Hundred Thirty One and 50/100 Dollars ($17,131.00), and reimbursement for out-of pocket expenses in the amount of Three Hundred Sixteen and 58/100 Dollars ($316.58), for a total of $17,447.58, with $9302 to be paid from the fee advance and with the balance of $8145.58 to be paid as an administrative expense.

Dated: October 1, 2025.

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

DECLARATION UNDER PENALTY OF PERJURY

I, Daniel M. Press, a member of the bar of this Court, declare under penalty of perjury that the statements in the foregoing Application and attached statements of services rendered are true and correct, and that the items listed on the attached statements were services actually and necessarily rendered and expenses actually and necessarily incurred. No understanding or agreement exists between this law firm and any other person for a sharing of compensation received or to be received in connection with this case. No previous application for the relief requested herein has been submitted to this or any other court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of October, 2025.

   /s/ Daniel M. Press_____
Daniel M. Press

**CERTIFICATE OF SERVICE**

This is to certify that on this 2nd day of October, 2025, I caused the foregoing document to be served by CM/ECF on the Debtor, the US Trustee and all persons requesting notice by CM/ECF.

   /s/ Daniel M. Press_____
Daniel M. Press

# CHUNG PRESS, P.C.

6718 Whittier Avenue Suite 200
McLean, VA 22101
Phone: 703-734-3800

# INVOICE

Invoice # 5584
Date: 09/21/2025
Due Upon Receipt

Epic Smokehouse, LLC (Bankruptcy)
1330 S Fern Street
Arlington, VA 22202

## Case Administration

**Services**

| Type | Total | Rate | Timekeeper | Notes | Date | Quantity |
|---|---|---|---|---|---|---|
| Service | $99.00 | $495.00 | DMP | Finalize and file application to employ counsel, arrange service of same. | 04/28/2025 | 0.20 |
| Service | $200.00 | $400.00 | ALH | Finalize and file suggestion in bankruptcy with Arlington County General District Court | 04/29/2025 | 0.50 |
| Service | $200.00 | $400.00 | ALH | Conference call with DMP, PKC re strategy, status of case | 04/29/2025 | 0.50 |
| Service | $495.00 | $495.00 | DMP | Telecon w/ PKC, ALH, client, re status, strategy, next steps re landlord (notification, suggestion of BK, payment of post-petition rent), schedules info needed. | 04/29/2025 | 1.00 |
| Service | $148.50 | $495.00 | DMP | Review UST packet/email, appointment of trustee. | 04/29/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Email correspondence with UST, SubV Trustee, re scheduling of 341, IDI. | 04/30/2025 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review scheduling order; advise client re dates | 04/30/2025 | 0.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | $99.00 | $495.00 | DMP | Review adequate protection request from Dominion; email client. | 04/30/2025 | 0.20 |
| Service | $198.00 | $495.00 | DMP | Email correspondence and telecon with client re DIP accounts, insurance. | 05/02/2025 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Arrange for mailing of scheduling order; file certificate. | 05/07/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Telecon with Katz | 05/09/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Prepare/file/serve motion for extension of time for schedules | 05/12/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Send BK notice to prepetition bank | 05/12/2025 | 0.20 |
| Service | $247.50 | $495.00 | DMP | Telecon and email client re docs/info needed | 05/12/2025 | 0.50 |
| Service | $594.00 | $495.00 | DMP | Conference with client; review and forward IDI documents to UST | 05/14/2025 | 1.20 |
| Service | $99.00 | $495.00 | DMP | Email correspondence w/ insurance agent re requirements | 05/14/2025 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Forward IDI documents to Katz, UST | 05/15/2025 | 0.20 |
| Service | $495.00 | $495.00 | DMP | Prepare for and attend IDI | 05/15/2025 | 1.00 |
| Service | $742.50 | $495.00 | DMP | Prepare schedules; email client re info needed | 05/21/2025 | 1.50 |
| Service | $1,237.50 | $495.00 | DMP | Review info from client; telecons w/ client; prepare, review with client, and file schedules. | 05/22/2025 | 2.50 |
| Service | $99.00 | $495.00 | DMP | Email client re MOR | 05/24/2025 | 0.20 |
| Service | $297.00 | $495.00 | DMP | Telecon and email correspondence with client; Review and file MOR | 05/27/2025 | 0.60 |
| Service | $148.50 | $495.00 | DMP | Review and forward requested documents to UST | 05/27/2025 | 0.30 |
| Service | $247.50 | $495.00 | DMP | Telecon w/ client re 341 meeting | 05/28/2025 | 0.50 |
| Service | $148.50 | $495.00 | DMP | Attend and adjourn 341 meeting | 05/29/2025 | 0.30 |
| Service | $198.00 | $495.00 | DMP | Telecon w/ clerk; Prepare and file notice of hearing on schedules extension. | 06/02/2025 | 0.40 |
| Service | $99.00 | $495.00 | DMP | Prepare order on app to employ; email UST re endorsement; upload for entry. | 06/04/2025 | 0.20 |
| Service | $49.50 | $495.00 | DMP | Email from UST re documents requested; forward to client | 06/05/2025 | 0.10 |
| Service | $346.50 | $495.00 | DMP | Prepare for and attend 341 meeting | 06/05/2025 | 0.70 |
| Service | $198.00 | $495.00 | DMP | Prepare/file/serve pre-status conference report | 06/10/2025 | 0.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | $495.00 | $495.00 | DMP | Prepare for and attend status conference. | 06/17/2025 | 1.00 |
| Service | $99.00 | $495.00 | DMP | Prepare schedules extension order; email to UST for endorsement, | 06/18/2025 | 0.20 |
| Service | $198.00 | $495.00 | DMP | Review draft MOR; email and telecon w/ client; review and file MOR | 06/20/2025 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Email correspondence w/ UST, client re outstanding items | 06/24/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Email correspondence re outstanding UST requests | 06/25/2025 | 0.20 |
| Service | $198.00 | $495.00 | DMP | Review claims; email creditor re question about Debtor's liability on a particular claim. | 07/25/2025 | 0.40 |
| Service | $198.00 | $495.00 | DMP | Review MOR; email client | 07/28/2025 | 0.40 |
| Service | $99.00 | $495.00 | DMP | Review response re questioned proof of claim | 08/15/2025 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Review and file MOR | 08/28/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Review and file MOR | 09/14/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Review and file June MOR | 09/15/2025 | 0.20 |
| Service | $247.50 | $495.00 | DMP | Prepare application for compensation. | 09/21/2025 | 0.50 |
| **Non-billable services** | | | | | | |
| Service | ~~$495.00~~ | ~~$495.00~~ | PKC | Conference Call; Discuss case strategy, status with DMP and ALH. | 04/29/2025 | ~~1.00~~ |
| Service | ~~$100.00~~ | ~~$400.00~~ | PKC | Discuss matter with DMP; telecon with insurance agent Mark Hardy. | 05/14/2025 | ~~0.25~~ |
| Service | ~~$49.50~~ | ~~$495.00~~ | DMP | Review UST request for additional documents; forward to client | 05/16/2025 | ~~0.10~~ |
| Service | ~~$99.00~~ | ~~$495.00~~ | PKC | Discuss status of matter with DMP. | 05/20/2025 | ~~0.20~~ |
| Service | ~~$99.00~~ | ~~$495.00~~ | DMP | Conf. w/ PKC re status | 05/20/2025 | ~~0.20~~ |
| Service | ~~$99.00~~ | ~~$495.00~~ | PKC | Review status of matter with DMP; | 06/11/2025 | ~~0.20~~ |
| Service | ~~$49.50~~ | ~~$495.00~~ | DMP | Upload schedules extension order | 06/19/2025 | ~~0.10~~ |
| | | | | **Services Subtotal** | | **$9,755.50** |

### Expenses

| Timekeeper | Type | Total | Date | Rate | Quantity | Notes |
|---|---|---|---|---|---|---|
| DMP | Expense | $23.36 | 04/28/2025 | $23.36 | 1.00 | Postage: Postage (app to employ) |
| DMP | Expense | $14.06 | 05/07/2025 | $14.06 | 1.00 | Copies: Copies - scheduling order mailing |
| DMP | Expense | $27.01 | 05/07/2025 | $27.01 | 1.00 | Postage: Postage - scheduling order mailing |

| | | | | | | |
|---|---|---|---|---|---|---|
| DMP | Expense | $6.08 | 05/12/2025 | $6.08 | 1.00 | Copies: Copies (Motion to Extend) |
| DMP | Expense | $23.36 | 05/12/2025 | $23.36 | 1.00 | Postage: Postage (motion to extend) |
| DMP | Expense | $6.08 | 06/02/2025 | $6.08 | 1.00 | Copies: Copies (extension notice) |
| DMP | Expense | $23.36 | 06/02/2025 | $23.36 | 1.00 | Postage: Postage (extension notice) |
| DMP | Expense | $6.65 | 06/10/2025 | $6.65 | 1.00 | Copies: Copies (pre status conf. report) |
| DMP | Expense | $25.55 | 06/10/2025 | $25.55 | 1.00 | Postage: Postage (pre-status conf report) |

|  |  |
|---|---|
| **Expenses Subtotal** | **$155.51** |
| **Subtotal** | **$9,911.01** |

## Lease Assumption

| Type | Total | Rate | Timekeeper | Notes | Date | Quantity |
|---|---|---|---|---|---|---|
| Service | $148.50 | $495.00 | DMP | Email correspondence and telecon w/ Romanick re lease assumption, expansion premises, payments. | 05/22/2025 | 0.30 |
| Service | $99.00 | $495.00 | DMP | Email from Romanick re lease; email client re same | 07/08/2025 | 0.20 |
| Service | $99.00 | $495.00 | DMP | Email from Romanick re expansion premises; email client re same | 08/15/2025 | 0.20 |
| Service | $297.00 | $495.00 | DMP | Teleconference w/ client re assumption, surrender of expansion premises; email Romanick re same | 08/21/2025 | 0.60 |
| Service | $346.50 | $495.00 | DMP | Prepare/file motion to assume lease | 08/26/2025 | 0.70 |
| Service | $247.50 | $495.00 | DMP | Review proposed lease amendment; forward to client | 08/26/2025 | 0.50 |
| Service | $148.50 | $495.00 | DMP | Email correspondence w/ Romanick re edit to lease amendment | 08/27/2025 | 0.30 |
| Service | $148.50 | $495.00 | DMP | Prepare/file amended motion to assume lease | 09/01/2025 | 0.30 |
| **Non-billable entries** | | | | | | |
| Service | ~~$49.50~~ | ~~$495.00~~ | DMP | Exchange executed lease amendment | 08/29/2025 | ~~0.10~~ |

|  |  |
|---|---|
| **Subtotal** | **$1,534.50** |

## Plan

### Services

| Type | Total | Rate | Timekeeper | Notes | Date | Quantity |
|---|---|---|---|---|---|---|
| Service | $1,237.50 | $495.00 | DMP | Prepare initial draft/outline of plan | 07/25/2025 | 2.50 |
| Service | $1,089.00 | $495.00 | DMP | Draft plan; teleconference with client re same; prepare revisions. | 07/27/2025 | 2.20 |
| Service | $1,188.00 | $495.00 | DMP | Finalize, review with client, and file plan | 07/28/2025 | 2.40 |
| Service | $49.50 | $495.00 | DMP | Review confirmation hearing order | 07/30/2025 | 0.10 |
| Service | $198.00 | $495.00 | DMP | Email correspondence w/ Katz re unavailability for scheduled confirmation hearing; email chambers. | 07/31/2025 | 0.40 |
| Service | $99.00 | $495.00 | DMP | Email corresp. re confirmation hearing date | 08/04/2025 | 0.20 |
| Service | $148.50 | $495.00 | DMP | Prepare order rescheduling confirmation hearing, circulate and submit. | 08/05/2025 | 0.30 |
| Service | $198.00 | $495.00 | DMP | Prepare ballot, notice; arrange service of plan, ballot, order and notice; file certificate | 08/05/2025 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Review order; prepare, file and serve amended notice of hearing. | 08/07/2025 | 0.30 |
| Service | $396.00 | $495.00 | DMP | Prepare for confirmation hearing, including preparation and filing of ballot tally (.3) | 09/12/2025 | 0.80 |
| Service | $742.50 | $495.00 | DMP | Prepare for and attend confirmation hearing. | 09/15/2025 | 1.50 |
| Service | $198.00 | $495.00 | DMP | Prepare, circulate and upload confirmation order | 09/15/2025 | 0.40 |
| Service | $148.50 | $495.00 | DMP | Review confirmation order; email client re plan obligations. | 09/17/2025 | 0.30 |
| **Non-billable services** | | | | | | |
| Service | ~~$99.00~~ | ~~$495.00~~ | DMP | Correct date on order and recirculate/resubmit. | 08/06/2025 | ~~0.20~~ |
| | | | | **Services Subtotal** | | **$5,841.00** |

**Expenses**

| Timekeeper | Type | Total | Date | Rate | Quantity | Notes |
|---|---|---|---|---|---|---|
| DMP | Expense | $81.51 | 08/05/2025 | $81.51 | 1.00 | Copies: Copies (plan packet) |
| DMP | Expense | $41.73 | 08/05/2025 | $41.73 | 1.00 | Postage: Postage (plan packet) |
| DMP | Expense | $7.41 | 08/07/2025 | $7.41 | 1.00 | Copies: Copies (amended hearing notice) |
| DMP | Expense | $30.42 | 08/07/2025 | $30.42 | 1.00 | Postage: Postage (amended hearing notice) |

|  |  |
|---|---:|
| **Expenses Subtotal** | **$161.07** |
| **Subtotal** | **$6,002.07** |
| **Subtotal** | **$17,447.58** |
| **Total** | **$17,447.58** |

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| ( $0.00 + | $17,447.58 ) - ( | $0.00 ) = | **$17,447.58** |

### General Trust Account

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 04/24/2025 | wire |  | Bankruptcy Epic |  | $7,500.00 | $7,500.00 |
| 04/24/2025 | wire | 2nd wire | Bankruptcy Epic |  | $7,500.00 | $15,000.00 |
| 04/28/2025 |  | Payment for prepetition fees/services. | Bankruptcy Epic | $5,698.00 |  | $9,302.00 |
|  |  |  | **General Trust Account Balance** |  |  | **$9,302.00** |

**Unless otherwise indicated, this invoice contains charges through the end of the prior month. Payments are due upon receipt of this invoice. Please make checks payable to: Chung & Press P.C.**
**Our Federal Tax ID No. is 54-1677795.**