**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 (Subchapter V) |
| | : | |
| Epic Smokehouse LLC | : | No. 25-10855 |
| | : | |
| Debtor. | : | |
| | : | |

------------------------------------------------------------X

### NOTICE OF APPLICATION FOR FINAL COMPENSATION OF COUNSEL FOR DEBTOR

Notice is hereby given that Daniel M. Press and Chung & Press, P.C. have filed an application for allowance of final compensation as counsel for Debtor from the petition date, April 28, 2025, through the Effective Date of the Plan, October 2, 2025.

The application requests final approval of compensation for professional services rendered in connection with this case. Counsel seeks total compensation for services in the amount of $17,131.00 and reimbursement for out-of pocket expenses in the amount of $316.58, for a total of $17,447.58, with $9302 to be paid from the fee advance and with the balance of $8145.58 to be paid as an administrative expense. Copies of the Application may be viewed at the Bankruptcy Court's website or may be obtained from the undersigned counsel upon request. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Application, or if you want the Court to consider your views on the Application, you or your attorney **must**:

- **ON OR BEFORE October 23, 2025,** file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed on or before October 23, 2025, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing**. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also provide a copy to the persons listed below so that these persons receive your response on or before October 23, 2025.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

- Attend the hearing scheduled to be held on **Tuesday, October 28, 2025 at 12:00 PM.** in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.

- Provide a copy of any written response to counsel for the Debtor at:

> Daniel M. Press
> Chung & Press, P.C.
> 6718 Whittier Ave., Suite 200
> McLean, VA 22101

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Application and may enter an order granting the Application.

Dated:    October 2, 2025.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

**CERIFICATE OF SERVICE**

This is to certify that on this 2nd day of October, 2025, I caused the foregoing document to be served on all persons on the attached matrix by first class mail, postage prepaid, or by CM/ECF where applicable.

 /s/ Daniel M. Press
Daniel M. Press

```
Label Matrix for local noticing          American Express National Bank         Epic Smokehouse LLC
0422-1                                   c/o Becket and Lee LLP                 1330 S Fern St Ste 3
Case 25-10855-KHK                        PO Box 3001                            Arlington, VA 22202
Eastern District of Virginia             Malvern, PA 19355-0701
Alexandria
Wed Oct  1 17:48:35 EDT 2025

United States Bankruptcy Court           Alsco                                  American Express
200 South Washington Street              725 S Pickett St                       PO Box 981535
Alexandria, VA 22314-5405                Alexandria, VA 22304-4603              El Paso, TX 79998-1535



Arlington County Commissioner of the Revenue  Arlington County Treasurer's Office   Carefirst
2100 Clarendon Boulevard, 2nd Floor           2100 Clarendon Boulevard              840  First St NE
Arlington, VA 22201-5447                      Suite 217                             Washington, DC 20065-0002
                                              Arlington, VA 22201-5447



Chase                                    ChillCraft/EMR                         Cintas
PO Box 15298                             2600 Cabover Dr                        PO Box 630803
Wilmington, DE 19850-5298                Hanover, MD 21076-1704                 Cincinnati, OH 45263-0803



Comcast                                  Commonwealth of Virginia Department of Taxat   Ecolab
1701 JFK Boulevard                       Department of Taxation                        7373 KIRKWOOD COURT SUITE 200
Philadelphia, PA 19103-2899              PO BOX 2156                                   Osseo, MN 55369-5264
                                         Richmond, VA 23218-2156



Eddie Choi                               Extensive Tech                         Food Prep
829A Utterback Store Rd                  514 Crain Hwy N                        80 LARGO DRIVE
Great Falls, VA 22066-1506               Glen Burnie, MD 21061-3063             Stamford, CT 06907-2334



Gold Crust                               Hartford                               Holland & Knight
6200 Columbia Park Rd                    One Hartford Plaza                     3585 Atlanta Ave
Hyattsville, MD 20785-3216               Hartford, CT 06155-0001                Atlanta, GA 30354-1705



Intec                                    JPMorgan Chase Bank, N.A.              Jared Imhoff CPA
1800 M STREET, NW Ste 9                  s/b/m/t Chase Bank USA, N.A.           6803 Whittier Avenue, Suite 200
Washington, DC 20036-5802                Robertson, Anschutz, Schneid,          McLean, VA 22101-4546
                                         Crane & Partners, PLLC
                                         6409 Congress Avenue, Suite 100
                                         Boca Raton, FL 33487-2853

Jeffrey S. Romanick                      Joon Yang                              KMG Hauling
Gross, Romanick, Dean & DeSimone, P.C.   1330 S Fern St #3                      P.O.BOX 650821
3975 University Drive, Suite 410         Arlington, VA 22202                    Sterling, VA 20165-0821
Fairfax, VA 22030-2520



Keany Produce                            Mahoneys                               Millennium Owner LLC
3310 75th Ave                            37458 EAGLE WAY                        140 Q St NE Ste 140B
Hyattsville, MD 20785-1501               Chicago, IL 60678-0374                 c/o UIP Property Management, Inc
                                                                                Washington, DC 20002-2101
```

| | | |
|---|---|---|
| Nationwide<br>10507-D Braddock Road<br>Fairfax, VA 22032-2240 | Oceanpro Industries, Ltd T/A Profish, Ltd<br>1900 Fenwick St NE<br>Washington, DC 20002-1712 | Office of the US Attorney<br>2100 Jamieson Ave<br>Alexandria, VA 22314-5794 |
| ProFish<br>1900 Fenwick St NE<br>Washington, DC 20002-1712 | Resy<br>222 Broadway 17th Floor<br>New York, NY 10038-2569 | Rick Hardy<br>1709 Smugglers Run<br>Annapolis<br>MD 21401-6460 |
| Roberts Oxygen<br>2929 ESKRIDGE ROAD #A<br>Fairfax, VA 22031-2213 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 | Sysco<br>8000 Dorsey Run Rd<br>Jessup, MD 20794-9482 |
| Sysco Baltimore<br>Sysco Corp. - Attention Mark Kane<br>1930 Enclave Pkwy<br>Houston, TX 77077 | Trimark<br>P.O.BOX 845396<br>Boston, MA 02284-5396 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |
| Va Dept of Taxation<br>PO Box  1115<br>Richmond, VA 23218-1115 | Washington Gas<br>6801 Industrial Rd 117B<br>Springfield, VA 22151-4205 | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 |
| Joon Won Yang<br>1330 S. Fern St.<br>Arlington, VA 22202 | Lawrence Allen Katz<br>Hirschler Fleischer<br>1676 International Drive<br>Suite 1350<br>Tysons, VA 22102-4940 | Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

End of Label Matrix
Mailable recipients    47
Bypassed recipients     1
Total                  48