**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

-----------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 (Subchapter V) |
| | : | |
| Epic Smokehouse LLC | : | No. 25-10855 |
| | : | |
| Debtor. | : | |
| | : | |

-----------------------------------------------------------X

**NOTICE OF SUBSTANTIAL CONSUMMATION**

Now comes the Debtor, through counsel, pursuant to 11 U.S.C. § 1183(c)(2), and gives notice that the Chapter 11 Plan filed on July 28, 2025, and confirmed pursuant to 11 U.S.C. § 1191(a) on September 17, 2025, with an Effective Date of October 2, 2025 has been substantially consummated.

The Plan does not propose the transfer of any property, so all or substantially all of the property proposed by the plan to be transferred.  The Debtor has assumed the business and management of all or substantially all of the property dealt with by the plan, and has commenced of distribution under the plan, having commenced paying the rent arrears to Millennium Owner LLC, and has made the Effective Date payment to Class 3B (also referred to as 3C).

Dated:   October 2, 2025.

                                            Respectfully submitted,

                                             /s/ Daniel M. Press
                                            Daniel M. Press, VSB 37123
                                            Chung & Press, P.C.
                                            6718 Whittier Ave., Suite 200
                                            McLean, VA 22101
                                            (703) 734-3800
                                            (703) 734-0590 fax
                                            dpress@chung-press.com

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

## **CERTIFICATE OF SERVICE**

This is to certify that on this 2nd day of October, 2025, I caused the foregoing document to be served on all persons on the attached matrix by first class mail, postage prepaid, or by CM/ECF where applicable.

                                                            /s/ Daniel M. Press
                                                                Daniel M. Press

```
Label Matrix for local noticing          American Express National Bank           Epic Smokehouse LLC
0422-1                                   c/o Becket and Lee LLP                   1330 S Fern St Ste 3
Case 25-10855-KHK                        PO Box 3001                              Arlington, VA 22202
Eastern District of Virginia             Malvern, PA 19355-0701
Alexandria
Wed Oct  1 17:48:35 EDT 2025

United States Bankruptcy Court           Alsco                                    American Express
200 South Washington Street              725 S Pickett St                         PO Box 981535
Alexandria, VA 22314-5405                Alexandria, VA 22304-4603                El Paso, TX 79998-1535


Arlington County Commissioner of the Revenue    Arlington County Treasurer's Office    Carefirst
2100 Clarendon Boulevard, 2nd Floor             2100 Clarendon Boulevard               840  First St NE
Arlington, VA 22201-5447                        Suite 217                              Washington, DC 20065-0002
                                                Arlington, VA 22201-5447


Chase                                    ChillCraft/EMR                           Cintas
PO Box 15298                             2600 Cabover Dr                          PO Box 630803
Wilmington, DE 19850-5298                Hanover, MD 21076-1704                   Cincinnati, OH 45263-0803


Comcast                                  Commonwealth of Virginia Department of Taxat    Ecolab
1701 JFK Boulevard                       Department of Taxation                          7373 KIRKWOOD COURT SUITE 200
Philadelphia, PA 19103-2899              PO BOX 2156                                     Osseo, MN 55369-5264
                                         Richmond, VA 23218-2156


Eddie Choi                               Extensive Tech                           Food Prep
829A Utterback Store Rd                  514 Crain Hwy N                          80 LARGO DRIVE
Great Falls, VA 22066-1506               Glen Burnie, MD 21061-3063               Stamford, CT 06907-2334


Gold Crust                               Hartford                                 Holland & Knight
6200 Columbia Park Rd                    One Hartford Plaza                       3585 Atlanta Ave
Hyattsville, MD 20785-3216               Hartford, CT 06155-0001                  Atlanta, GA 30354-1705


Intec                                    JPMorgan Chase Bank, N.A.                Jared Imhoff CPA
1800 M STREET, NW Ste 9                  s/b/m/t Chase Bank USA, N.A.             6803 Whittier Avenue, Suite 200
Washington, DC 20036-5802                Robertson, Anschutz, Schneid,            McLean, VA 22101-4546
                                         Crane & Partners, PLLC
                                         6409 Congress Avenue, Suite 100
                                         Boca Raton, FL 33487-2853

Jeffrey S. Romanick                      Joon Yang                                KMG Hauling
Gross, Romanick, Dean & DeSimone, P.C.   1330 S Fern St #3                        P.O.BOX 650821
3975 University Drive, Suite 410         Arlington, VA 22202                      Sterling, VA 20165-0821
Fairfax, VA 22030-2520


Keany Produce                            Mahoneys                                 Millennium Owner LLC
3310 75th Ave                            37458 EAGLE WAY                          140 Q St NE Ste 140B
Hyattsville, MD 20785-1501               Chicago, IL 60678-0374                   c/o UIP Property Management, Inc
                                                                                  Washington, DC 20002-2101
```

| | | |
|---|---|---|
| Nationwide<br>10507-D Braddock Road<br>Fairfax, VA 22032-2240 | Oceanpro Industries, Ltd T/A Profish, Ltd<br>1900 Fenwick St NE<br>Washington, DC 20002-1712 | Office of the US Attorney<br>2100 Jamieson Ave<br>Alexandria, VA 22314-5794 |
| ProFish<br>1900 Fenwick St NE<br>Washington, DC 20002-1712 | Resy<br>222 Broadway 17th Floor<br>New York, NY 10038-2569 | Rick Hardy<br>1709 Smugglers Run<br>Annapolis<br>MD 21401-6460 |
| Roberts Oxygen<br>2929 ESKRIDGE ROAD #A<br>Fairfax, VA 22031-2213 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 | Sysco<br>8000 Dorsey Run Rd<br>Jessup, MD 20794-9482 |
| Sysco Baltimore<br>Sysco Corp. - Attention Mark Kane<br>1930 Enclave Pkwy<br>Houston, TX 77077 | Trimark<br>P.O.BOX 845396<br>Boston, MA 02284-5396 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |
| Va Dept of Taxation<br>PO Box 1115<br>Richmond, VA 23218-1115 | Washington Gas<br>6801 Industrial Rd 117B<br>Springfield, VA 22151-4205 | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 |
| Joon Won Yang<br>1330 S. Fern St.<br>Arlington, VA 22202 | Lawrence Allen Katz<br>Hirschler Fleischer<br>1676 International Drive<br>Suite 1350<br>Tysons, VA 22102-4940 | Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     1<br>Total                  48 |