# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re:** | |
| **EPIC SMOKEHOUSE LLC,** | Case No. 25-10855-KHK |
| Debtor. | Chapter 11 – Subchapter V |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Lawrence A. Katz, having been appointed Subchapter V Trustee of the estate of the above-named debtors, report as follows:

1. I collected funds totaling: $0.00.

2. A plan (the "Plan") was consensually confirmed pursuant to 11 U.S.C. § 1191(a) on September 17, 2025 [Docket No. 60].

3. No Plan payments were made to the Trustee.

4. According to the Debtor, the Plan was substantially consummated on October 2, 2025 [Docket No. 67].

5. A fee application has been filed pursuant to 11 U.S.C. § 330(a), but fees have yet to be awarded to the Trustee.

I hereby certify that my administration of the estate of the above-named Debtors has been completed. I request that I be discharged from any further duties as Subchapter V Trustee.

Dated: October 3, 2025

/s/ Lawrence A. Katz
Lawrence A. Katz, VA Bar No. 47664
HIRSCHLER FLEISCHER, PC
1676 International Drive
Suite 1350
Tysons, Virginia 22102
Telephone: 703-584-8362
Facsimile: 703-584-8901
Email: lkatz@hirschlerlaw.com
*Subchapter V Trustee*

---

Lawrence A. Katz (VA Bar No. 47664)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8362
Facsimile: (703) 584-8901
Email: lkatz@hirschleraw.com

Subchapter V Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, a true and correct copy of the Chapter 11 Subchapter V Trustee's Report Of No Distribution was served on all parties receiving CM/ECF notices in this case, as follows:

- **Matthew W. Cheney**    ustpregion04.ax.ecf@usdoj.gov
- **Jack Frankel**    jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov
- **Daniel M. Press**    dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

and by first-class mail, postage prepaid, on each of the parties listed in the attached Mailing List.

*/s/ Lawrence A. Katz*
Lawrence A. Katz (Bar No. 47664)

## Mailing List

| | | |
|---|---|---|
| Trimark<br>P.O.BOX 845396<br>Boston, MA 02284 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | Va Dept of Taxation<br>PO Box 1115<br>Richmond, VA 23218 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Alsco<br>725 S Pickett St<br>Alexandria, VA 22304 | Arlington County<br>Commissioner of the Revenue<br>2100 Clarendon Boulevard, 2nd Floor<br>Arlington, VA 22201 |
| Arlington County Treasurer's Office<br>2100 Clarendon Boulevard<br>Suite 217<br>Arlington, VA 22201 | Carefirst<br>840 First St NE<br>Washington, DC 20065 | Chase<br>PO Box 15298<br>Wilmington, DE 19850 |
| ChillCraft/EMR<br>2600 Cabover Dr<br>Hanover, MD 21076 | Cintas<br>PO Box 630803<br>Cincinnati, OH 45263 | Comcast<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 |
| Commonwealth of Virginia Department of Taxation<br>Department of Taxation<br>PO BOX 2156<br>Richmond, VA 23218 | Ecolab<br>7373 Kirkwood Court Suite 200<br>Osseo, MN 55369 | Eddie Choi<br>829A Utterback Store Rd<br>Great Falls, VA 22066 |
| Extensive Tech<br>514 Crain Hwy N<br>Glen Burnie, MD 21061 | Food Prep<br>80 Largo Drive<br>Stamford, CT 06907 | Gold Crust<br>6200 Columbia Park Rd<br>Hyattsville, MD 20785 |
| Hartford<br>One Hartford Plaza<br>Hartford, CT 06155 | Holland & Knight<br>3585 Atlanta Ave<br>Atlanta, GA 30354 | Intec<br>1800 M Street, NW Ste 9<br>Washington, DC 20036 |
| Jared Imhoff CPA<br>6803 Whittier Avenue, Suite 200<br>McLean, VA 22101 | Jeffrey S. Romanick<br>Gross, Romanick, Dean & DeSimone, P.C.<br>3975 University Drive, Suite 410<br>Fairfax, VA 22030 | Joon Yang<br>1330 S Fern St #3<br>Arlington, VA 22202 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Keany Produce<br>3310 75th Ave<br>Hyattsville, MD 20785 | KMG Hauling<br>P.O.BOX 650821<br>Sterling, VA 20165 |

| | | |
|---|---|---|
| Mahoneys<br>37458 EAGLE WAY<br>Chicago, IL 60678 | Millennium Owner LLC<br>140 Q St NE Ste 140B<br>c/o UIP Property Management, Inc<br>Washington, DC 20002 | Nationwide<br>10507-D Braddock Road<br>Fairfax, VA 22032 |
| Oceanpro Industries, Ltd T/A Profish, Ltd<br>Wick St NE<br>Washington, DC 20002 | Office of the US Attorney<br>2100 Jamieson Ave<br>Alexandria, VA 22314 | ProFish<br>1900 Fenwick St NE<br>Washington, DC 20002 |
| Resy<br>222 Broadway 17th Floor<br>New York, NY 10038 | Rick Hardy<br>1709 Smugglers Run<br>Annapolis, MD 2140 | Roberts Oxygen<br>2929 Eskridge Road #A<br>Fairfax, VA 22031 |
| Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416 | Sysco<br>8000 Dorsey Run Rd<br>Jessup, MD 20794 | Sysco Baltimore<br>Sysco Corp. - Attention Mark Kane<br>1930 Enclave Pkwy<br>Houston, TX 77077 |
| Washington Gas<br>6801 Industrial Rd 117B<br>Springfield, VA 22151 | | |