**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **In re:** <br><br> **EPIC SMOKEHOUSE LLC,** <br><br> **Debtor.** | **Case No. 25-10855-KHK** <br><br> **Chapter 11 – Subchapter V** |

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the Court that the Subchapter V Trustee in the above-entitled case has filed a Report of No Distribution on October 3, 2025 and has performed all duties required of him in the administration of said estate;

ORDERED, that the Subchapter V Trustee be, and he hereby is, discharged from and relieved of his trust.

Date: _____

_____
United States Bankruptcy Judge

Entered on Docket: _____

I ASK FOR THIS:

*/s/ Lawrence A. Katz*
Lawrence A. Katz, VA Bar No. 47664
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703-584-8362
Facsimile:  703-584-8901
Email:  lkatz@hirschlerlaw.com

*Subchapter V Trustee*

SEEN AND NOT OBJECTED TO:

_____
Jack I. Frankel, Esquire
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia  22314

## LOCAL RULE 9022-1(C)(1) CERTIFICATION

I hereby certify that the foregoing order has been served on and/or endorsed by all necessary parties.

/s/ Lawrence A. Katz
Counsel