UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

---------------------------------------------------------------X
In re: : Chapter 11 (Subchapter V)
:
Epic Smokehouse LLC : No. 25-10855
:
Debtor. :
:
---------------------------------------------------------------X

**ORDER DENYING DEBTOR'S MOTION TO APPROVE ASSUMPTION OF LEASE AS MOOT**

IT IS HEREBY ORDERED that DEBTOR'S MOTION and AMENDED MOTION TO APPROVE ASSUMPTION OF LEASE (Docket #51 and 54) are hereby denied as moot in light of the same relief having been included in the Plan confirmed by the Court.

Dated: Oct 6 2025         /s/ Klinette H Kindred
                          Judge, U.S. Bankruptcy Court

Entered on Docket: Oct 7 2025

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

    /s/Daniel M. Press
Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee
Subchapter V Trustee