**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

-----------------------------------------------------------X

In re:                                                   :        Chapter 11 (Subchapter V)
                                                         :
Epic Smokehouse LLC                                      :        No. 25-10855
                                                         :
Debtor.                                                  :
                                                         :
-----------------------------------------------------------X

### ORDER DENYING DEBTOR'S MOTION TO APPROVE ASSUMPTION OF LEASE AS MOOT

IT IS HEREBY ORDERED that DEBTOR'S MOTION and AMENDED MOTION TO APPROVE ASSUMPTION OF  LEASE (Docket #51 and 54) are hereby denied as moot in light of the same relief having been included in the Plan confirmed by the Court.

Dated: Oct 6 2025                /s/ Klinette H Kindred

                                 Judge, U.S. Bankruptcy Court

Entered on Docket: Oct 7 2025

I ASK FOR THIS:

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was signed by and/or served upon all necessary parties pursuant to
Local Rule 9022-1(C).

                                      __/s/Daniel M. Press___
                                      Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee
Subchapter V Trustee

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 25-10855-KHK

Epic Smokehouse LLC                                                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                            User: Nathaniel                            Page 1 of 2

Date Rcvd: Oct 07, 2025                          Form ID: pdford11                          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

**Recip ID        Recipient Name and Address**
db                Epic Smokehouse LLC, 1330 S Fern St Ste 3, Arlington, VA 22202

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

**Recip ID        Notice Type: Email Address**                      **Date/Time**              **Recipient Name and Address**
smg             + Email/Text: ustpregion04.ax.ecf@usdoj.gov

                                                                    Oct 08 2025 01:02:00      UST smg Alexandria, Office of the U. S. Trustee,
                                                                                              1725 Duke Street, Suite 650, Alexandria, VA
                                                                                              22314-3489

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2025                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed
below:**

**Name                        Email Address**

Daniel M. Press
                            on behalf of Debtor Epic Smokehouse LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Jack Frankel
                            on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
                            USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lawrence Allen Katz
                            on behalf of Trustee Lawrence Allen Katz lkatz@hirschlerlaw.com  chall@hirschlerlaw.com

District/off: 0422-9                          User: Nathaniel                                    Page 2 of 2
Date Rcvd: Oct 07, 2025                      Form ID: pdford11                                 Total Noticed: 2

Lawrence Allen Katz
                          lkatz@hirschlerlaw.com chall@hirschlerlaw.com

Matthew W. Cheney
                          ustpregion04.ax.ecf@usdoj.gov


TOTAL: 5