## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

```
------------------------------------------------------------X
In re:                                    :        Chapter 11 (Subchapter V)
                                          :
Epic Smokehouse LLC                       :        No. 25-10855
                                          :
         Debtor.                          :
                                          :
------------------------------------------------------------X
```

### ORDER GRANTING APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL COMPENSATION

This matter having come before the Court on an application filed by Chung & Press, P.C. as counsel to Epic Smokehouse LLC, Debtor and Debtor-in-Possession, for final allowance of attorneys' fees covering the period from the petition date, April 28, 2025, through the Effective Date of the Plan, October 2, 2025, in the amount of Seventeen Thousand One Hundred Thirty One and 50/100 Dollars ($17,131.00), and reimbursement for out-of pocket expenses in the amount of Three Hundred Sixteen and 58/100 Dollars ($316.58), for a total of $17,447.58, for actual, necessary services rendered, notice having been sent to the Debtor, creditors and parties in interest, and no objections having been filed, IT IS hereby

ORDERED, that Chung & Press, P.C., be and hereby is authorized compensation in the amount of $17,131.00, and reimbursement for out-of pocket expenses in the amount $316.58, for a total of $17,447.58, for actual, necessary services rendered and expenses

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

incurred, with $9302 to be paid from the fee advance and with the balance of $8145.58 to be

paid as an administrative expense.


Dated:  Oct 24 2025                          /s/ Klinette H Kindred
                                             Judge, U.S. Bankruptcy Court


Entered on Docket:  Oct 27 2025


I ASK FOR THIS:


  /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


Seen:

*/s/ Michael Freeman*
Office of the U.S. Trustee

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

___/s/Daniel M. Press___
Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee