# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| In re: <br><br> **EPIC SMOKEHOUSE LLC,** <br><br> Debtor. | Case No. 25-10855-KHK <br><br> Chapter 11 – Subchapter V |

### ORDER APPROVING FIRST AND FINAL APPLICATION OF SUBCHAPTER V TRUSTEE FOR COMPENSATION IN A <u>CASE UNDER SUBCHAPTER V OF CHAPTER 11</u>

UPON CONSIDERATION of the First and Final Application of Lawrence A. Katz, Subchapter V Trustee ("**Applicant**"), for allowance of compensation and expenses for services performed (the "**Application**"), and any objection thereto, and for good cause shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division,

**ORDERED,** that the Application is hereby GRANTED on a final basis, and Applicant is hereby awarded an administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $10,972.50 and reimbursement for expenses in the amount of $34.80 for the period April 29, 2025 through September 20, 2025; and it is further

**ORDERED,** that the Debtor is authorized to disburse funds in the amount of $11,007.30 to the Applicant as payment of such allowed amounts; and it is further

**ORDERED**, that the Debtor is authorized to take such actions as may be necessary and appropriate to implement the terms of this Order; and it is further

---

Lawrence A. Katz (VA Bar No. 47664)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Email:  lkatz@hirschlerlaw.com
Telephone (703) 584-8900
Facsimile (703) 584-8901

*Subchapter V Trustee*

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order; and it is further

**ORDERED**, that this Order shall be effective immediately upon entry.

Date: Oct 28 2025

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered on Docket: Oct 29 2025

I ASK FOR THIS:

/s/ Lawrence A. Katz
Lawrence A. Katz, VA Bar No. 47664
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: 703-584-8362
Facsimile: 703-584-8901
Email: lkatz@hirschlerlaw.com

*Subchapter V Trustee*

SEEN AND NOT OBJECTED TO:

*/s/ Daniel Press*
*(by permission as stated in email dated October 27, 2025)*
Daniel Press, Esquire
Chung & Press P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia  22101


*/s/ Jack I. Frankel*
*(by permission as stated in email dated October 27, 2025)*
Jack I. Frankel, Esquire
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia  22314


## LOCAL RULE 9022-1(C)(1) CERTIFICATION

I hereby certify that the foregoing order has been served on and/or endorsed by all necessary parties.

                                                                         */s/ Lawrence A. Katz*
                                                                                  Counsel

23782649.3  046569.00041