UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

-----------------------------------------------------------X
In re:                                                       :        Chapter 11 (Subchapter V)
                                                             :
Epic Smokehouse LLC                                          :        No. 25-10855
                                                             :
            Debtor.                                          :
                                                             :
-----------------------------------------------------------X

**ORDER GRANTING APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL COMPENSATION**

This matter having come before the Court on an application filed by Chung & Press, P.C. as counsel to Epic Smokehouse LLC, Debtor and Debtor-in-Possession, for final allowance of attorneys' fees covering the period from the petition date, April 28, 2025, through the Effective Date of the Plan, October 2, 2025, in the amount of Seventeen Thousand One Hundred Thirty One and 50/100 Dollars ($17,131.00), and reimbursement for out-of pocket expenses in the amount of Three Hundred Sixteen and 58/100 Dollars ($316.58), for a total of $17,447.58, for actual, necessary services rendered, notice having been sent to the Debtor, creditors and parties in interest, and no objections having been filed, IT IS hereby

ORDERED, that Chung & Press, P.C., be and hereby is authorized compensation in the amount of $17,131.00, and reimbursement for out-of pocket expenses in the amount $316.58, for a total of $17,447.58, for actual, necessary services rendered and expenses

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

incurred, with $9302 to be paid from the fee advance and with the balance of $8145.58 to be paid as an administrative expense.

Dated: Oct 24 2025                    /s/ Klinette H Kindred
                                      Judge, U.S. Bankruptcy Court

Entered on Docket: Oct 27 2025


I ASK FOR THIS:


 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


Seen:

*/s/ Michael Freeman*
Office of the U.S. Trustee

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                __/s/Daniel M. Press___
                                                Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 25-10855-KHK
Epic Smokehouse LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9    User: MichelleS    Page 1 of 2
Date Rcvd: Oct 27, 2025    Form ID: pdford9    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 28 2025 01:22:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2025      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

**Name**      **Email Address**

Daniel M. Press
     on behalf of Debtor Epic Smokehouse LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Jack Frankel
     on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov  USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lawrence Allen Katz
     on behalf of Trustee Lawrence Allen Katz lkatz@hirschlerlaw.com  chall@hirschlerlaw.com

Lawrence Allen Katz
     lkatz@hirschlerlaw.com  chall@hirschlerlaw.com

District/off: 0422-9     User: MichelleS     Page 2 of 2
Date Rcvd: Oct 27, 2025     Form ID: pdford9     Total Noticed: 1

Matthew W. Cheney     ustpregion04.ax.ecf@usdoj.gov

TOTAL: 5