UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

EPIC SMOKEHOUSE LLC,

Debtor.

Case No. 25-10855-KHK

Chapter 11 – Subchapter V

**ORDER APPROVING FIRST AND FINAL APPLICATION OF
SUBCHAPTER V TRUSTEE FOR COMPENSATION IN A
<u>CASE UNDER SUBCHAPTER V OF CHAPTER 11</u>**

UPON CONSIDERATION of the First and Final Application of Lawrence A. Katz, Subchapter V Trustee ("**Applicant**"), for allowance of compensation and expenses for services performed (the "**Application**"), and any objection thereto, and for good cause shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division,

**ORDERED,** that the Application is hereby GRANTED on a final basis, and Applicant is hereby awarded an administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $10,972.50 and reimbursement for expenses in the amount of $34.80 for the period April 29, 2025 through September 20, 2025; and it is further

**ORDERED,** that the Debtor is authorized to disburse funds in the amount of $11,007.30 to the Applicant as payment of such allowed amounts; and it is further

**ORDERED**, that the Debtor is authorized to take such actions as may be necessary and appropriate to implement the terms of this Order; and it is further

---

Lawrence A. Katz (VA Bar No. 47664)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Email:  lkatz@hirschlerlaw.com
Telephone (703) 584-8900
Facsimile (703) 584-8901

*Subchapter V Trustee*

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order; and it is further

**ORDERED**, that this Order shall be effective immediately upon entry.

Date: Oct 28 2025

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered on Docket: Oct 29 2025

I ASK FOR THIS:

*/s/ Lawrence A. Katz*
Lawrence A. Katz, VA Bar No. 47664
Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  703-584-8362
Facsimile:  703-584-8901
Email:  lkatz@hirschlerlaw.com

*Subchapter V Trustee*

SEEN AND NOT OBJECTED TO:

*/s/ Daniel Press*
*(by permission as stated in email dated October 27, 2025)*
Daniel Press, Esquire
Chung & Press P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia  22101


/s/ *Jack I. Frankel*
*(by permission as stated in email dated October 27, 2025)*
Jack I. Frankel, Esquire
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia  22314


## LOCAL RULE 9022-1(C)(1) CERTIFICATION

I hereby certify that the foregoing order has been served on and/or endorsed by all necessary parties.

                                              */s/ Lawrence A. Katz*
                                                      Counsel

23782649.3  046569.00041

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-10855-KHK |
| Epic Smokehouse LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 2 |
| Date Rcvd: Oct 29, 2025 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Epic Smokehouse LLC, 1330 S Fern St Ste 3, Arlington, VA 22202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 30 2025 01:11:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Epic Smokehouse LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Lawrence Allen Katz | on behalf of Trustee Lawrence Allen Katz lkatz@hirschlerlaw.com chall@hirschlerlaw.com |

| District/off: 0422-9 | User: Nathaniel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: pdford9 | Total Noticed: 2 |

Lawrence Allen Katz
    lkatz@hirschlerlaw.com chall@hirschlerlaw.com

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

TOTAL: 5