**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

```
-----------------------------------------------------------------X
```
**In re:**                                                 :         **Chapter 11 (Subchapter V)**
                                                           :
**Epic Smokehouse LLC**                                    :         **No. 25-10855**
                                                           :
                    **Debtor.**                            :
                                                           :
```
-----------------------------------------------------------X
```

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.

                            _/s/ Daniel M. Press_____
                            Daniel M. Press, VSB 37123
                            Law Offices of Daniel M. Press
                            201 Washington St.
                            Cumberland MD 21502
                            (703) 725-7600
                            dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Subchapter V Trustee, and all parties requesting notice by CM/ECF.

 _/s/ Daniel M. Press_____
Daniel M. Press

2